UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

C. EARL GRANT

                              Plaintiff,

   vs.
                                                          7:07-CV-996
                                                          (TJM/GJD)

NATIONAL BOARD OF MEDICAL
EXAMINERS and FEDERATION OF STATES
MEDICAL BOARD

                              Defendants.
_____

STEFAN D. BERG, ESQ., for Plaintiff

# ORDER

The court notes that summonses were issued on September 27, 2007, and nothing has been filed with the Clerk to indicate that the summonses and complaint has been served on any of the defendants.

***Plaintiff's counsel is directed to electronically file a status report no later than Monday, February 11, 2008.***

Date: January 24, 2008

                                                Hon. Gustave J. DiBianco
                                                U.S. Magistrate Judge