AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

GRANT V. NAT'L BD. MED. EXAM'R, ET AL.

Case Number: 07-CV-0996 (GJD/TJM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the National Board of Medical Examiners and the Federation of States Medical Board.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/21/2008 | /s/ Thomas S. D'Antonio |
| Date | Signature |

| | |
|---|---|
| Thomas S. D'Antonio | 510890 |
| Print Name | Bar Number |

374 Ashbourne Road
Address

| | | |
|---|---|---|
| Rochester | New York | 14618 |
| City | State | Zip Code |

| | |
|---|---|
| (585) 454-0700 | (585) 423-5910 |
| Phone Number | Fax Number |