CAUSE NO.: **2007-CV-996**

| | | |
|---|---|---|
| **C. EARL GRANT** | § | **UNITED STATES DISTRICT COURT** |
| | § | |
| **VS.** | § | **NORTHERN DISTRICT** |
| | § | |
| **NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL** | § | **OF NEW YORK** |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 12 2008
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

## RETURN

Came to hand on **FEBRUARY 25, 2008 @ 11:00 AM** and executed on **FEBRUARY 27, 2008 @ 3:40 PM** at **400 FULLER WISER RD., SUITE 300, EULESS, TX 76039** in **TARRANT** County, by delivering to the within named **FEDERATION OF STATES MEDICAL BOARD BY DELIVERING TO DONNA STEMSON, AUTHORIZED PERSON**, in person, a true copy of the Summons And Verified Complaint and endorsed on such copies the date of delivery.

I am over the age of 18 and not a party to nor interested in the outcome of the above numbered suit. I am authorized by the Supreme Court of Texas to service citations and other notices.

Authorized Person: JASON FISHER - SCH2702
TEXAS LEGAL ASSISTANCE
P.O. Box 210039
BEDFORD, TX 76095

STATE OF TEXAS }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized Person, known to me whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 28 day of February 2008.

Notary Public Signature

KIM STRICKLAND
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 8-06-2009

***Stefan D. Berg, Esq.***
***Attorney and Counselor at Law***
***BERG LAW OFFICE***
***309 Arnold Avenue***
***Syracuse, New York 13210***
***(315) 476-0806***

March 10, 2008

United States District Court
Northern District of New York
Court Clerks Office
100 South Clinton
Syracuse, New York 13261

Re: Grant v. National Board of Medical Examiners
07-cv-0996 (GJD/TJM)

Dear Court Clerk:

I have enclosed the original and a copy of the affidavit of service for the National Board of Examiners a defendant in the above entitled action. Please file the original and return a date-time stamped copy in the envelope provided.

We appreciate your attention to this matter and if you have any questions, please call the office.

Berg Law Office

By: David R. Miller, Paralegal
309 Arnold Ave.
Syracuse, New York 13210
(315) 476-0806
dave@berglawoffice.com

S