UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GRANT  v. NATIONAL BOARD OF              7:07-CV-996 (TJM/GJD)
   MEDICAL EXAMINERS, ET AL.
_____

STEFAN D. BERG, ESQ., For Plaintiff
THOMAS S. D'ANTONIO, ESQ.S, For Defendant

ORDER

On March 12, 2008, the court held a telephone conference with the attorneys for all parties.  Based on the discussion during this conference, it appears that there are threshold issues that must be addressed **before** this case can move forward.

WHEREFORE, it is hereby

ORDERED, that no Scheduling Order will be issued at the present time, and all proceedings are **stayed until April 14, 2008**, and it is further

ORDERED, that the attorneys shall file a status report on the progression of the case by **April 14, 2008.**

Dated: March 19, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge