*Stefan D. Berg, Esq.*
*Attorney and Counselor at Law*
*BERG LAW OFFICE*
*309 Arnold Avenue*
*Syracuse, New York 13210*
(315) 476-0806

April 17, 2008

Hon. Gustave J. DiBianco
Magistrate Judge
United States District Court
Northern District of New York
Syracuse, New York 13202

Re: Grant v. National Board of Medical Examiners
    07-CV-00996

Dear Honorable Judge DiBianco:

I am attorney for Dr. Grant and am writing to you on behalf of myself and Mr. D'Antonio, attorney for the Defendants. This letter constitutes our status report to the court.

One, as required by the court order of the District Court of Minnesota, Dr. Grant has paid a fine of $750.00 to that district court, and he has paid a fee of $3,000.00 to the National Board of Medical Examiners.

Two, Mr. D'Antonio and I have discussed possible resolution of this matter. We think that we have a procedure in place which may resolve the issues raised in this law suit.

Three, Mr. D'Antonio has forwarded to me a proposed stipulation and order which I have signed and will return to him today. That stipulation proposes that Mr D'Antonio and I will continue our discussions through early June. Dr. Grant will be in Texas until the end of May, and thus will be unavailable for me to meet with him.

Four, we have proposed that the time for defendant to answer or otherwise move with regard to the complaint be extended through June 13, 2008.

It is our hope and expectation that we can resolve this matter without further judicial intervention and thus are requesting that the court sign the stipulation and order when received.

We appreciate the court's indulgence of us in this matter.

Very truly yours,


Stefan D. Berg
cc: T. D'Antonio, Esq.