UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT,

                              Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD,

                              Defendants.

**STIPULATION AND ORDER**

Civil Action No.
7:07-cv-00996
(TJM-GJD)

---

      WHEREAS plaintiff filed a Complaint in this action on or about September 19, 2007; and

      WHEREAS plaintiff served the Complaint on defendants National Board of Medical Examiners and Federation of State Medical Boards (sued here as Federation of States Medical Board) on or about February 26 and February 28, respectively; and

      WHEREAS by Order dated March 12, 2008, the Court extended all applicable deadlines in this matter by a period of thirty (30) days through and including April 14, 2008; and

      WHEREAS in accordance with the Court's Order extending all deadlines, Defendants' response to the Complaint is now due on April 15, 2008; and

      WHEREAS plaintiff is serving in the United States Army and is on temporary assignment out of State with limited availability until late May, 2008; and

      WHEREAS the parties are currently exploring the possibility of a settlement of the claims, and would benefit from additional time both to further pursue those

discussions and to permit plaintiff and his counsel to confer upon his return to New York with respect to any proposed settlement; it is hereby

STIPULATED AND AGREED by the undersigned counsel that defendants National Board of Medical Examiners and Federation of State Medical Boards shall have up to and including Friday, June 13, 2008 to answer, move against or otherwise respond to the Complaint, and to pursue any additional relief available to them as contemplated by the Court's March 12, 2008 Order.

Dated: April 30, 2008        THE BERG LAW FIRM

By: _____
Stefan Berg (Bar Roll No. _____)
309 Arnold Avenue
Syracuse, New York 13210
(315) 476-0806

*Attorneys for plaintiff*

Dated: May 22, 2008          WARD NORRIS HELLER & REIDY LLP

By: _____
Thomas S. D'Antonio (Bar Roll No. 510890)
300 State Street
Rochester, New York 14614
(585) 454-0700

*Attorneys for defendants National Board of Medical Examiners and Federation of State Medical Boards (sued here as Federation of States Medical Board)*

5/23/08
SO ORDERED

_____
Hon. Gustave J. DiBianco
United States Magistrate Judge

2