UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT,

                                            **STIPULATION**
                        Plaintiff,          **AND ORDER**

        vs.
                                            Civil Action No.
NATIONAL BOARD OF MEDICAL EXAMINERS and     7:07-cv-00996
FEDERATION OF STATES MEDICAL BOARD,         (TJM-GJD)

                        Defendants.

---

WHEREAS by Stipulation and Order dated May 22, 2008, the parties agreed and

the Court extended all applicable deadlines in this matter through and including June 13,

2008; and

WHEREAS in accordance with the Court's Order extending all deadlines,

Defendants' response to the Complaint is now due on June 13, 2008; and

WHEREAS plaintiff is serving in the United States Army and has been and

continues to be on temporary assignment out of State; and

WHEREAS the parties would benefit from additional time to discuss possible

resolution of this dispute; it is hereby

STIPULATED AND AGREED by the undersigned counsel that defendants

National Board of Medical Examiners and Federation of State Medical Boards shall have

up to and including Wednesday, July 9, 2008 to answer, move against or otherwise

respond to the Complaint, and to pursue any additional relief available to them as

contemplated by the Court's March 12, 2008 Order.

Dated:  June 9, 2008                        THE BERG LAW FIRM


                                            By: _____
                                            Stefan Berg (Bar Roll No. 506007)
                                            309 Arnold Avenue
                                            Syracuse, New York 13210
                                            (315) 476-0806

                                            *Attorneys for plaintiff*

Dated:  June 9, 2008                        WARD NORRIS HELLER & REIDY LLP


                                            By: _____
                                            Thomas S. D'Antonio (Bar Roll No. 510890)
                                            300 State Street
                                            Rochester, New York 14614
                                            (585) 454-0700

                                            *Attorneys for defendants National Board of*
                                            *Medical Examiners and Federation of State*
                                            *Medical Boards (sued here as Federation of*
                                            *States Medical Board)*

**SO ORDERED**


_____
Hon. Gustave J. DiBianco
United States Magistrate Judge

2