## Certification of Service

    I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing **Answer and Counterclaim** has been served electronically via CM/ECF on July 9, 2008 to the following counsel of record:

Stefan D. Berg, Esq.
Office of Stefan D. Berg
309 Arnold Avenue
Syracuse, NY 13210
*Attorneys for Plaintiff*

                                                 s/ Heidi S. Martinez
                                               *Heidi S. Martinez*
                                               *Bar Role No. 507390*