UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

GRANT  v. NATIONAL BOARD OF
   MEDICAL EXAMINERS               7:07-CV-996 (TJM/GJD)

_____

STEFAN D. BERG, ESQ.
C. EARL GRANT, Plaintiff
HILDRETH J. MARTINEZ, ESQ. & THOMAS S. D'ANTONIO, ESQ.,
    For Defts.

### ORDER

It has come to the court's attention that Attorney Berg is no longer eligible to practice law.

WHEREFORE, it is hereby

ORDERED that the plaintiff, C. Earl Grant, shall have **thirty (30) days from the date of this Order to obtain substitute counsel or to proceed *pro se* in this action**, and it is further

ORDERED, that if no Notice of Appearance has been filed by ***August 29, 2008***, plaintiff will be considered  *pro se* and communications may be sent directly to the plaintiff, and it is further

ORDERED, that the Clerk serve a copy of this Order upon the attorneys and plaintiff C. Earl Grant.

Dated: July 29, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge