UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

C. EARL GRANT

          Plaintiff,

 vs.
                   7:07-CV-996
                   (TJM/GJD)

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD

            Defendants.
_____

C. EARL GRANT, Plaintiff *Pro Se*
THOMAS S. D'ANTONIO, ESQ. for Defendants
HILDRETH J. MARTINEZ, ESQ. for Defendants

## ORDER

   The court has received from the plaintiff C. Earl Grant, M.D., a letter request seeking the court to intervene in this litigation. Specifically, plaintiff requests the court to "hav[e] my exams re-graded at an early date." The court cannot assist plaintiff in this regard since the request is not in proper form. Even if the request were filed as a motion, it is not clear that the court could grant this injunctive relief without a hearing and extensive proof on any request for injunctive relief.

   The court understands that plaintiff is now *pro se* since his former counsel cannot presently practice law. Although plaintiff is presently *pro se*, the court still requires that requests be filed in proper form which is a motion, memorandum of law, and supporting affidavit. *See* Northern District of New York Local Rule 7.1. This court has granted plaintiff additional time to seek counsel. (Dkt. No. 22).

   The court notes that plaintiff has sent a copy of his letter to the court to

opposing counsel, which is proper, but has also sent a copy to Stefan D. Berg. It is unclear why Mr. Berg is receiving copies of communications to this court since he is not entitled to practice law. Plaintiff is directed not to communicate about legal matters with Mr. Berg since Mr. Berg is not allowed to practice law.

**WHEREFORE** it is hereby

**ORDERED**, that plaintiff's request that the court intervene in this litigation in the manner requested is **DENIED**.

Date: September 16, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge