UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GRANT  v. NATIONAL BOARD OF               7:07-CV-996 (TJM/GJD)
   MEDICAL EXAMINERS, ET AL.

_____

C. EARL GRANT, *Pro Se* Plaintiff
THOMAS S. D'ANTONIO, ESQ., For Defendants
HILDRETH J. MARTINEZ, ESQ., For Defendants

## ORDER

During the lunch hour today, November 13, 2008, a telephone message was left on the voice mail of my chambers.  The telephone message stated in essence that plaintiff was requesting the telephone number to fax papers to chambers.  This request is hereby **DENIED**.

The clerk is directed to telephone plaintiff C. Earl Grant at the number he provided chambers on Monday, November 10, 2008, which is (561) 537-0229, and read the following message to plaintiff C. Earl Grant:

"This is in response to the telephone message you left on Judge Di Bianco's chambers' voice mail.  Your request for the telefax number of chambers is denied.  You (plaintiff) are not authorized to fax any documents to chambers or to the Clerk's Office.  Any documents sent to the Clerk must be sent in hard copy, and copies must be served on the attorneys for all other parties."

Date: November 13, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge