C. EARL GRANT  v. NATIONAL BOARD OF
   MEDICAL EXAMINERS, ET AL.

7:07-CV-996 (TJM/GJD)


Transcript of Telephone Message Received on November 13, 2008 on Judge Di Bianco's Chambers' Voicemail


Hi.  Good afternoon, my name is Earl Grant and I'm calling in reference to case number 7:07-CV-996, TMJ slash GJD.  I need to get a fax number to fax a document that has currently not been accounted for that was received on the 24th of October, 2008.  I will call back after lunch time to get a fax number so I can fax a copy of the document that was sent by U.S. Mail.  Thank you.