HEADQUARTERS, US ARMY MEDICAL DEPARTMENT ACTIVITY
9501 FARRELL ROAD, SUITE E-14
P.O. BOX 1067
FORT BELVOIR, VIRGINIA 22060-9501

REPLY TO                                        07 Octoberber 2008
ATTENTION OF:



Hon. Magistrate Gustave J. DiBianco
U.S. Courthouse
100 South Clinton Street
P.O. Box 7396
Syracuse, N.Y. 13261-7396

**RE: Case # 7:07-CV-996 (TMJ/GJD)**        **ORDER (SEP 26 2008)**

Sir:

I have received the order dated September 26, 2008, on 01 October 2008, and have carefully read
and understood its contents. I must admit that it was not intended to violate any local or court
rule by copying my last few correspondences to Mr. Berg, my former legal counsel. Also, I have
not been in contact with Mr. Berg since shortly after being informed that he could no longer
represent me.

As requested I have prepared an affidavit and supporting documentation. I have not received the
court's September 16, 2008, order referred to in the order filed on September 26, 2008.

To comply with the court requirement I will follow the FEDERAL RULE OF CIVIL
PROCEDURES 15, and file the motion to have the complaint amended. Also, please note that
owing to the Army's need for me to fulfill duties at another duty station I will be communicating
with the court from the above address until further notice.

Respectfully,

C. Earl Grant, MAJ, M.D., Ph.D.

1

cc:    **Heidi Martinez**
L. Thompson-Bowles
Brian Wilsford
Deborah Cusson
David Johnson
Gerald S. Golden