# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| C. Earl Grant, | ) | File No. 99-66 DSD/JMM |
| Plaintiff, | ) | |
| v. | ) | AFFIDAVIT OF LARRY E. REED |
| Gerald S. Golden, Inna Rozinski, and National Board of Medical Examiners, | ) | |
| Defendants. | ) | |

STATE OF MINNESOTA )
                         ) SS.
COUNTY OF HENNEPIN )

Upon first being duly sworn and upon oath, Affiant states and alleges as follows:

1. I am the attorney for the Plaintiff, C. Earl Grant, in the above-entitled matter.

2. I assisted Dr. Earl Grant in review of prior Board examination results at the offices of Leonard, Street and Deinard.

3. At the time of the examination, when the sealed exams were opened, we observed that one of the exams had numbers, indicating that someone had been scoring the exam.

4. We also observed that there were certain portions of the exam that appeared to not have been scored, suggesting a partial scoring.

5. We questioned this and asked for a re-scoring.

6. Also, at the time of this meeting, there were other exams without marking.

1

7. The exam with the markings suggested that there had been some partial re-scoring; however, the exams without the markings yielded no indication as to whether or not the exams had been re-scored.

Date: 3/17/99

*Larry E. Reed*

Larry E. Reed

Subscribed and sworn to before me
this 17th day of March, 1999.

*Trayshana P. Thomas*
Notary Public

TRAYSHANA P. THOMAS
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2000

2

EXHIBIT B

EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT,

    Plaintiff,

v.                                          7:07-CV-996
                                               (TJM/GJD)

NATIONAL BOARD OF MEDICAL
EXAMINERS and FEDERATION OF
STATES MEDICAL BOARD,

    Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties, that the above entitled action be, and the same hereby is, dismissed with prejudice, each party to bear its own attorneys' fees and costs. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: April __, 2008

BERG LAW OFFICE                            WARD NORRIS HELLER & REIDY LLP

| | |
|---|---|
| Stefan D. Berg, Esq. | Thomas D'Antonio, Esq. |
| Attorneys for Plaintiff C. Earl Grant | Heidi S. Martinez, Esq. |
| 309 Arnold Avenue | Attorneys for Defendants National |
| Syracuse, New York 13210 | Board of Medical Examiners and |
| | Federation of State Medical Boards, s/h/a |
| | Federation of States Medical Board |
| | 300 State Street |
| | Rochester, New York 14614 |

SO ORDERED: _____
                       United States District Judge