U.S. POSTAGE
PAID
FORT BELVOIR, VA
OCT 08
AMOUNT
$6.75
00075685-06

1325

0660

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

7006 3450 0001 8620 5829

FORT BELVOIR
VA