# **EXHIBIT**

# **B**

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035
January 23, 1997

To: Licensing Examination Services Department
NBME
3750 Market Street, Philadelphia, PA 19178-1330

From: C. Earl Grant    ID #:   4 - 048 - 306 - 7

RE: Step 2, March 04 - 05, 1997

I have received your memo today regarding the late fee of $25.00. However, the application and supporting documentation were submitted in accordance with the enclosed letter dated December 4, 1996, which stated that the application be postmarked by December 24, 1996. I was not aware of the attached late fee and every effort was made to return the application within the stated time deadline. The returned receipt shows that the application was received on December 24, 1996.

Enclosed is a check in the amount of $25.00 as requested.

Sincerely,


C. Earl Grant