# **EXHIBIT**

# **D**

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| C. Earl Grant,<br><br>Plaintiff,<br><br>v.<br><br>Gerald S. Golden, Inna Rozinski, and<br>National Board of Medical Examiners,<br><br>Defendants. | File No. 99-66 DSD/JMM<br><br>**AFFIDAVIT OF LARRY E. REED** |

STATE OF MINNESOTA )
                       ) SS.
COUNTY OF HENNEPIN )

Upon first being duly sworn and upon oath, Affiant states and alleges as follows:

1. I am the attorney for the Plaintiff, C. Earl Grant, in the above-entitled matter.

2. I assisted Dr. Earl Grant in review of prior Board examination results at the offices of Leonard, Street and Deinard.

3. At the time of the examination, when the sealed exams were opened, we observed that one of the exams had numbers, indicating that someone had been scoring the exam.

4. We also observed that there were certain portions of the exam that appeared to not have been scored, suggesting a partial scoring.

5. We questioned this and asked for a re-scoring.

6. Also, at the time of this meeting, there were other exams without marking.

7. The exam with the markings suggested that there had been some partial re-scoring; however, the exams without the markings yielded no indication as to whether or not the exams had been re-scored.

Date: 3/7/99

Larry E. Reed

Subscribed and sworn to before me this 7th day of March, 1999.

Notary Public



TRAYSHANA P. THOMAS
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2000