# **EXHIBIT**

# **F**

**USMLE ID:** 40483067    **NAME:** Grant    Logout

Click on the button next to the exam to see more detailed information. Only computer-administered USMLE Step updated nightly. Information regarding Step 3 exam status will appear on this page once your application has bee

| Exam | Date Application Received | Registration Status | Permit Sent Date | Sponsoring Board | Eligibility Period | Testing Region | Location |
|---|---|---|---|---|---|---|---|
| STEP 3 | 04/12/2004 | Incomplete | | Florida | | United States | Not Schedule |
| STEP 3 | 05/16/2003 | Complete | 07/03/2003 | Ohio | 05/16/2003 - 08/29/2003 | United States | Strongsvill OH (actual) |
| STEP 3 | 03/20/2003 | Cancelled | | Ohio | | United States | Not Schedule |