**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

C. EARL GRANT

                Plaintiff,

vs.

                                                                7:07-CV-996
                                                               (TJM/GJD)

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD

                Defendants.

---

C. Earl Grant, Plaintiff *Pro Se*
Thomas S. D'Antonio, Esq. for Defendants
Hildreth J. Martinez, Esq. for Defendants

## ORDER

This Court, having considered the Plaintiff's Motion to Amend Complaint and File Discovery, and having considered any responses thereto filed by the Defendants herein, hereby **ORDERS** that the Plaintiff shall be permitted to Amend his Complaint within _____ days of this Order, and **ORDERS** that the Plaintiff thereafter shall be permitted to request discovery from the Defendants, as though the Plaintiff had first filed a complaint with this Court on the date this Order is signed.

Date:

                                                                           U.S. Magistrate Judge