

HEADQUARTERS, US ARMY MEDICAL DEPARTMENT ACTIVITY
9501 FARRELL ROAD, SUITE E-14
FORT BELVOIR, VIRGINIA 22060-9501

22 October 2008

The Clerk of the Court
US Dist. Court Northern Dist of New York
U.S. Courthouse
100 South Clinton Street
P.O. Box 7396
Syracuse, N.Y. 13261-7396

**RE:  Case # 7:07-CV-996 (TMJ/GJD)**

Please accept this Motion for filing in the above captioned-matter.

Respectfully,

C. Earl Grant, M.D., Ph.D.
Plaintiff, *Pro Se*
9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060