

HEADQUARTERS, US ARMY MEDICAL DEPARTMENT ACTIVITY
9501 FARRELL ROAD, SUITE E-14
FORT BELVOIR, VIRGINIA 22060-9501

REPLY TO
ATTENTION OF:



19 September 2008

SUBMITTED BY
CERTIFIED MAIL

Hon. Magistrate Gustave J. DiBianco
U.S. Courthouse
100 South Clinton Street
P.O. Box 7396
Syracuse, N.Y. 13261-7396

RE:  Case # 7:07-CV-996 (TMJ/GJD)

  Dear Honorable Judge DiBianco:

In a recent communication with Mr. Stefan Berg, my former legal counsel he informed me that the complaint filed with the court is limited in scope and will not adequately address several aspects of the case which are needed for an effective review be the court.

I am still searching for a representative legal counsel and hope to inform you accordingly by 30 September 2008. I hereby request that the complaint be amended as written herein with the supporting exhibits. However, I look forward to your timely consideration and action to resolve this matter.

Respectfully,

*C. Earl Grant, M.D.*

MAJ C. Earl Grant, M.D., Ph.D.
US Army Medical Department
DHCN-Fort Belvoir
P.O. Box 1067
Fort Belvoir, VA 22060

cc:   Heidi Martinez
      Ward Norris Heller & Reidy
      300 State Street
      Rochester, NY  14614