







Hon. Magistrate Gustave J. DiBianco
US Courthouse
100 South Clinton Street
P.O. Box 7396
Syracuse, NY 13261-7396