DEPARTMENT OF THE ARMY
HEADQUARTERS, US ARMY MEDICAL DEPARTMENT ACTIVITY
9501 FARRELL ROAD, P.O. BOX 1067
FORT BELVOIR, VIRGINIA 22060

17 October 2008

Deborah Cusson, EXAM DEPT
FSMB, P.O. Box 619850
Dallas, TX 75261-9850

RE:  Case # 7:07-CV-996 (TMJ/GJD)

Dear Ms. Cusson:

I have received your letter dated 7 October 2008. I do not need to revisit the number of changes to the NBME/FSMB policies or the number of untimely delays that I have experienced with the NBME/FSMB at this time. To date you have not accepted any responsibility for your actions contributing to the multiple delays in processing applications or reporting exam results. The last e-mail received from the NBME was dated 20 June 2008, although you claimed to have sent e-mails that never seemed to arrive in my in box for the past several months.

You have both my e-mail and US Postal Addresses and failed to provide effective communication. Between 2004 and 2005, when Mr. David Johnson, Mr. Brian Wislford and yourself decided to block my e-mails I immediately chose the option to use the US Postal Service mail services to provide you with timely Feedback. My e-mail system works including the correspondences that I sent to you by e-mail.

Enclosed, is a copy of the proof that you have requested in order to have the exam fee refunded in a timely manner.

I anticipate your timely cooperation.

Respectfully,

C. Earl Grant, M.D., Ph.D.

cc:     Hon. Magistrate Gustave J. DiBianco
cc:     Heidi Martinez


*Federation of*
**STATE MEDICAL BOARDS**

October 7, 2008

C. Earl Grant
P.O. Box 1067
Fort Belvoir, VA  22060

Dear Dr. Grant:

I am in receipt of your letter dated September 28, 2008 requesting a refund of fees paid for your most recent registration for the USMLE Step 3.

We are sorry that you have not received the FSMB's recent email correspondence. As you know, because email is both efficient and rapid, the FSMB relies upon it for much of our communication with candidates.

For example, in December 2006 the USMLE Step 3 program moved to make scheduling permits available only by electronic means accessed through the USMLE Candidate website. Candidates are informed by email when their scheduling permits are available on the website. Similarly, in August 2007 the USMLE Step 3 program moved to make Score Reports available only by electronic means through the USMLE Candidate website. Again, candidates are notified by email of the availability of their score reports.

If you are having difficulty receiving email communciations, it is important that you provide us with another email address through which we can contact you. This must be done by updating your email address in the Candidate website. You can update your physical address through the Candidate website as well. It is important that you access that website and update your contact information each time it changes. Failure to provide a working email address and current physical address through the Candidate website may result in delays or failure to receive important communications regarding the USMLE Step 3.

Finally, with respect to your request for a refund, the Step 3 application fee is non-refundable and non-transferrable from one application to another, as stated in the USMLE Bulletin of Information. However, certain circumstances may warrant a partial refund of fees, e.g., death of an immediate family member (mother, father, child), VISA issues, medical emergencies and military orders which prevent a candidate from taking the examination within his or her eligibility period. All requests for refunds must be made in writing, and it is the candidate's responsibility to provide appropriate supporting documentation. Once a request is received it is reviewed by a committee and a decision is made.

Page Two
C. Earl Grant

Please be aware that refund requests unaccompanied by supporting documentation are not likely to receive favorable consideration. If you would like to reconsider and provide documentation in support of your refund request, you should mail it to the Federation of State Medical Boards at:

> FSMB
> EXAM Dept
> P.O. Box 619850
> Dallas, TX  75261-9850

In order for your documentation to be considered with your refund request, we must receive your supporting documentation no later than October 31, 2008.

Sincerely,

Debbie Cusson
Supervisor, Registration Services

cc:  C. Earl Grant
     P.O. Box 551
     Fort Drum, NY  13602



**U.S. ARMY HUMAN RESOURCES COMMAND**
ASSIGNMENT INSTRUCTIONS

LAUNDREJ
Z4/MS

**OFFICER ASSIGNMENT INSTRUCTION**                                      DATE: 2008/03/11

**ASSIGNMENT FOR:**

| | | |
|---|---|---|
| NAME: | **GRANT CARROL EARL** | ON ORDERS: 70E |
| GRADE: | **MAJOR**    SSN: **416049575** | PROJECTED: 70E |
| ORGN: | 0010 IN HHC  MOUNTAIN LID | CMD: FC |
| STATION: | FT DRUM    NY    13602 | UIC: WGKEAA |
| DML: | 10M - 10TH MOUNTAIN DIVISION (LIGHT INFANTRY) | SEX: M |
| DMSL: | H1M- HQ 10TH MNTN | |
| PDOR: | 20041001    MEL: G    CVEDC:  U | |

