UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

GRANT  v. NATIONAL BOARD OF              7:07-CV-996 (TJM/GJD)
   MEDICAL EXAMINERS, ET AL.

_____

C. EARL GRANT, *Pro Se* Plaintiff
THOMAS S. D'ANTONIO, ESQ., For Defendants
HILDRETH J. MARTINEZ, ESQ., For Defendants

## STRIKE ORDER

On October 2, 2008 and October 20, 2008, this court received a batch of letters from plaintiff.  These appear to be copies of letters that plaintiff sent to another individual or copies of letters and e-mails that plaintiff received from another individual.  Neither packet of materials contained a cover-letter, and there is no indication why plaintiff would be sending these copies to the court.  Additionally, plaintiff mailed the letters directly to my chambers.

This court understands that plaintiff may have been unaware that he cannot simply send random materials to a judge's chambers, even if these materials somehow relate to plaintiff's pending action.  This practice not only causes confusion, but may also result in delay.  There is no need to send copies of letters to the court that are sent between parties or between parties and their attorneys, unless the court orders differently or the letters are exhibits to a motion that is before the court.  This court has recently issued various orders which inform plaintiff of how to proceed in the

future.  Plaintiff may also obtain a copy of the *pro se* manual and the Local Rules of the Northern District of New York from the Clerk's Office.

In my November 19, 2008 order, the plaintiff was informed that improper submission of documents to the court would result in their being stricken from the docket.  Because these two sets of letters do not relate to any issue pending with the court, they must be stricken from the record.

**WHEREFORE**, based on the above, it is

**ORDERED**, that plaintiff's submissions received in my chambers on October 2, 2008 and October 20, 2008 shall be filed, but then **STRICKEN FROM THE DOCKET**, and will not be considered by this court, and it is further

**ORDERED**, that the Clerk shall serve a copy of this order on plaintiff.

Dated: November 20, 2008

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge