UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

C. EARL GRANT,

                              Plaintiff,

        vs.

                                                    Civil Action No.
NATIONAL BOARD OF MEDICAL EXAMINERS and             7:07-cv-00996
FEDERATION OF STATES MEDICAL BOARD,                 (TJM-GJD)


                              Defendants.

_____


## <u>APPENDIX OF EXHIBITS</u>


| | Tab |
|---|---|
| USMLE Bulletin of Information 2003 | 1 |
| USMLE Bulletin of Information 2004 | 2 |
| USMLE Bulletin of Information 2005 | 3 |
| USMLE Bulletin of Information 2006 | 4 |
| USMLE Candidate Score Inquiry List | 5 |
| November 19, 1994 Letter from C. Grant to NBME | 6 |
| December 7, 1994 Letter from NBME to C. Grant | 7 |
| August 10, 1995 Letter from C. Grant to NBME | 8 |
| August 29, 1995 Letter from NBME to C. Grant | 9 |
| Step 1 USMLE Scores 1 for June 1996 | 10 |
| Step 2 USMLE Scores for August 1997 | 11 |
| Step 2 USMLE Scores for March 1998 | 12 |
| Step 2 USMLE Scores for August 1998 | 13 |
| December 6, 1997 Letter from C. Grant to NBME | 14 |
| January 6, 1998 Letter from NBME to C. Grant | 15 |
| May 4, 1998 Letter from C. Grant to NBME | 16 |
| June 22, 1998 Letter from NBME to C. Grant | 17 |
| November 20, 1998 Letter from NBME to C. Grant | 18 |
| December 5, 1998 Letter from C. Grant to NBME | 19 |
| December 16, 1998 Letter from NBME to C. Grant | 20 |
| Step 3 USMLE Scores dated July 9, 2003 | 21 |

| | |
|---|---|
| Step 3 USMLE Scores dated July 21, 2004 | 22 |
| Step 3 USMLE Scores dated December 7, 2004 | 23 |
| Step 3 USMLE Scores dated July 25, 2005 | 24 |
| Step 3 USMLE Scores dated November 1, 2006 | 25 |
| August 30, 2004 Letter from C. Grant to Federation of State Medical Boards | 26 |
| October 28, 2004 Letter from FSMB to C. Grant | 27 |
| Step 3 USMLE 2003 Application of C. Grant | 28 |
| USMLE Exam File dated April 12, 2004 for C. Grant | 29 |
| USMLE Exam File dated September 1, 2004 for C. Grant | 30 |
| USMLE Exam File dated March 21, 2005 for C. Grant | 31 |
| USMLE Exam File dated November 22, 2005 for C. Grant | 32 |
| USMLE Exam File dated March 21, 2007 for C. Grant | 33 |
| USMLE Exam File dated April 16, 2008 for C. Grant | 34 |
| September 7, 2004 Letter from FMB to C. Grant | 35 |
| August 13, 2006 Letter from C. Grant to FSMB | 36 |
| August 21, 2006 Letter from FSMB to C. Grant | 37 |
| July 25, 2007 Letter from C. Grant to FSMB | 38 |
| August 2, 2007 Letter from FSMB to C. Grant | 39 |
| C. Grant's Verified Complaint | 40 |
| NBME and FSMB's Answer and Counterclaim | 41 |
| Order of Hon. Gustave J. DiBianco filed July 29, 2008 | 42 |
| September 3, 2008 Letter from C. Grant to Hon. Gustave J. DiBianco | 43 |
| Order of Hon. Gustave J. DiBianco filed September 16, 2008 | 44 |
| September 19, 2008 Letter from C. Grant to Hon. Gustave J. DiBianco with Proposed Amended Complaint | 45 |
| Order of Hon. Gustave J. DiBianco filed September 26, 2008 | 46 |
| October 22, 2008 Letter from C. Grant to Clerk of the Northern District of NY with Motion to Amend Complaint and Request Discovery | 47 |
| Order of Hon. Gustave J. DiBianco filed November 19, 2008 | 48 |
| Summons and Complaint dated April 3, 1996 | 49 |
| NBME's Answer and Amended Answer to Complaint | 50 |
| Confidential Settlement Agreement and Release between C. Grant and NBME | 51 |
| Charge of Discrimination filed with Department of Human Rights on August 11, 1998 | 52 |
| November 19, 1998 Letter from Minnesota Department of Human Rights to C. Grant and NBME | 53 |
| Summons and Complaint dated January 19, 1999 | 54 |
| February 16, 2000 Letter from Minnesota Department of Human Rights to C. Grant and NBME | 55 |
| March 14, 2000 Letter from C. Grant to Minnesota Department of Human Rights | 56 |
| May 15, 2000 Letter from Minnesota Department of Human Rights to C. Grant and NBME | 57 |
| Report and Recommendation filed November 7, 2000 from USDC of Minnesota | 58 |
| Order dated November 29, 2000 from USDC of Minnesota | 59 |

**1**

# U N I T E D   S T A T E S   M E D I C A L   L I C E N S I N G   E X A M I N A T I O N™

## USMLE™ BULLETIN OF INFORMATION

# 2003

**US·MLE**

| United States |
| Medical |
| Licensing |
| Examination |

™

A Joint Program of the
Federation of State
Medical Boards of the
United States, Inc.,
and the National Board
of Medical Examiners®

# TABLE OF CONTENTS

**Overview** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Purpose of the USMLE . . . . . . . . . . . . . . . . . . . . . 1
The Three Steps of the USMLE . . . . . . . . . . . . . . . . 2
Examination Committees . . . . . . . . . . . . . . . . . . . . 2
Ownership and Copyright of
   Examination Materials . . . . . . . . . . . . . . . . . . . . 2
Computer-Based Testing (CBT) . . . . . . . . . . . . . . . 2
USMLE Clinical Skills Examination (CSE) . . . . . . . . 2

**Eligibility** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Step 1 and Step 2 . . . . . . . . . . . . . . . . . . . . . . . . . 3
Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Graduates of Unaccredited Medical Schools
   in the United States and Canada . . . . . . . . . . . . . . 4
Sequence of Steps . . . . . . . . . . . . . . . . . . . . . . . . . 4
Time Limit and Number of Attempts Allowed
   to Complete All Steps . . . . . . . . . . . . . . . . . . . . . 5
Formerly Administered Examinations . . . . . . . . . . . . 5
Retakes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Change in Eligibility Status . . . . . . . . . . . . . . . . . . . 5

**Examination Content** . . . . . . . . . . . . . . . . . . . . . 6
Step 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Step 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Preparing for the Test** . . . . . . . . . . . . . . . . . . . . 9
Sample Test Materials . . . . . . . . . . . . . . . . . . . . . . 9
Test Lengths and Formats . . . . . . . . . . . . . . . . . . . . 9
Multiple-Choice Test Items . . . . . . . . . . . . . . . . . . . 9
Primum® Computer-Based Case Simulations (CCS) . . 10
Practice at Prometric® Test Centers . . . . . . . . . . . . . 10

**Applying for the Test and Scheduling
   Your Test Date** . . . . . . . . . . . . . . . . . . . . . . . . 11
Application Materials . . . . . . . . . . . . . . . . . . . . . . . 11
Applying for Step 1 and Step 2 . . . . . . . . . . . . . . . . 11
Applying for Step 3 . . . . . . . . . . . . . . . . . . . . . . . . 11
Examinees with Disabilities . . . . . . . . . . . . . . . . . . . 11

Obtaining an Eligibility Period
   for Step 1 and Step 2 . . . . . . . . . . . . . . . . . . . . . 12
Testing Regions . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Obtaining an Eligibility Period for Step 3 . . . . . . . . . 12
Your Scheduling Permit . . . . . . . . . . . . . . . . . . . . . 13
Scheduling Test Dates . . . . . . . . . . . . . . . . . . . . . . 13
Rescheduling Test Dates . . . . . . . . . . . . . . . . . . . . . 14
Summary of Process . . . . . . . . . . . . . . . . . . . . . . . 15

**Testing** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Test Centers and Testing Conditions . . . . . . . . . . . . 16
Admission to the Test . . . . . . . . . . . . . . . . . . . . . . 16
Testing Regulations and Rules of Conduct . . . . . . . . . 17
Completing the Test . . . . . . . . . . . . . . . . . . . . . . . . 19
How Break Time Works . . . . . . . . . . . . . . . . . . . . . 19

**Scoring and Score Reporting** . . . . . . . . . . . . . . . 20
Examination Results and Scoring . . . . . . . . . . . . . . . 20
Scoring for Multiple-Choice Items . . . . . . . . . . . . . . 20
Scoring for *Primum* CCS . . . . . . . . . . . . . . . . . . . 20
Minimum Passing Scores . . . . . . . . . . . . . . . . . . . . 21
Official Examinee Score Reports . . . . . . . . . . . . . . . 21
Score Rechecks . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Score Reporting . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Official USMLE Transcripts and Providing
   Scores to Third Parties . . . . . . . . . . . . . . . . . . . . 22
Electronic Residency Application Service
   (ERAS®) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

**Indeterminate Scores and Irregular Behavior** . . . . 24
Validity of Scores . . . . . . . . . . . . . . . . . . . . . . . . . 24
Irregular Behavior . . . . . . . . . . . . . . . . . . . . . . . . . 24

**Communicating About USMLE** . . . . . . . . . . . . . . 26
Application and Registration Inquiries . . . . . . . . . . . . 26
Scheduling and Test Center Inquiries . . . . . . . . . . . . 27
Problem Inquiries . . . . . . . . . . . . . . . . . . . . . . . . . 27
General Inquiries . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Step 3 and Medical Licensure Inquiries . . . . . . . . . . . 27

Copyright © 2002 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners.