**ASSIGNED TO:**

| | | |
|---|---|---|
| ORGN: | **W6F1 USA MED DET FT BELVO** | CMD: MC |
| STATION: | **FT BELVOIR    VA    22060** | UPC: W6F1AA |
| DML: | HSY - NORTH ATLANTIC REGIONAL MEDICAL COMMAND | |
| DMSL: | IAH - FT BELVOIR VA HEALTH SERVICES COMMAND | MDTC: 3A |
| REQ ID: | MCVB000762 | GEO-AREA: VA |
| RQPRC: | 70E000000 | TVL-STAT: |
| DTRASG: | 2008/06/15 | |
| RQPSIR: |     RQPSST:     RQPPSR: | |
| DUTY AT: | NOT APPLICABLE | |

**SPECIAL INSTRUCTIONS:**

Comply with AR 600-8-8, Military Sponsor Program. Forward DA Form 4787, Reassignment Processing, directly to gaining command.

Upon receipt of orders you are required to call the Center for Area Information and Referral (CAIR). You will receive general area information and assistance pertaining to buying or renting. The toll free number is 1-800-477-9571, or DSN 426-0026, or commercial (703) 696-0026, Mon-Fri 0730-1600 EST. Alternatively, email relocation@fmmc.army.mil. To ensure that your move to the National Capital Region is an enjoyable experience, contact your local Army Community Service and take advantage of the wide range of relocation services offered to you and your family.

Coming to the Washington, D.C. area? Eager to further your education? A Defense-focused MBA is now being offered by U. of Maryland and Naval Postgraduate Sschool and a Defense-focused non-resident Executive MBA by NPS. Contact your Education Office for details.

Officer Satisfaction Survey.
Upon receipt of these Assignment Instructions, complete the Officer Satisfaction Survey by typing the following URL into

your web browser window. You will need your AKO account information to log into the site.
http://perscomnd04.army.mil/rfosurvey.nsf

You are required to forward a DA Form 3955, Change of Address Card, containing your new home address, your phone numbers, and current home and duty electronic mail address to your HRC - Alexandria assignment manager within 30 days of arrival at your new duty station or upon change of residence.

Upon receipt of these Assignment Instructions, immediately contact your servicing Military Personnel Service Center (PSC) (Officer Reassignments) in order to receive your permanent change of station orders. THIS DOES NOT PERTAIN TO LIMITED CALL TO ACTIVE DUTY OFFICER.

Official travel arranged through commercial travel offices not under contract to the government is not reimbursable.

Leave data as stated in DA Form 31.

Contact the installation housing office at your new duty station to determine the availability of quarters before moving dependents or entering into any housing agreement.

To obtain information on housing at your new duty station, contact the Office of the Chief of Staff for Installation Management's website (http://www.hqda.army.mil/acsim/relocate.htm), which contains links to individual installation ACSIM (housing and relocation) websites and other OSD websites regarding relocation.

If you are authorized permissive TDY, you must report to the housing officer serving your new duty station on the day your permissive TDY begins with your DA Form 31, to be signed onto the permissive TDY. Permissive TDY will end on the date specified on your DA Form 31, or the date you sign into your new duty station, whichever comes first. See your local personnel specialist or refer to Army Regulation 600-8-10 for application procedures.

Officers who are ordered TDY enroute in conjunction with this PCS order where the TDY location is at the same post/camp/station as the current or follow-on PCS assignment are not entitled to TDY per diem while at the TDY school. Furthermore, report date to the PCS location should reflect 30 days prior to the start date of the schooling to ensure sufficient time for receipt and set-up of household goods prior to start date of schooling.

In accordance with Army Regulation 350-100, this reassignment will cause you to incur an Active Duty Service Obligation (ADSO) to the Army, one year for a move to a CONUS location or the overseas tour length prescribed in Army Regulation 614-30. Consult your local military personnel office and/or Army Regulation 350-100 to determine what, if any, impact this reassignment will have on your service to the Army.

POC for this action is LTC Joe Laundree 703 325-2322.

| | |
|---|---|
| From: | NBMECustomerService<nbmecustomerservice@NBME.org> |
| Subject: | USMLE Disability Services Survey |
| Date: | 06/20/2008 11:36 AM |
| To: | grant965@excite.com |

img53lla1.jpg 89 KB ,
imgddo133af.jpg 5.3 KB

Customer service is a priority for the United States Medical Licensing Examination (USMLE) Disability Services staff. Please take approximately 5 minutes to give us feedback on the services we provided prior to your Step examination. If you were approved for accommodations, you will receive another email invitation to a brief survey that focuses on your test day experience in addition to this invitation.

http://survey.nbme.org/TakeSurvey.asp?SurveyID=4109n4009nl4M&uid=40483067

If you are unable to access the survey through the link, you may copy and paste or type the URL into your Internet browser window.

If you have any problems or questions about this survey, please contact us at NBMECustomerService@nbme.org.

Thank you for your assistance.

**Batteries**
Power up with great prices on every size battery you can imagine. Click now!
Click here for more information