# OVERVIEW

## Introduction

The United States Medical Licensing Examination (USMLE) is a three-step examination for medical licensure in the United States and is sponsored by the following organizations:

❑ Federation of State Medical Boards (FSMB),
❑ National Board of Medical Examiners (NBME).

The Composite Committee, appointed by the FSMB and NBME, governs the USMLE. The Composite Committee establishes rules for the USMLE program. Membership includes representatives from the following:

❑ FSMB,
❑ NBME,
❑ Educational Commission for Foreign Medical Graduates (ECFMG®),
❑ American public.

> **Note: You must become familiar with the information in this bulletin if you are an applicant with an eligibility period that has an ending date in 2003.** *Eligibility periods* are explained on page 12. To apply for the USMLE, you must contact the appropriate *registration entity* (see page 26).

Changes in the USMLE program may occur after the release of this bulletin. If changes occur, information will be posted at the USMLE website. You must obtain the most recent information to ensure an accurate understanding of current USMLE rules.

> **http://www.usmle.org**
> Visit the USMLE website for up-to-date information.

## Purpose of the USMLE

In the United States and its territories, the individual medical licensing authorities ("state medical boards") of the various jurisdictions grant a license to practice medicine. Each medical licensing authority sets its own rules and regulations and requires passing an examination that demonstrates qualification for licensure. Results of the USMLE are reported to these authorities for use in granting the initial license to practice medicine. The USMLE provides them with a common evaluation system for applicants for medical licensure.

The USMLE assesses a physician's ability to apply knowledge, concepts, and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Each of the three Steps complements the others; no Step can stand alone in the assessment of readiness for medical licensure. Because individual medical licensing authorities make decisions regarding use of USMLE results, you should contact the jurisdiction where you intend to apply for licensure to obtain complete information. Also, the FSMB can provide general information on medical licensure.

> See pages 26 and 27 for information on how to contact the FSMB and medical licensing authorities.

# OVERVIEW

## The Three Steps of the USMLE

**Step 1** assesses whether you understand and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. Step 1 ensures mastery of not only the sciences undergirding the safe and competent practice of medicine in the present, but also of the scientific principles required for maintenance of competence through lifelong learning.

**Step 2** assesses whether you can apply medical knowledge and understanding of clinical science essential for the provision of patient care under supervision and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to principles of clinical sciences that undergird the safe and competent practice of medicine.

**Step 3** assesses whether you can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. Step 3 provides a final assessment of physicians assuming independent responsibility for delivering general medical care.

## Examination Committees

Examination committees composed of prominent medical educators and clinicians prepare the examination materials. Committee members broadly represent the teaching, practicing, and licensing communities across the United States. At least two of these committees critically appraise each test item or problem. They revise or discard any materials that are in doubt.

## Ownership and Copyright of Examination Materials

The USMLE parent organizations, the FSMB and NBME, own the examination materials used in the USMLE. The examinations are copyrighted. If you reproduce and/or distribute any examination materials by any means, including memorizing and reconstructing them, without explicit written permission from the parent organizations, you violate the rights of the FSMB and NBME. In addition to actions described on page 25, the FSMB and the NBME will use every legal means available to protect USMLE copyrighted materials and impose penalties on those who violate copyright law.

## Computer-Based Testing (CBT)

The USMLE is administered by computer. Prometric®, part of The Thomson Corporation, provides scheduling and test centers for the USMLE. Step 1 and Step 2 are given around the world at Prometric Test Centers (PTCs). Step 3 is given at PTCs in the United States and its territories.

## USMLE Clinical Skills Examination (CSE)

Since before USMLE was implemented in 1992, plans for the USMLE program called for the inclusion of a clinical skills examination using standardized patients when such an examination was shown to be valid, reliable, and practical. NBME research and the work of other organizations administering clinical skills examinations demonstrate that clinical skills examinations measure skill sets different from those measured by traditional multiple-choice questions. Mastery of clinical and communication skills, as well as cognitive skills by individuals seeking medical licensure, is important to the protection of the public. A practical model for the delivery of a clinical skills examination for use in medical licensure has been developed. This proposed delivery model assures the quality of the examination, which is of paramount importance given its intended role in protecting the public. Final field testing of the clinical skills examination for use as an examination component in the USMLE sequence will be conducted in 2002–2003. Implementation of the clinical skills examination will occur in the second or third quarter of 2004, assuming the field trials disclose no unsolvable problems. It is envisioned that the clinical skills examination will be a separate component of Step 2 and, as such, a prerequisite for Step 3. As more information becomes available on the clinical skills examination, it may be found through the USMLE website.

# ELIGIBILITY

## Step 1 and Step 2

To be eligible for Step 1 or Step 2, you must be in one of the following categories at the time of application and on the test day:

❑ a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME),

❑ a medical student officially enrolled in, or a graduate of, a US medical school that is accredited by the American Osteopathic Association (AOA),

❑ a medical student officially enrolled in, or a graduate of, a medical school outside the United States and Canada and eligible for examination by the ECFMG for its certificate.

## Step 3

To be eligible for Step 3, prior to submitting your application, you must

❑ meet the Step 3 requirements set by the medical licensing authority to which you are applying,

❑ obtain the MD degree (or its equivalent) or the DO degree,

❑ obtain passing scores on Step 1 and Step 2, and

❑ obtain certification by the ECFMG or successfully complete a "Fifth Pathway" program if you are a graduate of a medical school outside the United States and Canada.

**Note:** A physician whose basic medical degree or qualification was conferred by a medical school outside the United States and Canada may be eligible for certification by the ECFMG if the medical school and graduation year are listed in the *International Medical Education Directory* (IMED) of the Foundation for Advancement of International Medical Education and Research (FAIMER®). Citizens of the United States who have completed their medical education in schools outside the United States and Canada are included in this category, while foreign nationals who have graduated from medical schools in the United States and Canada are not. Specific eligibility criteria for students and graduates of medical schools outside the United States and Canada to take Step 1 and Step 2 are described in the *Information Booklet* provided by the ECFMG.

**Note:** The USMLE program recommends that for Step 3 eligibility, licensing authorities require the completion, or near completion, of at least one postgraduate training year in a program of graduate medical education accredited by the Accreditation Council for Graduate Medical Education (ACGME) or the AOA. You should contact the FSMB or the individual licensing authority (see page 26) for complete information on Step 3 eligibility requirements in the state where you plan to be licensed.

3

# ELIGIBILITY

**Note:** A "Fifth Pathway" program* is an academic year of supervised clinical education provided by an LCME-accredited medical school and is available to persons who meet all of the following conditions:

A. Have completed, in an accredited US college or university, undergraduate premedical work of the quality acceptable for matriculation in an LCME-accredited US medical school;

B. Have studied medicine in a medical school located outside the United States and Canada that is listed in the *International Medical Education Directory* (IMED) of the Foundation for Advancement of International Medical Education and Research (FAIMER®), and that requires an internship and/or social service after completing the school's academic requirements and before receiving the final medical credential;

C. Have completed all of the formal requirements of the non-US medical school except internship and/or social service. (Those who have completed all of these requirements for graduation are not eligible.)

Students who have completed the academic curriculum in residence at a non-US medical school and who meet the above conditions may be offered the opportunity to substitute, for an internship and/or social service required by a non-US medical school, an academic year of supervised clinical training in a medical school accredited by the LCME.

Any medical school accredited by the LCME can provide Fifth Pathway education. As of the release of this bulletin, the only medical school known to provide such education is New York Medical College in Valhalla, New York.

*Source: *GMED Companion: An Insider's Guide to Selecting a Residency Program, 2002/2003,* American Medical Association.

## Graduates of Unaccredited Medical Schools in the United States and Canada

If you are eligible for licensure by a medical licensing authority but are **not** in one of the eligibility categories listed on page 3, you may take the USMLE only upon specific request by that licensing authority. A licensing authority may sponsor you to take Step 1 and Step 2, followed by Step 3 if Step 1 and Step 2 are passed, if all of the following conditions apply to you:

❑  You are a graduate of an unaccredited medical school in the United States or Canada.

❑  You are an applicant for initial medical licensure in the jurisdiction of the sponsoring licensing authority.

❑  The sponsoring licensing authority certifies that you have met all of the requirements for licensure in the jurisdiction except for the examination requirement.

If these conditions apply to you, the medical licensing authority should submit the request to sponsor you to the USMLE Secretariat at the address shown on page 27 in advance of your application for the Step.

## Sequence of Steps

If you meet the eligibility requirements to take Step 1 and/or Step 2 (see page 3), you may take either Step first. You may apply for Step 3 only after passing both Step 1 and Step 2.

4

# ELIGIBILITY

## Time Limit and Number of Attempts Allowed to Complete All Steps

Although there is no limit on the total number of times you can retake a Step you have not passed, the USMLE program recommends to medical licensing authorities that they

❏ require the dates of passing Steps 1, 2, and 3 to occur within a seven-year period; and

❏ allow no more than six attempts to pass each Step without demonstration of additional educational experience acceptable to the medical licensing authority.

If you pass a Step, you are not allowed to retake it, except to comply with the time limit of a medical licensing authority for the completion of all Steps or a requirement imposed by another authority recognized by the USMLE program. The medical licensing or other authority must provide information indicating that you are applying to retake the passed Step in order to comply with its requirement. If you are repeating a Step because of a time limit, you may apply to retake the Step only after the applicable time limit has expired.

The number of attempts allowed to pass each Step and the time allowed to complete all Steps vary among jurisdictions. To obtain specific information, you should contact the medical licensing authority in the jurisdiction where you intend to apply for medical licensure or the FSMB.

See pages 26 and 27 for information on how to contact the FSMB and medical licensing authorities.

## Formerly Administered Examinations

The NBME certifying examinations, Part I, Part II, and Part III, and the Federation Licensing Examination (FLEX) Components 1 and 2 are no longer administered. Use of the former NBME Parts or FLEX Components to fulfill eligibility requirements for Step 3 is no longer accepted. If you have passed all or a portion of these examinations, you may take the Step(s) corresponding to the passed examination(s) only to comply with a time limit or other requirement established by the USMLE program, a medical licensing authority, or other authority recognized by the USMLE program.

## Retakes

If you fail or do not complete a Step and want to retake it, you must reapply by submitting a new application and fee. You may take the failed or incomplete Step no more than three times within a 12-month period.

For Step 1 and Step 2, you may retake the Step no earlier than the first day of the month that begins at least 60 days after your previous test date. When you reapply to retake Step 3, the FSMB will assign an eligibility period to you that begins no earlier than 60 days after your previous test dates.

Note: *Eligibility periods* are explained on page 12. To apply for the USMLE, you must contact the appropriate *registration entity* (see page 26).

## Change in Eligibility Status

If your eligibility for a Step changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the Step may result in a determination of irregular behavior (see page 24). If you take a Step for which you are not eligible, scores for that Step will not be reported or, if previously reported, will be revoked.

# EXAMINATION CONTENT

**Step 1**

Step 1 includes test items in the following content areas:

- ❑ anatomy,
- ❑ behavioral sciences,
- ❑ biochemistry,
- ❑ microbiology,
- ❑ pathology,
- ❑ pharmacology,
- ❑ physiology,
- ❑ interdisciplinary topics, such as nutrition, genetics, and aging.

Step 1 is a broadly based, integrated examination. Test items commonly require you to perform one or more of the following tasks:

- ❑ Interpret graphic and tabular material.
- ❑ Identify gross and microscopic pathologic and normal specimens.
- ❑ Apply basic science knowledge to clinical problems.

Step 1 classifies test items along two dimensions, system and process, as shown at the right.

> **http://www.usmle.org**
> Sample Step 1 test materials and further information on Step 1 test content are available from your registration entity and at the USMLE website.

---

**Table 1: USMLE Step 1 Specifications***

**System****

| | |
|---|---|
| 40%–50% | General principles |
| 50%–60% | Individual organ systems |
| | • cardiovascular |
| | • hematopoietic/lymphoreticular |
| | • gastrointestinal |
| | • nervous/special senses |
| | • renal/urinary |
| | • skin/connective tissue |
| | • reproductive |
| | • musculoskeletal |
| | • endocrine |
| | • pulmonary/respiratory |

**Process**

| | |
|---|---|
| 30%–50% | Normal structure and function |
| 30%–50% | Abnormal processes |
| 15%–25% | Principles of therapeutics |
| 10%–20% | Psychosocial, cultural, occupational and environmental considerations |

\*   Percentages may be changed without notice.
\*\*  The general principles category includes test items concerning those normal and abnormal processes that are not limited to specific organ systems. Categories for individual organ systems include test items concerning those normal and abnormal processes that are system specific.

# EXAMINATION CONTENT

**Step 2**

Step 2 includes test items in the following content areas:

- ❏ internal medicine,
- ❏ obstetrics and gynecology,
- ❏ pediatrics,
- ❏ preventive medicine,
- ❏ psychiatry,
- ❏ surgery,
- ❏ other areas relevant to provision of care under supervision.

Most Step 2 test items describe clinical situations and require that you provide one or more of the following:

- ❏ a diagnosis,
- ❏ a prognosis,
- ❏ an indication of underlying mechanisms of disease,
- ❏ the next step in medical care, including preventive measures.

Step 2 is a broadly based, integrated examination. It frequently requires interpretation of tables and laboratory data, imaging studies, photographs of gross and microscopic pathologic specimens, and results of other diagnostic studies. Step 2 classifies test items along two dimensions: disease category and physician task, as shown at the right.

Please note that much of the content that addresses normal growth, development, and general principles of care is also related to the individual organ systems categories, so that the number of questions that deal solely with normal growth, development, and general principles of care is relatively small.

> **http://www.usmle.org**
> Sample Step 2 test materials and further information on Step 2 test content are available from your registration entity and at the USMLE website.

---

**Table 2: USMLE Step 2 Specifications\***

**Normal Conditions and Disease Categories**

- ❏ Normal growth and development and general principles of care
- ❏ Individual organ systems or types of disorders
  - immunologic disorders
  - diseases of the blood and blood-forming organs
  - mental disorders
  - diseases of the nervous system and special senses
  - cardiovascular disorders
  - diseases of the respiratory system
  - nutritional and digestive disorders
  - gynecologic disorders
  - renal, urinary, and male reproductive systems
  - disorders of pregnancy, childbirth, and the puerperium
  - disorders of the skin and subcutaneous tissue
  - diseases of the musculoskeletal system and connective tissue
  - endocrine and metabolic disorders

**Physician Task**

15%–20% Promoting preventive medicine and health maintenance
20%–35% Understanding mechanisms of disease
25%–40% Establishing a diagnosis
15%–25% Applying principles of management

\*   Percentages may be changed without notice.

7

# EXAMINATION CONTENT

## Step 3

Step 3 is organized along two principal dimensions: clinical encounter frame and physician task, as shown at the right. Step 3 content reflects a data-based model of generalist medical practice in the United States.

Encounter frames capture the essential features of circumstances surrounding physicians' clinical activity with patients. They range from encounters with patients seen for the first time for nonemergency problems, to encounters with regular patients seen in the context of continued care, to patient encounters in (life-threatening) emergency situations. Encounters occur in clinics, offices, nursing homes, hospitals, emergency departments, and on the telephone. Each test item in an encounter frame also represents one of the six physician tasks. For example, initial care encounters emphasize taking a history and performing a physical examination. In contrast, continued care encounters emphasize decisions regarding prognosis and management.

High-frequency, high-impact diseases also organize the content of Step 3. Clinician experts assign clinical problems related to these diseases to individual clinical encounter frames to represent their occurrence in generalist practice.

> **http://www.usmle.org**
> Sample Step 3 test materials and further information on Step 3 test content are available from your registration entity and at the USMLE website.

### Table 3: USMLE Step 3 Specifications*

**Clinical Encounter Frame**

| | |
|---|---|
| 20%–30% | Initial care |
| 50%–60% | Continued care |
| 15%–25% | Emergency care |

**Physician Task**

| | |
|---|---|
| 8%–12% | Obtaining history and performing physical examination |
| 8%–12% | Using laboratory and diagnostic studies |
| 8%–12% | Formulating most likely diagnosis |
| 8%–12% | Evaluating severity of patient's problems |
| 8%–12% | Applying scientific concepts and mechanisms of disease |
| 45%–55% | Managing the patient<br>• health maintenance<br>• clinical intervention<br>• clinical therapeutics<br>• legal and ethical issues |

* Percentages may be changed without notice.

8

# PREPARING FOR THE TEST

## Sample Test Materials

The best preparation for the USMLE is a general, thorough review of the content reflected in the examination specifications in Tables 1–3. You should also review further information on the examination content and test format available on the USMLE website or from your registration entity and run the sample test materials available on the USMLE website or on the 2003 USMLE compact disc (CD). The 2003 USMLE CD is available through your registration entity.

There are no test preparation courses affiliated with or sanctioned by the USMLE program. Information on such courses is **not** available from the ECFMG, FSMB, NBME, USMLE Secretariat, or medical licensing authorities.

## Test Lengths and Formats

USMLE Steps are administered by computer. Each Step is described below.

- ❑ Step 1 has approximately 350 multiple-choice test items, divided into seven 60-minute blocks, administered in one eight-hour testing session.

- ❑ Step 2 has approximately 370 multiple-choice test items, divided into eight 60-minute blocks, administered in one nine-hour testing session.

- ❑ Step 3 has approximately 480 multiple-choice test items, divided into blocks of 35 to 50 items. You will have 45 to 60 minutes to complete each of these blocks. There are approximately nine computer-based case simulations (see page 10), with one case in each block. You will have between 15 and 25 minutes to complete each of these blocks. Step 3 is administered in two eight-hour testing sessions.

During the defined time to complete the test items in each block, you may answer the test items in any order, review your responses, and change answers. Step 3 case simulations must be taken in the order presented. After you exit a block or when time expires, you can no longer review test items or change answers within that block.

> **Note:** The test descriptions, including test length and number of test items, provided here may be changed at any time. Notice of any changes will be posted at the USMLE website.
>
> **http://www.usmle.org**

## Multiple-Choice Test Items

You should acquaint yourself with the test software well before your test date(s). Practice time is not available on the test day. A brief tutorial on the test day provides a review of the test software, including navigation tools and examination format, prior to beginning the test. It does not provide an opportunity to practice.

Sample test materials to practice with the software are available to eligible applicants from their registration entity and at the USMLE website.

NBME research has shown that, on average, experience with computers has no effect on performance on computer-based, multiple-choice examinations.

# PREPARING FOR THE TEST

**Primum® Computer-Based Case Simulations (CCS)**

*Primum* CCS allows you to provide care for a simulated patient. You decide which diagnostic information to obtain and how to treat and monitor the patient's progress. The computer records each step you take in caring for the patient and scores your overall performance. This format permits assessment of clinical decision-making skills in a more realistic and integrated manner than other available formats.

In *Primum* CCS, you may request information from the history and physical examination; order laboratory studies, procedures, and consultants; and start medications and other therapies. Any of the thousands of possible entries that you type on the "order sheet" are processed and verified by the "clerk." When you have confirmed that there is nothing further you wish to do, you decide when to reevaluate the patient by advancing time. As time passes, the patient's condition changes based on the underlying problem and your interventions; results of tests are reported, and results of interventions must be monitored. You suspend the movement of time as you consider next steps. While you cannot go back in time, you can change your orders to reflect your updated management plan.

The patient's chart contains, in addition to the order sheet, the reports resulting from your orders. By selecting the appropriate chart tabs, you can review vital signs, progress notes, nurses' notes, and test results. You may care for and move the patient among the office, home, emergency department, intensive care unit, and hospital ward.

Practice time with the *Primum* software is not available on the test day. Therefore, you must review the *Primum* CCS orientation materials and practice with all the sample cases well in advance of your testing day to have a thorough understanding of how the CCS system works. CCS sample cases are provided to Step 3 applicants on the 2003 USMLE CD and are available at the USMLE website.

**Practice at Prometric® Test Centers**

If you wish to experience some of the conditions of test administration for any Step, you may schedule time to review sample test materials at a Prometric Test Center for a fee. Although shorter than an actual USMLE Step and containing the same sample test materials provided by the USMLE registration entities and at the USMLE website, this option allows you to experience USMLE sample test materials in the same environment as your actual test. After your registration for a Step is complete and you have received your Scheduling Permit, you may register for a practice session for that Step by following the instructions at the USMLE website or by contacting your registration entity.

> **Note:** If you register for the practice session, you will receive a separate Scheduling Permit specifically for the practice session. You must have this Permit before you can contact Prometric to schedule the practice session.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## Application Materials

If you meet the eligibility requirements on page 3, you can apply for the USMLE at any time. You must first obtain the application forms and instructions from the appropriate registration entity.

> **Note:** See page 26 for information on how to contact your registration entity to apply for a Step.

Application materials will include fee information and a deadline for submitting applications. You must use current application materials to apply.

## Applying for Step 1 and Step 2

Students and graduates of LCME- and AOA-accredited medical schools should apply for Step 1 and Step 2 by following the instructions at the NBME website (*http://www.nbme.org*). Review and follow the application instructions, complete your application, and submit it to the NBME.

Students and graduates of medical schools outside the United States and Canada should apply for Step 1 and Step 2 by following the instructions at the ECFMG website (*http://www.ecfmg.org*) or obtaining application materials from the ECFMG. Review and follow the application instructions, complete your application, and submit it to the ECFMG.

## Applying for Step 3

To request information on Step 3 eligibility requirements and application procedures, follow the instructions at the FSMB website (*http://www.fsmb.org*), or contact the FSMB or the medical licensing authority to which you wish to apply.

> **Note:** See page 27 for information on how to contact medical licensing authorities.

Application procedures for Step 3 vary among jurisdictions. You should begin inquiries at least three months in advance of the dates on which you expect to take the test.

After you obtain application materials, review and follow the application instructions to complete your application and submit it to the medical licensing authority or the FSMB as directed in the instructions.

## Examinees with Disabilities

The USMLE program provides reasonable accommodations for examinees with disabilities who are covered under the Americans with Disabilities Act (ADA). If you are a disabled individual covered under the ADA and require test accommodations, the following guidelines apply to you:

❑ You must obtain information regarding procedures and documentation requirements in advance of applying for each Step. This information is available from the USMLE website, from your registration entity if you are applying for Step 1 or Step 2, or from the FSMB if you are applying for Step 3.

❑ Your application for the Step, your request for test accommodations, and accompanying documentation must be submitted at the same time to the appropriate mailing address.

❑ When USMLE Steps are taken with test accommodations, score reports and transcripts may include an annotation that an accommodation was provided. Examples of accommodations include, but are not limited to, extended testing time, extra rest breaks during the examination, and visual aids.

11

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

**Obtaining an Eligibility Period for Step 1
and Step 2**

When applying for Step 1 or Step 2, you must select
a three-month period, such as January-February-
March or February-March-April, during which you
prefer to take the Step. A Scheduling Permit with
instructions for making an appointment at a
Prometric Test Center will be sent to you after your
registration entity processes your application and
determines your eligibility. The Scheduling Permit
specifies the three-month eligibility period during
which you must complete the examination. If the pro-
cessing of your application is not completed in time
to allow your preferred three-month period to be
assigned, you will be assigned to the next three-
month period. Allow approximately four to six weeks
for processing of your application. On receipt of your
Scheduling Permit, you are able to contact Prometric
immediately to schedule a test date.

Prometric schedules testing appointments for
Steps 1 and 2 up to six months in advance of the
assigned eligibility period. If your application is
submitted more than six months in advance of your
requested eligibility period, it will be processed,
but your Scheduling Permit will be sent no more
than six months before your assigned eligibility
period begins.

If you are unable to take the test within your eligibili-
ty period, contact your registration entity to inquire
about a contiguous three-month eligibility period
extension. A fee is charged for this service. Visit
your registration entity's website (see page 26) for
more information. If you do not take the test within
your eligibility period and wish to take it in the
future, you must reapply by submitting a new appli-
cation and fee(s).

**Testing Regions**

Step 1 and Step 2 are administered in the United
States and Canada and in more than 50 other
countries. International testing locations are
distributed among defined international testing
regions. These regions are noted in ECFMG
application materials along with instructions for
choosing a region and paying the additional interna-
tional test delivery surcharge. Within each region,
Prometric has a central scheduling office known as
the "Regional Registration Center" to contact for
scheduling test dates.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for
> up-to-date information on the locations
> of Prometric Test Centers.

**Obtaining an Eligibility Period for Step 3**

For Step 3, you may not select a specific eligibility
period. In deciding when to apply for Step 3, allow
approximately two to four weeks for processing.
Time for processing will vary depending on the par-
ticular medical licensing authority and the volume of
applications. Upon complete processing of your Step
3 application and confirmation of eligibility, a
Scheduling Permit is sent to you with instructions for
making an appointment at a Prometric Test Center.
On receipt of your Scheduling Permit, you should
contact Prometric immediately to schedule the test
dates. The Scheduling Permit specifies the eligibility
period (beginning immediately and extending for
approximately 90 calendar days) during which you
must complete the examination. If you are unable to
take the test within your eligibility period, contact the
FSMB to inquire about a contiguous three-month eli-
gibility period extension. A fee is charged for this
service, and some restrictions may apply. Visit the
FSMB website (*http://www.fsmb.org*) for more
detailed information. If you do not take the test with-
in your eligibility period and wish to take it in the
future, you must reapply by submitting a new appli-
cation and fee(s).

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## Your Scheduling Permit

> **Note: You will not be able to take the test if you do not bring your official Scheduling Permit to the test center** (see page 16). Please keep it in a secure location. If you lose your permit, contact your registration entity immediately. A fee may be charged to issue a replacement, and you may be required to reschedule your appointment.

You should verify the information on your Scheduling Permit before scheduling your appointment. Your Scheduling Permit includes the following:

- ❑ your name (see page 16) and mailing address,
- ❑ the examination for which you registered,
- ❑ your eligibility period,
- ❑ your testing region,
- ❑ your Scheduling Number,
- ❑ your Candidate Identification Number (CIN).

> **Note:** Your Scheduling Number is needed when you contact Prometric to schedule test dates. It differs from your **Candidate Identification Number (CIN)**, which is your private key needed to start the test and to initiate each test block. Prometric does not have access to your CIN.

## Scheduling Test Dates

When applying for the USMLE or scheduling test dates, please keep the following in mind:

- ❑ You must have your Scheduling Permit before you contact Prometric to schedule a testing appointment. Appointments are assigned on a "first-come, first-served" basis; therefore, you should contact Prometric to schedule as soon as possible after you have received your Scheduling Permit.

- ❑ You may take the test on any day that it is offered during your assigned eligibility period, provided that there is space at the Prometric Test Center you choose.

- ❑ Prometric Test Centers are closed on major local holidays.

- ❑ USMLE Steps are not available during the first two weeks of January.

- ❑ The busiest testing times in the Prometric testing network in the United States and Canada are May through July and November through December.

- ❑ Some, but not all, Prometric Test Centers are open on weekend days. When you schedule your Step 3 test dates, the two days on which you take the test will be consecutive days unless the center is closed on the day that follows your first day of testing. In that event, Prometric will assign you to the next day the center is open for your second day of testing. In all other cases, you must take Step 3 on two consecutive days at the same test center.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

Your Scheduling Permit includes a Prometric telephone number you must use to schedule your test date(s) at the test center of your choice. If you are taking Step 1 or Step 2 outside the United States and Canada, your Scheduling Permit also includes instructions on how to schedule a test date by fax or mail, as an alternative to telephoning Prometric.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for up-to-date information on the locations of Prometric Test Centers.

When you telephone Prometric, the Prometric representative will ask for information on your Scheduling Permit and will provide information regarding the centers and dates available on or near the date(s) when you wish to take the test. If your preferred center or date is not available, the representative will advise you of other nearby centers or alternate dates when a testing appointment is available. When you schedule your appointment, the Prometric representative will give you the following specific information that you should note in the space provided on your Scheduling Permit:

❑ the confirmed test day(s), date(s), and time;
❑ the address and telephone number of the Prometric Test Center where you will test; and
❑ your Prometric Confirmation Number.

If you are testing in the United States or Canada, you will be directed to contact the Prometric Test Center where your appointment is scheduled for needed information, such as directions to the center.

If you are testing outside the United States and Canada, you must contact the Regional Registration Center for information.

Scheduling a testing appointment for a specific date at a Prometric Test Center is not a guarantee that the scheduled test time or location will be available. The Prometric Test Center at which you are scheduled may become unavailable after you have scheduled your appointment. In that event, Prometric will attempt to notify you in advance of your scheduled testing appointment and to schedule you for a different time and/or center. However, on rare occasions, rescheduling your appointment for a different time or center may occur at the last minute. To avoid losses you would incur as a result, you should maintain flexibility in your travel arrangements, including any necessary airline travel.

**Rescheduling Test Dates**

If you are unable to keep your testing appointment on the scheduled date(s) or at the scheduled location, you may change your date(s) or center by contacting Prometric. You will need to provide your Prometric Confirmation Number when you reschedule.

To avoid a rescheduling fee, you must request to reschedule your appointment at least five business days before your appointment. If you are testing in the United States or Canada, you must make your request by noon eastern time at least five business days before your appointment. If you are testing outside the United States or Canada, you must make your request by noon local time of the Regional Registration Center you are using to schedule your appointment at least five business days before your appointment.

If telephoning, you must speak with a Prometric representative. Leaving a voice mail message does not satisfy the requirement to provide advance notice. If you provide less than five business days' notice, Prometric will charge you a fee to reschedule your test date(s). Your rescheduled test date(s) must fall within your assigned eligibility period.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

**Summary of Process**

In summary, to take a USMLE Step, you must meet the eligibility requirements shown on page 3 and do the following:

❑  Obtain application materials from the appropriate registration entity (see page 26).
❑  Complete your application materials and submit them to your registration entity.
❑  Receive a Scheduling Permit verifying your eligibility and authorizing you to schedule the examination.
❑  Follow the instructions on your Scheduling Permit to schedule your test date(s) at a specific Prometric Test Center.
❑  On the scheduled test date(s) and at the scheduled time, bring to the Prometric Test Center your Scheduling Permit and the required identification described on it (see page 16).
❑  Take the test.

# TESTING

## Test Centers and Testing Conditions

Prometric provides computer-based testing services for academic assessment, professional licensure, and certification. USMLE Step 1 and Step 2 are given at Prometric Test Centers around the world. Step 3 is given at Prometric Test Centers in the United States and its territories.

These centers provide the resources necessary for secure administration of the USMLE, including video and audio monitoring and recording, and use of digital cameras to record the identity of examinees.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for up-to-date information on the locations of Prometric Test Centers.

The USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. The rules include standard test administration conditions consistent with the principles on which the examinations are developed and scored. However, if the integrity of the examination process is jeopardized, the USMLE parent organizations may invalidate all or any part of an examination.

If information indicates that continued testing would jeopardize the security of examination materials or the integrity of scores, the USMLE parent organizations reserve the right to suspend or cancel test administration.

Individual examinations are drawn from large pools of content-parallel test forms, which are in turn created from very large banks of test materials. Individual examinations vary within and across test centers, and within and across test days. Electronic encryption is employed to protect the security of item banks, test forms, and test responses. Physical security at test centers is maintained by proctoring and video surveillance and recording.

## Admission to the Test

You should arrive at the Prometric Test Center 30 minutes before your scheduled testing time on your testing day(s). If you arrive late, you may not be admitted. If you arrive more than 30 minutes after your scheduled testing time, you will not be admitted. In that event, you must pay a fee to Prometric to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

When you arrive at the test center, you must present your Scheduling Permit and the required identification described on your Scheduling Permit. Acceptable forms of identification include the following forms of unexpired identification:

- ❏ passport,
- ❏ driver's license with photograph,
- ❏ national identity card,
- ❏ other form of unexpired, government-issued identification,
- ❏ ECFMG-issued identification card.

Your identification must contain both your signature and photograph. If it contains your photograph but not your signature, you can use another form of unexpired identification that contains your signature, such as a student/employee identification card or a credit card, to supplement your photo-bearing, government-issued identification.

> **Important Note:** Your name as it appears on your Scheduling Permit must match the name on your form(s) of identification exactly. If the name listed on your Scheduling Permit is not correct, contact your registration entity immediately. If you do not bring your Scheduling Permit and acceptable identification, you will not be admitted to the test. In that event, you must pay a fee to Prometric to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

16

# TESTING

Upon arrival at the test center, you must present the required identification, sign a test center log, be photographed, and store your personal belongings in your assigned locker. Test center staff will detach the bottom of your Scheduling Permit, which includes your Candidate Identification Number, and hand it to you to keep with you at all times for the duration of the examination. They will give you a marker and laminated writing surfaces, escort you to your assigned testing station, and provide brief instructions on use of the computer equipment. You must enter your Candidate Identification Number to start the examination. You may then take a brief tutorial prior to starting the first test block.

**Testing Regulations and Rules of Conduct**

Test center staff monitor all testing sessions for USMLE Steps. You must follow instructions of test center staff throughout the examination. Failure to do so may result in a determination of irregular behavior (see page 24).

Test center staff are not authorized to answer questions from examinees regarding examination content, testing software, or scoring.

If staff observe you violating test administration rules or engaging in other forms of irregular behavior during an examination, the center staff will not necessarily tell you of the observation at the time of the examination. Center staff reports such incidents to the USMLE program; each is fully investigated.

You may not bring any personal belongings into the testing area, including the following:

❑ mechanical or electronic devices, such as palm pilots, calculators, digital watches, watches with computer communication and/or memory capability, electronic paging devices, recording or filming devices, radios, cellular telephones;
❑ coats, jackets, headwear;
❑ book bags, backpacks, handbags, briefcases, wallets;
❑ books, notes, study materials, or scratch paper;
❑ food or beverages.

If you bring any personal belongings to the test center, you must store them in a designated locker outside the testing room. You should keep in mind that the lockers are small and that mechanical or electronic devices stored in lockers must be turned off. Upon reasonable suspicion, your personal belongings and their contents may be inspected. Any materials that reasonably appear to reproduce any USMLE examination materials will be confiscated. Making notes of any kind during an examination, except on the laminated writing surface provided at the test center, is not permitted.

# TESTING

## Rules of Conduct

When you register to take the USMLE, you are agreeing to the following Rules of Conduct:

1. You are the person named on the Scheduling Permit for the examination.

2. You will not give, receive, or obtain any form of unauthorized assistance during the examination or during breaks.

3. You will not have in your possession any formulas, study materials, or notes of any kind unless you are out of the examination room on a break between blocks of the examination.

4. Before entering the testing room, you will place any formulas, study materials, notes, or papers in your possession in a locker. All personal belongings, including your purse and/or wallet, must also be placed in a locker before you enter the testing room.

5. You will not leave your testing station for breaks unless the break screen is visible on your monitor. It will be considered a violation of Rules of Conduct if you indicate on the center log that your break screen is visible when it is not.

6. You will not use a telephone or other communication device at any point during the examination, including breaks, for any purpose related to test content.

7. You will not remove materials in any form (written, printed, recorded, or any other type) from the test center.

8. All examination materials remain the property of the USMLE parent organizations, and you will maintain the confidentiality of the materials, including the multiple-choice items and *Primum* CCS. You will not reproduce or attempt to reproduce examination materials through memorization or any other means. Also, you will not provide information relating to examination content that may give or attempt to give unfair advantage to individuals who may be taking the examination.

**If you violate these Rules of Conduct, you may be directed to leave the test center before you complete the examination. Also, evidence of violation of any test administration rule, including these Rules of Conduct, will result in actions being taken under USMLE policies and procedures on irregular behavior. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, and you may be barred from taking the USMLE in the future.**

# TESTING

## Completing the Test

Once you begin a block of the test, no breaks are provided during the block. Each block lasts approximately 30 to 60 minutes. During blocks, the clock continues to run even if you leave the testing room for a personal emergency. If you leave during a block, the test center staff will report that fact as an irregular incident, and your results may be analyzed as described on page 24. Each time you take a break during the testing day, you are required to sign out if you leave the testing room and sign in when you return. You must take the bottom portion of your scheduling permit with you each time you leave the testing room. You must present your identification and the bottom of your Scheduling Permit each time you sign in. Each block ends when its time expires or when you exit from it.

The test session ends when all blocks have been completed (or the total time for the test expires). You will sign out as you leave the test center, hand in the bottom of your Scheduling Permit and the laminated writing surfaces, and receive a notice that you appeared for the test. If your test is scheduled for multiple days, you must take the bottom portion of the scheduling permit with you and return with it the following day(s). The bottom portion will be collected at the end of your last testing day.

After you start taking an examination, you cannot cancel or reschedule that examination unless a technical problem requires rescheduling. If you experience a computer problem during the test, notify test center staff immediately. In the rare event of a technical problem, testing software is designed to allow the test to restart at the point it was interrupted. In most cases, your test can be restarted at the point of interruption with no loss of testing time. However, it is possible that a technical problem may occur that requires that your test be rescheduled. In that event, you will be allowed to test at a later date at no additional charge.

## How Break Time Works

Your entire testing session is scheduled for a fixed amount of time. The computer keeps track of your overall time and the time allocated for each block of the test. Fifteen minutes is allotted to complete the tutorial and 45 minutes for break time. The 45 minutes for breaks can be divided in any manner, according to your preference. For example, you can take a short break at your seat after you complete a block, or you can take a longer break for a meal outside the test center after you complete a few blocks. If you do not use the entire 15 minutes for the tutorial or if you complete a block of the test early, the remaining time will be available for breaks. It will not be available to complete other blocks of the test.

As you progress through the blocks of the test, you should monitor how many blocks are remaining and how much break time is remaining. If you take too much break time and exceed the allocated or accumulated break time, your time to complete the last block(s) in the testing session will be reduced. If a test question is displayed on your monitor when the time allotted for that section runs out, you will be able to enter a response for only that question before the section will end; you will not be allowed to answer any additional questions in that section. A mouse click or keyboard entry is required before the section actually ends. Please note that the session time is still running prior to the mouse click or keyboard entry, which will reduce your break time and/or the total time that you have remaining to complete the test.

After you complete or run out of time for each block during the test, you must respond when the computer asks you to indicate whether you want to take a break or continue. After your test, you may be asked to complete an additional block that contains survey questions about your testing experience.

# SCORING AND SCORE REPORTING

## Examination Results and Scoring

When you take a Step, the computer records your responses. After your test ends, your responses are transmitted to the NBME for scoring. The number of test items you answer correctly is converted to two equivalent scores, one on a three-digit score scale and one on a two-digit score scale. Both scales are used for score-reporting purposes.

On the three-digit scale, most scores fall between 160 and 240. The mean score for first-time examinees from accredited medical schools in the United States is in the range of 200 to 220, and the standard deviation is approximately 20. Your score report will include the mean and standard deviation for recent administrations of the Step.

The two-digit score is derived from the three-digit score. It is used in score reporting because some medical licensing authorities have requirements that include language describing a "passing score of 75." The two-digit score is derived in such a way that a score of 75 always corresponds to the minimum passing score.

USMLE score reports and transcripts (described on pages 21 and 22) show your scores and an indication of whether you passed or failed. The same information is sent to medical licensing authorities for their use in granting the initial license to practice medicine.

Except as otherwise specified below, to receive a score, you must complete the entire test. This means that you must begin and either exit from or run out of time for each block of the test. If you begin but do not complete a Step, no scores are reported, and the "incomplete examination" attempt appears on your USMLE transcript. If you register for but do not take a Step, no record of the test will appear on your transcript.

If your examination is incomplete, you may request that a score be calculated and reported, with all missed test items scored as incorrect. This score is likely to be lower than the score you would have achieved had you completed all sections of the examination. If you receive notification that your examination resulted in an incomplete attempt, contact your registration entity in writing no later than 45 days after the date the notification is mailed to you if you would like further information on having the score calculated and reported. If you decide to request calculation and reporting of your score, the score will appear on your USMLE transcript as though it were complete. It may not be retracted subsequently.

If it is determined that you took a Step for which you were not eligible, scores for that test will not be reported or, if previously reported, will be revoked (see pages 5 and 24).

Some examination materials are included in the USMLE to enhance the examination system and to investigate the measurement properties of the examinations. Such materials are not scored.

## Scoring for Multiple-Choice Items

Each Step includes multiple-choice items in blocks of 30 to 60 minutes (see page 9). Blocks of items are constructed to meet specific content specifications. As a result, the combination of blocks of items creates a form of the Step that is comparable in content to all other forms.

## Scoring for *Primum* CCS

The CCS scoring process compares your patient management strategy with policies obtained from experts. Actions resembling a range of optimal strategies will produce a higher score. You must balance thoroughness, efficiency, avoidance of risk, and timeliness in responding to the clinical situation. Dangerous and unnecessary actions will detract from your score.

# SCORING AND SCORE REPORTING

## Minimum Passing Scores

The USMLE program recommends a minimum passing score for each Step. Medical licensing authorities may accept the recommended pass/fail result, or they may establish their own passing score. Recommended performance standards for the USMLE are based on a specified level of proficiency. As a result, no predetermined percentage of examinees will pass or fail the examination. The recommended minimum passing level is reviewed periodically and may be adjusted at any time. The Step 1 and Step 2 minimum passing scores are expected to be reviewed during 2002–2003. Notice of such review and any adjustments will be posted at the USMLE website. While the percentage of correctly answered multiple-choice items required to pass varies from form to form, typically you must answer 60 to 70 percent of items correctly to achieve a passing score.

> **Note:** Visit the USMLE website for up-to-date information at **http://www.usmle.org.**

A statistical procedure ensures that the performance required to pass each test form is equivalent to that needed to pass other forms; this process also places scores from different forms on a common scale.

For Step 3, your performance on the case simulations will affect your Step 3 score and could affect whether you pass or fail. The proportional contribution of the score on the case simulations is no greater than the amount of time you are allowed for the case simulations.

## Official Examinee Score Reports

The official examinee score report you receive after you take a Step includes a pass/fail designation, numerical scores, and graphical performance profiles summarizing areas of strength and weakness to aid in self-assessment. These profiles are developed solely for your benefit and will not be reported or verified to any third party.

> **Note:** To avoid misinterpretation and protect your privacy, scores are not provided by telephone or fax to anyone. You should retain your official score report for your records.

Although most scores typically will be available in time to mail your report within three to four weeks after your test date, delays are possible for various reasons. In selecting your test date and inquiring about scores, you should allow at least six weeks after your test date to receive your score report.

## Score Rechecks

Standard procedures ensure that the scores reported for you accurately reflect the responses recorded by the computer. A change in score based on a recheck is an extremely remote possibility. However, a recheck will be done if you submit a written request and service fee to the entity that registered you for the Step (see page 26). Your request must be received by your registration entity no later than 90 days after your score report release date.

## Score Reporting

After you take Step 1, Step 2, or Step 3, you should allow at least six weeks after your test date to receive your score report. If you do not receive your original score report, a request for a duplicate score report will be honored up to 90 days after your score report release date. You must make your request to the entity that registered you for the test. If more than 90 days have passed since your score report release date, scores will be reported to you only in the form of a USMLE transcript (see page 22) after you submit a signed request and pay the required fee.

The NBME reports the scores on the USMLE to AOA- and LCME-accredited medical schools for their students and graduates.

If you are a student or graduate of an AOA- or LCME-accredited medical school and you do not want your Step 1 or Step 2 scores reported to your medical school, you must send a signed request to the

# SCORING AND SCORE REPORTING

NBME. Your request must be postmarked or faxed at least two weeks before your scheduled test date. If you make this request, the score information provided to the medical school will list your name and the notation "record withheld at the request of the examinee." If you want your scores reported to your medical school subsequently, you must submit a signed request and pay the required fee (see below).

If you are a graduate of an AOA- or LCME-accredited medical school, you must indicate on your Step 3 application your preference for reporting your Step 3 score to the school from which you graduated.

**Official USMLE Transcripts and Providing Scores to Third Parties**

If you want to send your USMLE scores to a third party, you must submit a signed request and pay a fee. Your scores will be provided in the form of a USMLE transcript.

Examination data (including score information) from USMLE Steps may be used by the USMLE program or made available to third parties for research. In such instances, the data will be confidential, and individual examinees will not be identifiable in any publication. If you do not wish your score to be made available for research purposes, you must advise the USMLE Secretariat in writing (see page 27).

Except as described in this bulletin, USMLE scores will not be reported to you or third parties without your signed request and payment of the transcript fee.

Your USMLE transcript includes the following:

❑ your name and other personal identification information including your date of birth;

❑ your complete score history of all Steps that you took;

❑ your history of any examinations for which no scores were reported (see "Change in Eligibility Status" on page 5, "Completing the Test" on page 19, or "Validity of Scores" on page 24);

❑ indication of whether you have previously taken the former NBME Parts I, II, or III, or Federation Licensing Examination (FLEX);

❑ annotation(s) if you were provided with any test accommodations (see page 11);

❑ annotation(s) and information documenting classification of any scores as indeterminate (see page 24);

❑ annotation(s) and information documenting any irregular behavior (see page 24); and

❑ notation(s) of any actions taken against you by medical licensing authorities or other credentialing entities that have been reported to the FSMB Board Action Databank.

> **Note:** Graphical performance profiles, which are included on your original score reports, are not included in your USMLE transcript.

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME. Which entity you contact depends on which Steps you have taken and where you want your transcript sent. Contact the FSMB if you want your transcript sent to a medical licensing authority at any time. If you have not registered for or taken Step 3 and want your transcript sent to anyone other than a medical licensing authority, the request should be sent to the last entity that registered you.

# SCORING AND SCORE REPORTING

**Electronic Residency Application Service (ERAS®)**

If you use ERAS, you may request electronic transmittal of your USMLE transcript to residency programs that participate in ERAS. Information on electronic transmittal of transcripts through ERAS is available for students and graduates of LCME- and AOA-accredited medical schools from the medical schools, and for students and graduates of medical schools outside the United States and Canada from the ECFMG. The Association of American Medical Colleges (AAMC) and ECFMG websites also include information on ERAS and/or links to the ERAS website.

Visit these websites for information on ERAS:
**http://www.aamc.org**
**http://www.ecfmg.org**

### Requesting USMLE Transcripts

| Step(s) Taken | Recipient of Transcript | Contact (see page 26) |
|---|---|---|
| One or more USMLE Steps | Medical licensing authority | **FSMB** |
| All three USMLE Steps; and Step 1 and Step 2 only when registered for Step 3 | Any recipient | **FSMB** |
| Step 1 and/or Step 2 only, registered by ECFMG | Any recipient other than a medical licensing authority | **ECFMG** |
| Step 1 and/or Step 2 only, registered by NBME | Any recipient other than a medical licensing authority | **NBME** |

23

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

## Validity of Scores

The USMLE program assures the validity of scores reported for USMLE Steps by every means available. Your scores may be classified as *indeterminate* if the scores are at or above the passing level and the USMLE program cannot certify that they represent a valid measure of your knowledge or competence as sampled by the examination. The USMLE program may make such a determination when aberrancies in performance are detected for which there is no reasonable and satisfactory explanation. A classification of indeterminate may result from irregular behavior (see following section) or from other factors, such as unexplained inconsistency in performance within a Step or between takes of the same Step.

The performance of all examinees is monitored and may be analyzed statistically to detect aberrancies indicating that your scores may be indeterminate. In addition, evidence of irregular behavior may suggest that your scores do not represent a valid measure of your knowledge or competence as sampled by the examination. In these circumstances, your score report may be delayed, pending completion of further analysis and investigation. If your score report is delayed, you and any other party to whom scores would normally be reported will be notified. You will be provided with a copy of the USMLE Policies and Procedures Regarding Indeterminate Scores, which describes the process for reaching final decisions. You will have an opportunity to provide information that you consider relevant.

After review and analysis of all available information, scores will be classified as valid and will be reported, or scores will be classified as indeterminate. If the scores are classified as indeterminate, you will be advised of the options for retaking the examination. Scores classified as indeterminate do not appear on your transcript; rather, an annotation indicates that the scores were classified as indeterminate. Scores classified as indeterminate will not be reported to anyone. Anyone who has received a report of scores that are later classified as indeterminate will be notified of the indeterminate classification. The USMLE Policies and Procedures Regarding Indeterminate Scores describes the circumstances in which informa-

tion about the indeterminate classification will be provided to entities that receive or have received your USMLE transcript.

If irregular behavior appears to have contributed to a decision that your scores are indeterminate, action will also be taken as described below.

## Irregular Behavior

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process.

If you have information or evidence indicating that any type of irregular behavior or any infringement of legal rights has occurred, you should submit a written report to or telephone the USMLE Secretariat (see page 27) or the registration entity (see page 26).

Specific examples of irregular behavior include, but are not limited to, the following:

❑ seeking and/or obtaining unauthorized access to examination materials;

❑ falsifying information on application forms, Scheduling Permits, or other USMLE-related documents;

❑ taking an examination without being eligible for it or attempting to do so;

❑ impersonating an examinee or engaging someone else to take the examination for you;

❑ giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so;

❑ making notes of any kind during an examination except on the laminated writing surfaces provided at the test center;

❑ failing to adhere to any USMLE policy, procedure, or rule, including instructions of the test center staff;

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

❑ disruptive behavior at a test center;

❑ possessing unauthorized materials, including photographic equipment, or communication or recording devices, including electronic paging devices and cellular telephones, during an examination;

❑ altering or misrepresenting examination scores;

❑ any unauthorized reproduction by any means, including reconstruction through memorization, and/or dissemination of copyrighted examination materials; and

❑ providing or attempting to provide any information, including that relating to examination content, that may give or attempt to give unfair advantage to individuals who may be taking the examination.

---

**NOTE:** Looking in the direction of another examinee's computer monitor or talking to another examinee during the examination may be reported as evidence of giving, receiving, or obtaining unauthorized assistance. The report may result in a determination of irregular behavior, as described below.

---

If information received suggests that irregular behavior has occurred, statistical analyses may be conducted and additional information may be gathered.

You will be advised of the alleged irregular behavior, and you will have an opportunity to provide information that you consider relevant to the evaluation of the allegation. Your scores may be withheld, if they have not been reported previously. Step applications will not be processed, and you may not be permitted to take subsequent examinations until a final decision regarding irregular behavior is made. You will be provided with a copy of the USMLE Policies and Procedures Regarding Irregular Behavior, which describes in detail the process for reaching final decisions regarding irregular behavior. If the evidence suggests that the alleged irregular behavior affects score validity, the score will also be reviewed as described on page 24.

If it is determined that you engaged in irregular behavior, information regarding this determination becomes part of your USMLE record. Your score report (if applicable) and USMLE transcript will contain a notation regarding the irregular behavior.

Information about the irregular behavior will be provided to third parties that receive or have received your USMLE transcript. If it is determined that the irregular behavior is egregious and/or threatens the integrity of the examination system, you may be barred from future USMLE Steps. The USMLE program reserves the right to bar an individual from the USMLE or to have special test administration procedures implemented when information regarding behavior of examinees on the USMLE or predecessor examinations indicates such actions may be necessary to ensure the security of the USMLE.

# COMMUNICATING ABOUT USMLE

| Examination | Type of Applicant | Registration Entity to Contact |
|---|---|---|
| Step 1 or Step 2 | Students and graduates of medical schools in the United States and Canada accredited by the Liaison Committee on Medical Education or the American Osteopathic Association | **NBME** **Applicant Services** 3750 Market Street Philadelphia, PA 19104-3190 Telephone: (215) 590-9700 Fax: (215) 590-9457 Website: *http://www.nbme.org* |
| Step 1 or Step 2 | Students and graduates of medical schools outside the United States and Canada | **ECFMG** 3624 Market Street Philadelphia, PA 19104-2685 Application materials: ❏ Visit the ECFMG website at *http://www.ecfmg.org* ❏ Telephone: (215) 375-1913 ❏ Telephone: (800) 500-8249 toll-free within North America Other inquiries: (215) 386-5900 Fax: (215) 386-9196 |
| Step 3 | All medical school graduates who have passed Step 1 and Step 2 | **FSMB** Department of Examination Services PO Box 619850 Dallas, TX 75261-9850 Telephone: (817) 868-4041 Website: *http://www.fsmb.org* or **Medical licensing authority** (see page 27) |

**Application and Registration Inquiries**

You must contact the appropriate registration entity (see above) for the following:

❏ information on how to apply for the USMLE,
❏ application materials,
❏ information on the status of your application or Scheduling Permit.

**http://www.usmle.org**

Visit the USMLE website for up-to-date information.

# COMMUNICATING ABOUT USMLE

## Scheduling and Test Center Inquiries

Your Scheduling Permit includes instructions on how to contact Prometric to schedule your appointment to test. Inquiries about your appointment, such as a request to reschedule an appointment within your eligibility period, must be directed to Prometric. For current information on the locations of Prometric Test Centers, visit the Prometric website.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for
> up-to-date information on the locations
> of Prometric Test Centers.

After you have received your Scheduling Permit, you can contact Prometric directly, as instructed on the Permit, for current information on a particular test center.

## Problem Inquiries

If you have received a Scheduling Permit but experience a problem that Prometric is unable to resolve in scheduling your appointment or in administering your test on the testing day, you may contact your registration entity (see page 26).

## General Inquiries

Complete information on the USMLE is available at the USMLE website. General inquiries regarding the USMLE or inquires for the USMLE Secretariat may be directed to the NBME (see page 26) or the USMLE Secretariat:

USMLE Secretariat
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700

## Step 3 and Medical Licensure Inquiries

General inquiries for information on Step 3 application and medical licensure may be directed to the FSMB. Specific inquiries regarding licensure may be directed to the following medical licensing authorities or their representatives at the telephone numbers listed below.

Alabama State Board of Medical Examiners
PO Box 946
Montgomery, AL 36101-0946
(334) 242-4116 or (800) 227-2206

Alaska State Medical Board
3601 C Street, Suite 722
Anchorage, AK 99503-5986
(907) 269-8163
Step 3 inquiries: call FSMB at (817) 868-4041

Arizona Board of Medical Examiners
9545 E Doubletree Ranch Road
Scottsdale, AZ 85258
(480) 551-2700
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Arizona Board of Osteopathic Examiners
in Medicine and Surgery
9535 E Doubletree Ranch Road
Scottsdale, AZ 85258-5539
(480) 657-7703

Arkansas State Medical Board
2100 Riverfront Drive
Little Rock, AR 72202-1793
(501) 296-1802
Step 3 inquiries: call FSMB at (817) 868-4041

Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, CA 95825-3236
Licensure inquiries: (916) 263-2389
Step 3 inquiries: call FSMB at (817) 868-4041

Colorado Board of Medical Examiners
1560 Broadway, Suite 1300
Denver, CO 80202-5140
(303) 894-7690
Step 3 inquiries: call FSMB at (817) 868-4041

Connecticut Department of Public Health
Physician Licensure Department
410 Capitol Avenue
PO Box 340308 MS 13 PHO
Hartford, CT 06134-0308
(860) 509-7648
Step 3 inquiries: call FSMB at (817) 868-4041

Delaware Board of Medical Practice
Cannon Building, Suite 203
861 Silverlake Boulevard
Dover, DE 19903-1401
(302) 739-4522
Step 3 inquiries: call FSMB at (817) 868-4041

District of Columbia Board of Medicine
825 Capital Street, NE, 2nd Floor
Washington, DC 20002
(202) 442-9200

Florida Board of Medicine
4052 Bald Cypress Way
BIN #C03
Tallahassee, FL 32399-3253
(850) 245-4131
Step 3 inquiries: call FSMB at (817) 868-4041

Florida Board of Osteopathic Medicine
4052 Bald Cypress Way
BIN #C06
Tallahassee, FL 32399-1753
(850) 245-4161

Georgia Composite State Board
of Medical Examiners
2 Peachtree Street, NW, 10th Floor
Atlanta, GA 30303
(404) 656-3913
Step 3 inquiries: call FSMB at (817) 868-4041

Guam Board of Medical Examiners
Health Professions Licensing
1304 E Sunset Boulevard
Hagatna, GU 96913
(671) 475-0251

Hawaii Board of Medical Examiners
Department of Commerce and Consumer Affairs
1010 Richards Street
Honolulu, HI 96813
(808) 586-3000
Step 3 inquiries: call FSMB at (817) 868-4041

Idaho State Board of Medicine
1755 Westgate Drive #140
Boise, ID 83704
(208) 327-7000
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Illinois Department of Professional Regulation
100 W Randolph Street, Suite 9-300
Chicago, IL 60601
(312) 814-4500

Indiana Health Professions Bureau
402 W Washington Street, Room 041
Indianapolis, IN 46204
(317) 232-2960
Step 3 inquiries: call FSMB at (817) 868-4041

Iowa State Board of Medical Examiners
400 SW 8th Street, Suite C
Des Moines, IA 50309
(515) 281-5171
Step 3 inquiries: call FSMB at (817) 868-4041

Kansas Board of Healing Arts
235 S Topeka Boulevard
Topeka, KS 66603-3068
(785) 296-7413

Kentucky Board of Medical Licensure
Hurstbourne Office Park
310 Whittington Parkway, Suite 1B
Louisville, KY 40222
(502) 429-8046
Step 3 inquiries: call FSMB at (817) 868-4041

Louisiana State Board of Medical Examiners
630 Camp Street
New Orleans, LA 70190-0250
(504) 568-6820
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Licensure in Medicine
137 State House Station
Augusta, ME 04333-0137
(207) 287-3601
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Osteopathic Licensure
142 State House Station
Augusta, ME 04333-0142
(207) 287-2480

Maryland Board of Physician Quality Assurance
4201 Patterson Avenue, 3rd Floor
Baltimore, MD 21215-0095
(410) 764-4777 or (800) 492-6836
Step 3 inquiries: call FSMB at (817) 868-4041

Massachusetts Board of Registration in Medicine
10 West Street, 3rd Floor
Boston, MA 02111
(617) 727-3086 or (800) 377-0550
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Medicine
611 W Ottawa, 4th Floor
Lansing, MI 48909-8170
(517) 373-6873
Step 3 inquiries: call FSMB at (817) 868-4041

Minnesota Board of Medical Practice
2829 University Avenue, SE, Suite 400
Minneapolis, MN 55414-3246
(612) 617-2130
Step 3 inquiries: call FSMB at (817) 868-4041

Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200B
Jackson, MS 39216
(601) 987-3079
Step 3 inquiries: call FSMB at (817) 868-4041

Missouri State Board of Registration
for the Healing Arts
3605 Missouri Boulevard
Jefferson City, MO 65109
(573) 751-0098

Montana Board of Medical Examiners
301 S Park Avenue, 4th Floor
Helena, MT 59620-0513
(406) 841-2300
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Nebraska Health and Human Services System
PO Box 94986
301 Centennial Mall
Lincoln, NE 68509-4986
(402) 471-2118
Step 3 inquiries: call FSMB at (817) 868-4041

Nevada State Board of Medical Examiners
1105 Terminal Way #301
Reno, NV 89502
(775) 688-2559

Nevada State Board of Osteopathic Medicine
2950 E Flamingo Road, Suite G
Las Vegas, NV 89121-5208
(702) 732-2147
Step 3 inquiries: call FSMB at (817) 868-4041

New Hampshire Board of Medicine
2 Industrial Park Drive, Suite 8
Concord, NH 03301-8520
(603) 271-1203 or (800) 780-4757
Step 3 inquiries: call FSMB at (817) 868-4041

New Jersey State Board of Medical Examiners
140 E Front Street, 2nd Floor
Trenton, NJ 08625-0183
(609) 826-7100
Step 3 inquiries: call FSMB at (817) 868-4041

New Mexico State Board of Medical Examiners
Lamy Building, 2nd Floor
491 Old Santa Fe Trail
Santa Fe, NM 87501
(505) 827-5022
Step 3 inquiries: call FSMB at (817) 868-4041

New Mexico Board of Osteopathic
Medical Examiners
2055 S Pacheco, Suite 400
Santa Fe, NM 87504
(505) 476-7120

New York State Board for Medicine
89 Washington Avenue, 2nd Floor, West Wing
Albany, NY 12234
(518) 474-3817
Step 3 inquiries: call FSMB at (817) 868-4041

North Carolina Medical Board
PO Box 20007
Raleigh, NC 27619-0007
(919) 326-1100

North Dakota State Board of Medical Examiners
City Center Plaza
418 E Broadway, Suite 12
Bismarck, ND 58501
(701) 328-6500
Step 3 inquiries: call FSMB at (817) 868-4041

State Medical Board of Ohio
77 S High Street, 17th Floor
Columbus, OH 43266-0315
(614) 466-3934 or (800) 554-7717
Step 3 inquiries: call FSMB at (817) 868-4041

Oklahoma State Board of Medical Licensure
and Supervision
5104 N Francis Avenue #C73118
Oklahoma City, OK 73154-0256
(405) 848-6841

Oklahoma Board of Osteopathic Examiners
4848 N Lincoln Boulevard, Suite 100
Oklahoma City, OK 73105-3321
(405) 528-8626 or (800) 381-4519

Oregon Board of Medical Examiners
620 Crown Plaza
1500 SW First Avenue
Portland, OR 97201-5826
(503) 229-5770
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Pennsylvania State Board of Medicine
124 Pine Street
Harrisburg, PA 17105-2649
(717) 787-2381
Step 3 inquiries: call FSMB at (817) 868-4041

Board of Medical Examiners of Puerto Rico
Call Box 13969
San Juan, PR 00908
(787) 782-8949

Rhode Island Board of Medical Licensure
and Discipline
Department of Health
Cannon Building, Room 205
Three Capitol Hill
Providence, RI 02908-5097
(401) 222-3855
Step 3 inquiries: call FSMB at (817) 868-4041

South Carolina Department of LLR
Board of Medical Examiners
Department of Labor, Licensing and Regulation
110 Centerview Drive, Suite 202
Columbia, SC 29210-1289
(803) 896-4500
Step 3 inquiries: call FSMB at (817) 868-4041

South Dakota State Board of Medical
and Osteopathic Examiners
1323 S Minnesota Avenue
Sioux Falls, SD 57105
(605) 334-8343
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Medical Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Osteopathic Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202

Texas State Board of Medical Examiners
333 Guadalupe, Tower 3, Suite 610
Austin, TX 78701
(512) 305-7010
Step 3 inquiries: call FSMB at (817) 868-4041

Utah Department of Commerce
Division of Occupational and Professional Licensing
160 E 300 South, 1st Floor
Salt Lake City, UT 84102
(801) 530-6628
Step 3 inquiries: call FSMB at (817) 868-4041

Vermont Board of Medical Practice
109 State Street
Montpelier, VT 05609-1106
(802) 828-2673
Step 3 inquiries: call FSMB at (817) 868-4041

Vermont Board of Osteopathic Physicians and
Surgeons
26 Terrace Street, Drawer 09
Montpelier, VT 05609-1106
(802) 828-2373 or (800) 439-8683

Virginia Board of Medicine
6606 W Broad Street, 4th Floor
Richmond, VA 23230-1717
(804) 662-9908
Step 3 inquiries: call FSMB at (817) 868-4041

Virgin Islands Board of Medical Examiners
Virgin Islands Department of Health
48 Sugar Estate
St. Thomas, VI 00802
(340) 774-0117

Washington Medical Quality Assurance Commission
PO Box 47866
Olympia, WA 98504-7866
(360) 236-4784 or 4785
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Washington State Board of Osteopathic
Medicine and Surgery
Department of Health
PO Box 47870
Olympia, WA 98504-7870
(360) 236-4943
Step 3 inquiries: call FSMB at (817) 868-4041

West Virginia Board of Medicine
101 Dee Drive
Charleston, WV 25311
(304) 558-2921
Step 3 inquiries: call FSMB at (817) 868-4041

Wisconsin Medical Examining Board
Department of Regulation and Licensing
1400 E Washington Avenue, Room 178
Madison, WI 53703
(608) 266-2112

Wyoming Board of Medicine
Colony Building, 2nd Floor
211 W 19th Street
Cheyenne, WY 82003
(307) 778-7053
Step 3 inquiries: call FSMB at (817) 868-4041