# 2b

# TESTING

> **Important Note:** Your name as it appears on your Scheduling Permit must match the name on your form(s) of identification exactly. If the name listed on your Scheduling Permit is not correct, contact your registration entity immediately. If you do not bring your Scheduling Permit and acceptable identification, you will not be admitted to the test. In that event, you must pay a fee to Prometric to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

Upon arrival at the test center, you must present the required identification, sign a test center log, be photographed, and store your personal belongings in your assigned locker. Test center staff will detach the bottom of your Scheduling Permit, which includes your Candidate Identification Number, and hand it to you to keep with you at all times for the duration of the examination. They will give you a marker and laminated writing surfaces, escort you to your assigned testing station, and provide brief instructions on use of the computer equipment. You must enter your Candidate Identification Number to start the examination. You may then take a brief tutorial prior to starting the first test block.

**Testing Regulations and Rules of Conduct**

Test center staff monitor all testing sessions for USMLE Steps. You must follow the instructions of test center staff throughout the examination. Failure to do so may result in a determination of irregular behavior (see page 24).

Test center staff are not authorized to answer questions from examinees regarding examination content, testing software, or scoring.

If staff observe you violating test administration rules or engaging in other forms of irregular behavior during an examination, the center staff will not necessarily tell you of the observation at the time of the examination. Center staff report such incidents to the USMLE program; each is fully investigated.

You may not bring any personal belongings into the testing area, including the following:

- ❏ mechanical or electronic devices, such as personal digital assistants (PDAs), calculators, digital watches, watches with computer communication and/or memory capability, electronic paging devices, recording or filming devices, radios, cellular telephones;
- ❏ coats, jackets, headwear;
- ❏ book bags, backpacks, handbags, briefcases, wallets;
- ❏ books, notes, study materials, or scratch paper;
- ❏ food or beverages.

If you bring any personal belongings to the test center, you must store them in a designated locker outside the testing room. You should keep in mind that the lockers are small and that mechanical or electronic devices stored in lockers must be turned off. Upon reasonable suspicion, your personal belongings and their contents may be inspected. Any materials that reasonably appear to be reproductions of any USMLE examination materials will be confiscated. Making notes of any kind during an examination, except on the laminated writing surface provided at the test center, is not permitted.

# TESTING

## Rules of Conduct

When you register to take the USMLE, you are agreeing to the following Rules of Conduct:

1. You are the person named on the Scheduling Permit for the examination.

2. You will not give, receive, or obtain any form of unauthorized assistance during the examination or during breaks.

3. You will not have in your possession any formulas, study materials, notes, or papers of any kind unless you are out of the examination room on a break between blocks of the examination.

4. Before entering the testing room, you will place any formulas, study materials, notes, or papers in your possession in a locker. All personal belongings, including your purse and/or wallet, must also be placed in a locker before you enter the testing room.

5. You will not leave your testing station for breaks unless the break screen is visible on your monitor. It will be considered a violation of Rules of Conduct if you indicate on the test center log that your break screen is visible when it is not.

6. You will not use a telephone or other communication device at any point during the examination, including breaks, for any purpose related to test content.

7. You will not remove materials in any form (written, printed, recorded, or any other type) from the test center.

8. All examination materials remain the property of the USMLE parent organizations, and you will maintain the confidentiality of the materials, including the multiple-choice items and *Primum* CCS. You will not reproduce or attempt to reproduce examination materials through memorization or any other means. Also, you will not provide information relating to examination content that may give or attempt to give unfair advantage to individuals who may be taking the examination. This includes postings regarding examination items and/or answers on the Internet.

---

If you violate these Rules of Conduct, you may be directed to leave the test center before you complete the examination. Also, evidence of violation of any test administration rule, including these Rules of Conduct, will result in actions being taken under USMLE policies and procedures on irregular behavior. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, and you may be barred from taking the USMLE in the future.

# TESTING

## Completing the Test

Once you begin a block of the test, no breaks are provided during the block. Each block lasts approximately 30 to 60 minutes. During blocks, the clock continues to run even if you leave the testing room for a personal emergency. If you leave during a block, the test center staff will report that fact as an irregular incident, and your results may be analyzed as described on page 24. Each time you take a break during the testing day, you are required to sign out if you leave the testing room and sign in when you return. You must take the bottom portion of your Scheduling Permit with you each time you leave the testing room. You must present your identification and the bottom of your Scheduling Permit each time you sign in. Each block ends when its time expires or when you exit from it.

If you fill the laminated writing surface provided, please inform test center staff. Replacement laminated writing surfaces will be provided. You will not be provided with material to erase the laminated writing surfaces; do not wipe them clean yourself.

The test session ends when you have started and exited all sections or the total time for the test expires. You will sign out as you leave the test center, hand in the bottom of your Scheduling Permit and the laminated writing surfaces, and receive a notice that you appeared for the test. If your test is scheduled for multiple days, you must take the bottom portion of the Scheduling Permit with you and return with it the following day(s). The bottom portion will be collected at the end of your last testing day.

After you start taking an examination, you cannot cancel or reschedule that examination unless a technical problem requires rescheduling. If you experience a computer problem during the test, notify test center staff immediately. In the rare event of a technical problem, testing software is designed to allow the test to restart at the point it was interrupted. In most cases, your test can be restarted at the point of interruption with no loss of testing time. However, it is possible that a technical problem may occur that does not permit you to complete your examination. In that event, contact the NBME or registration entity in writing. Arrangements will be made to allow you to test at a later date at no additional charge.

## How Break Time Works

Your entire testing session is scheduled for a fixed amount of time. The computer keeps track of your overall time and the time allocated for each block of the test. Fifteen minutes is allotted to complete the tutorial and 45 minutes for break time. The 45 minutes for breaks can be divided in any manner, according to your preference. For example, you can take a short break at your seat after you complete a block, or you can take a longer break for a meal outside the test center after you complete a few blocks. If you do not use the entire 15 minutes for the tutorial or if you complete a block of the test early, the remaining time will be available for breaks. It will not be available to complete other blocks of the test.

As you progress through the blocks of the test, you should monitor how many blocks are remaining and how much break time is remaining. **If you take too much break time and exceed the allocated or accumulated break time, your time to complete the last block(s) in the testing session will be reduced.**

If a test question is displayed on your monitor when the time allotted for that section runs out, you will be able to enter a response for only that question before the section will end; you will not be allowed to answer any additional questions in that section. A mouse click or keyboard entry is required before the section actually ends. Please note that the session time is still running prior to the mouse click or keyboard entry, which will reduce your break time and/or the total time that you have remaining to complete the test.

After you complete or run out of time for each block during the test, you must respond when the computer asks you to indicate whether you want to take a break or continue. After your test, you may be asked to complete an additional block that contains survey questions about your testing experience.

# SCORING AND SCORE REPORTING

**Examination Results and Scoring**

When you take Step 1, Step 2 CK, or Step 3, the computer records your responses. After your test ends, your responses are transmitted to the NBME for scoring. The number of test items you answer correctly is converted to two equivalent scores, one on a three-digit score scale and one on a two-digit score scale. Both scales are used for score-reporting purposes.

On the three-digit scale, most scores fall between 160 and 240. The mean score for first-time examinees from accredited medical schools in the United States is in the range of 200 to 220, and the standard deviation is approximately 20. Your score report will include the mean and standard deviation for recent administrations of the Step.

The two-digit score is derived from the three-digit score. It is used in score reporting because some medical licensing authorities have requirements that include language describing a "passing score of 75." The two-digit score is derived in such a way that a score of 75 always corresponds to the minimum passing score.

For Step 2 CS, examinees are assessed on their data gathering, physical examination, and communication skills by the standardized patient, and on their ability to complete an appropriate post-encounter note by physician raters. Performance on Step 2 CS will be reported as pass or fail, with no numerical score. Further details on scoring and reporting for Step 2 CS will be provided, as they become available, on the USMLE website.

USMLE score reports and transcripts (described on pages 21 and 22) show your scores (for Step 1, Step 2 CK, and Step 3) and an indication of whether you passed or failed (for all Steps). The same information is sent to medical licensing authorities for their use in granting the initial license to practice medicine.

Except as otherwise specified below, to receive a score on Step 1, Step 2 CK, and Step 3, you must begin every block of the test. If you do not begin every block, no final results are reported, and the "incomplete examination" attempt appears on your USMLE transcript. If you register for but do not take a Step, no record of the test will appear on your transcript. Details on incomplete Step 2 CS examinations will be provided on the USMLE website and the website of your registration entity.

If your Step 1, Step 2 CK, or Step 3 examination is incomplete, you may request that a score be calculated and reported, with all missed test items or cases scored as incorrect. This score is likely to be lower than the score you would have achieved had you completed all sections of the examination. If you receive notification that your examination resulted in an incomplete attempt, contact the NBME in writing no later than 45 days after the date the notification is mailed to you if you would like further information on having the score calculated and reported. If you decide to request calculation and reporting of your score, the score will appear on your USMLE transcript as though it were complete; it will remain the permanent score for the examination administration.

If it is determined that you took a Step for which you were not eligible, results for that test will not be reported or, if previously reported, will be revoked (see pages 5 and 24).

Some examination materials are included in the USMLE to enhance the examination system and to investigate the measurement properties of the examinations. Such materials are not scored.

**Scoring for Multiple-Choice Items**

Each Step includes multiple-choice items in blocks of approximately 45 to 60 minutes (see page 9). Blocks of items are constructed to meet specific content specifications. As a result, the combination of blocks of items creates a form of the Step that is comparable in content to all other forms.

**Scoring for *Primum* CCS**

The CCS scoring process compares your patient management strategy with policies obtained from experts. Actions resembling a range of optimal strategies will produce a higher score. You must balance

20

# SCORING AND SCORE REPORTING

thoroughness, efficiency, avoidance of risk, and timeliness in responding to the clinical situation. Dangerous and unnecessary actions will detract from your score.

## Minimum Passing Scores

The USMLE program recommends a minimum passing score for each Step. Recommended performance standards for the USMLE are based on a specified level of proficiency. As a result, no predetermined percentage of examinees will pass or fail the examination. The recommended minimum passing level is reviewed periodically and may be adjusted at any time. The Step 1 and Step 3 minimum passing scores are expected to be reviewed during 2003–2004. Notice of such review and any adjustments will be posted on the USMLE website. On the Steps containing multiple-choice items, the percentage of correctly answered items required to pass varies from form to form. However, examinees typically must answer 60 to 70 percent of items correctly to achieve a passing score.

> **Note:** Visit the USMLE website for up-to-date information at http://www.usmle.org.

A statistical procedure ensures that the performance required to pass each test form is equivalent to that needed to pass other forms; this process also places scores from different forms on a common scale.

For Step 3, your performance on the case simulations will affect your Step 3 score and could affect whether you pass or fail. The proportional contribution of the score on the case simulations is no greater than the amount of time you are allowed for the case simulations.

## Official Examinee Score Reports

For Steps 1, 2 CK, and 3, the official examinee score report you receive after you take a Step includes a pass/fail designation, numerical scores, and graphical performance profiles summarizing areas of strength and weakness to aid in self-assessment. These profiles are developed solely for your benefit and will not be reported or verified to any third party.

> **Note:** To avoid misinterpretation and protect your privacy, scores or pass/fail outcomes are not provided by telephone or fax to anyone. You should retain your official score report for your records.

In the past, Step results typically have been available in time to mail your report within three to four weeks after your test date. However, delays are possible for various reasons. In selecting your test date and inquiring about results, you should allow at least six weeks after your test date to receive your score report.

Expected timelines for reporting Step 2 CS results will be posted on the USMLE website.

## Score Rechecks

For Steps 1, 2 CK, and 3, standard procedures ensure that the scores reported for you accurately reflect the responses recorded by the computer. A change in score based on a recheck is an extremely remote possibility. However, a recheck will be done if you submit a written request and service fee to the entity that registered you for the Step (see page 26). Your request must be received by your registration entity no later than 90 days after your score report release date.

## Score Reporting

After you take Step 1, Step 2 CK, or Step 3, you should allow at least six weeks after your test date to receive your score report. If you do not receive your original score report or you receive a damaged score report, a request for a duplicate score report will be honored up to 90 days after your score report release date. You must make your request to the entity that registered you for the test. If more than 90 days have passed since your score report release date, scores will be reported to you only in the form of a USMLE transcript (see page 22) after you submit a signed request and pay the required fee.

The NBME reports the results on the USMLE to LCME- and AOA-accredited medical schools for their students and graduates.

# SCORING AND SCORE REPORTING

If you are a student or graduate of an LCME- or AOA-accredited medical school and you do not want your Step 1, Step 2 CK, or Step 2 CS results reported to your medical school, you must send a signed request to the NBME. Your request must be postmarked or faxed at least two weeks before your scheduled test date. If you make this request, the score information provided to the medical school will list your name and the notation "record withheld at the request of the examinee." If you want your scores reported to your medical school subsequently, you must submit a signed request and pay the required fee (see below).

If you are a graduate of an LCME- or AOA-accredited medical school, you must indicate on your Step 3 application your preference for reporting your Step 3 score to the school from which you graduated.

**Official USMLE Transcripts and Providing Scores to Third Parties**

If you want to send your USMLE scores to a third party, you must submit a signed request and pay a fee. Your scores will be provided in the form of a USMLE transcript.

Examination data (including score information) from USMLE Steps may be used by the USMLE program or made available to third parties for research. In such instances, the data will be confidential, and individual examinees will not be identifiable in any publication. If you do not wish your score to be made available for research purposes, you must advise the USMLE Secretariat in writing (see page 27).

Except as described in this bulletin, USMLE results will not be reported to you or third parties without your signed request and payment of the transcript fee.

Your USMLE transcript includes the following:

- your name and other personal identification information including your date of birth;

- your complete results history of all Steps that you took;

- your history of any examinations for which no results were reported (see "Change in Eligibility Status" on page 5, "Completing the Test" on page 19, or "Validity of Scores" on page 24);

- indication of whether you have previously taken the former NBME Parts I, II, or III, or Federation Licensing Examination (FLEX);

- annotation(s) if you were provided with test accommodations (see page 11);

- annotation(s) and information documenting classification of any scores as indeterminate (see page 24);

- annotation(s) and information documenting any irregular behavior (see page 24); and

- notation(s) of any actions taken against you by medical licensing authorities or other credentialing entities that have been reported to the FSMB Board Action Databank.

> **Note:** Graphical performance profiles, which are included on your original score reports, are not included in your USMLE transcript.

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME. Which entity you contact depends on which Steps you have taken and where you want your transcript sent. Contact the FSMB if you want your transcript sent to a medical licensing authority at any time. If you have not registered for or taken Step 3 and want your transcript sent to anyone other than a medical licensing authority, the request should be sent to the last entity that registered you.

# SCORING AND SCORE REPORTING

**Electronic Residency Application Service (ERAS®)**

If you use ERAS, you may request electronic transmittal of your USMLE transcript to residency programs that participate in ERAS. Information on electronic transmittal of transcripts through ERAS is available for students and graduates of LCME- and AOA-accredited medical schools from the medical schools, and for students and graduates of medical schools outside the United States and Canada from the ECFMG. The Association of American Medical Colleges (AAMC) and ECFMG websites also include information on ERAS and/or links to the ERAS website.

> Visit these websites for information on ERAS:
> http://www.aamc.org
> http://www.ecfmg.org

## Requesting USMLE Transcripts

| Step(s) Taken | Recipient of Transcript | Contact (see page 26) |
|---|---|---|
| One or more USMLE Steps | Medical licensing authority | FSMB |
| All three USMLE Steps; and Step 1 and Step 2 only when registered for Step 3 | Any recipient | FSMB |
| Step 1 and/or Step 2 only, registered by ECFMG | Any recipient other than a medical licensing authority | ECFMG |
| Step 1 and/or Step 2 only, registered by NBME | Any recipient other than a medical licensing authority | NBME |

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

**Validity of Scores**

The USMLE program assures the validity of scores reported for USMLE Steps by every means available. Your scores may be classified as *indeterminate* if the scores are at or above the passing level and the USMLE program cannot certify that they represent a valid measure of your knowledge or competence as sampled by the examination. The USMLE program may make such a determination when aberrancies in performance are detected for which there is no reasonable and satisfactory explanation. A classification of indeterminate may result from irregular behavior (see following section) or from other factors, such as unexplained inconsistency in performance within a Step or between takes of the same Step.

The performance of all examinees is monitored and may be analyzed statistically to detect aberrancies indicating that your scores may be indeterminate. In addition, evidence of irregular behavior may suggest that your scores do not represent a valid measure of your knowledge or competence as sampled by the examination. In these circumstances, your score report may be delayed, pending completion of further analysis and investigation. If your score report is delayed, you and any other party to whom scores would normally be reported will be notified. You will be provided with a copy of the USMLE *Policies and Procedures Regarding Indeterminate Scores*, which describes the process for reaching final decisions. You will have an opportunity to provide information that you consider relevant.

After review and analysis of all available information, scores will be classified as valid and will be reported, or scores will be classified as indeterminate. If the scores are classified as indeterminate, you will be advised of the options for retaking the examination. Scores classified as indeterminate do not appear on your transcript; rather, an annotation indicates that the scores were classified as indeterminate. Scores classified as indeterminate will not be reported to anyone. Anyone who has received a report of scores that are later classified as indeterminate will be notified of the indeterminate classification. The USMLE *Policies and Procedures Regarding Indeterminate Scores* describes the circumstances in which information about the indeterminate classification will be provided to entities that receive or have received your USMLE transcript.

If irregular behavior appears to have contributed to a decision that your scores are indeterminate, action will also be taken as described below.

**Irregular Behavior**

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process.

If you have information or evidence indicating that any type of irregular behavior or any infringement of legal rights has occurred, you should submit a written report to or telephone the USMLE Secretariat (see page 27) or the registration entity (see page 26).

Specific examples of irregular behavior include, but are not limited to, the following:

- seeking and/or obtaining unauthorized access to examination materials;

- falsifying information on application forms, Scheduling Permits, or other USMLE-related documents;

- taking an examination without being eligible for it or attempting to do so;

- impersonating an examinee or engaging someone else to take the examination for you;

- giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so;

- making notes of any kind during an examination except on the laminated writing surfaces provided at the test center;

- failing to adhere to any USMLE policy, procedure, or rule, including instructions of the test center staff;

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

- disruptive behavior at a test center;

- possessing unauthorized materials, including photographic equipment, or communication or recording devices, including electronic paging devices and cellular telephones, during an examination;

- altering or misrepresenting examination scores;

- any unauthorized reproduction by any means, including reconstruction through memorization, and/or dissemination of copyrighted examination materials; and

- providing or attempting to provide any information, including that relating to examination content or answers, that may give or attempt to give unfair advantage to individuals who may be taking the examination.

> **NOTE:** Looking in the direction of another examinee's computer monitor or talking to another examinee during the examination may be reported as evidence of giving, receiving, or obtaining unauthorized assistance. The report may result in a determination of irregular behavior, as described below. Discussion of examination content or answers on the Internet may also result in a determination of irregular behavior.

If information received suggests that irregular behavior has occurred, statistical analyses may be conducted and additional information may be gathered.

You will be advised of the alleged irregular behavior, and you will have an opportunity to provide information that you consider relevant to the evaluation of the allegation. Your scores may be withheld, if they have not been reported previously. Step applications will not be processed, and you may not be permitted to take subsequent examinations until a final decision regarding irregular behavior is made. You will be provided with a copy of the USMLE *Policies and Procedures Regarding Irregular Behavior*, which describes in detail the process for reaching final decisions regarding irregular behavior. If the evidence suggests that the alleged irregular behavior affects score validity, the score will also be reviewed as described on page 24.

If it is determined that you engaged in irregular behavior, information regarding this determination becomes part of your USMLE record. Your score report (if applicable) and USMLE transcript will contain a notation regarding the irregular behavior.

Information about the irregular behavior will be provided to third parties that receive or have received your USMLE transcript. Such information may also be provided to other legitimately interested entities upon request. If it is determined that the irregular behavior is egregious and/or threatens the integrity of the examination system, you may be barred from future USMLE Steps. The USMLE program reserves the right to bar an individual from the USMLE or to have special test administration procedures implemented when information regarding behavior of examinees on the USMLE or predecessor examinations indicates such actions may be necessary to ensure the security of the USMLE.

# COMMUNICATING ABOUT USMLE

| Examination | Type of Applicant | Registration Entity to Contact |
|---|---|---|
| Step 1 or Step 2 (CK or CS) | Students and graduates of medical schools in the United States and Canada accredited by the Liaison Committee on Medical Education or the American Osteopathic Association | **NBME**<br>Examinee Support Services<br>3750 Market Street<br>Philadelphia, PA 19104-3190<br>Website: http://www.nbme.org<br>Telephone: (215) 590-9700<br>Fax: (215) 590-9457<br>Email: webmail@nbme.org |
| Step 1 or Step 2 (CK or CS) | Students and graduates of medical schools outside the United States and Canada | **ECFMG**<br>3624 Market Street<br>Philadelphia, PA 19104-2685<br>Application materials:<br>Website: http://www.ecfmg.org<br>Telephone: (215) 386-5900<br>Fax: (215) 386-9196 |
| Step 3 | All medical school graduates who have passed Step 1 and Step 2 | **FSMB**<br>Department of Examination Services<br>PO Box 619850<br>Dallas, TX 75261-9850<br>Website: http://www.fsmb.org<br>Telephone: (817) 868-4041<br>Fax: (817) 868-4098<br>Email: usmle@fsmb.org<br>or<br>Medical licensing authority<br>(see page 27) |

**Application and Registration Inquiries**

You must contact the appropriate registration entity (see above) for the following:

❑ information on how to apply for the USMLE,
❑ application materials,
❑ information on the status of your application or Scheduling Permit,
❑ information on obtaining replacement Scheduling Permit (due to loss).

> http://www.usmle.org
>
> Visit the USMLE website for up-to-date information.

26

# COMMUNICATING ABOUT USMLE

## Scheduling and Test Center Inquiries

For Steps 1, 2 CK, and 3, your Scheduling Permit includes instructions on how to contact Prometric to schedule your appointment to test. Inquiries about your appointment, such as a request to reschedule an appointment within your eligibility period, must be directed to Prometric. For current information on the locations of Prometric Test Centers, visit the Prometric website.

> http://www.prometric.com
> Use the Prometric Test Center Locator for up-to-date information on the locations of Prometric Test Centers.

After you have received your Scheduling Permit, you can contact Prometric directly, as instructed on the Permit, for current information on a particular test center.

Details on registering and scheduling for Step 2 CS, once determined, will be provided on the USMLE and ECFMG websites.

## Problem Inquiries

If you have received a Scheduling Permit but experience a problem that Prometric is unable to resolve in scheduling your appointment or in administering your test on the testing day, you may contact your registration entity (see page 26).

## Test Administration Problems/Inquiries

If you wish to report a problem experienced during the administration of the examination that Prometric staff were unable to resolve, you may forward a written description of your experience to your registration entity or directly to the NBME (see page 26), by mail, e-mail, or fax. Your correspondence should also include your name, your USMLE ID number, the examination name (Step 1, 2, or 3), date of administration, test center location, and a detailed description of the difficulty experienced. Your report will be evaluated and thoroughly investigated. You will receive written notification of the results of the investigation.

Details on how to report Step 2 CS problems will be provided on the USMLE website.

## General Inquiries

Complete information on the USMLE is available at the USMLE website. General inquiries regarding the USMLE or inquiries for the USMLE Secretariat may be directed to the NBME (see page 26) or the USMLE Secretariat:

USMLE Secretariat
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700

## Step 3 and Medical Licensure Inquiries

General inquiries for information on Step 3 application and medical licensure may be directed to the FSMB. Specific inquiries regarding licensure may be directed to the following medical licensing authorities or their representatives at the telephone numbers listed below.

Alabama State Board of Medical Examiners
PO Box 946
Montgomery, AL 36101-0946
(334) 242-4116 or (800) 227-2206

Alaska State Medical Board
550 West Seventh Avenue, Suite 1500
Anchorage, AK 99501
(907) 269-8163
Step 3 inquiries: call FSMB at (817) 868-4041

Arizona Board of Medical Examiners
9545 E Doubletree Ranch Road
Scottsdale, AZ 85258
(480) 551-2700
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Arizona Board of Osteopathic Examiners
in Medicine and Surgery
9535 E Doubletree Ranch Road
Scottsdale, AZ 85258-5539
(480) 657-7703

Arkansas State Medical Board
2100 Riverfront Drive
Little Rock, AR 72202-1793
(501) 296-1802
Step 3 inquiries: call FSMB at (817) 868-4041

Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, CA 95825-3236
Licensure inquiries: (916) 263-2389
Step 3 inquiries: call FSMB at (817) 868-4041

Colorado Board of Medical Examiners
1560 Broadway, Suite 1300
Denver, CO 80202-5140
(303) 894-7690
Step 3 inquiries: call FSMB at (817) 868-4041

Connecticut Department of Public Health
Physician Licensure Department
410 Capitol Avenue
PO Box 340308 MS 13 PHO
Hartford, CT 06134-0308
(860) 509-7648
Step 3 inquiries: call FSMB at (817) 868-4041

Delaware Board of Medical Practice
Cannon Building, Suite 203
861 Silverlake Boulevard
Dover, DE 19904
(302) 739-4520
Step 3 inquiries: call FSMB at (817) 868-4041

District of Columbia Board of Medicine
825 Capital Street, NE, 2nd Floor
Washington, DC 20002
(202) 442-9200

Florida Board of Medicine
4052 Bald Cypress Way
BIN #C03
Tallahassee, FL 32399-3253
(850) 245-4131
Step 3 inquiries: call FSMB at (817) 868-4041

Florida Board of Osteopathic Medicine
4052 Bald Cypress Way
BIN #C06
Tallahassee, FL 32399-1753
(850) 245-4161

Georgia Composite State Board
of Medical Examiners
2 Peachtree Street, NW, 36th Floor
Atlanta, GA 30303
(404) 656-3913
Step 3 inquiries: call FSMB at (817) 868-4041

Guam Board of Medical Examiners
Health Professions Licensing
1304 E Sunset Boulevard
Hagatna, GU 96913
(671) 475-0251

Hawaii Board of Medical Examiners
Department of Commerce and Consumer Affairs
1010 Richards Street
Honolulu, HI 96813
(808) 586-3000
Step 3 inquiries: call FSMB at (817) 868-4041

Idaho State Board of Medicine
1755 Westgate Drive #140
Boise, ID 83704
(208) 327-7000
Step 3 inquiries: call FSMB at (817) 868-4041

Illinois Department of Professional Regulation
100 W Randolph Street, Suite 9-300
Chicago, IL 60601
(312) 814-4500

# COMMUNICATING ABOUT USMLE

Indiana Health Professions Bureau
402 W Washington Street, Room 041
Indianapolis, IN 46204
(317) 232-2960
Step 3 inquiries: call FSMB at (817) 868-4041

Iowa State Board of Medical Examiners
400 SW 8th Street, Suite C
Des Moines, IA 50309
(515) 281-5171
Step 3 inquiries: call FSMB at (817) 868-4041

Kansas Board of Healing Arts
235 S Topeka Boulevard
Topeka, KS 66603-3068
(785) 296-7413

Kentucky Board of Medical Licensure
Hurstbourne Office Park
310 Whittington Parkway, Suite 1B
Louisville, KY 40222
(502) 429-8046
Step 3 inquiries: call FSMB at (817) 868-4041

Louisiana State Board of Medical Examiners
630 Camp Street
New Orleans, LA 70190-0250
(504) 568-6820
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Licensure in Medicine
137 State House Station
Augusta, ME 04333-0137
(207) 287-3601
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Osteopathic Licensure
142 State House Station
Augusta, ME 04333-0142
(207) 287-2480

Maryland Board of Physician Quality Assurance
4201 Patterson Avenue, 3rd Floor
Baltimore, MD 21215-0095
(410) 764-4777 or (800) 492-6836
Step 3 inquiries: call FSMB at (817) 868-4041

Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Suite G4
Boston, MA 02118
(617) 654-9800
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Medicine
611 W Ottawa, 4th Floor
Lansing, MI 48909-8170
(517) 373-6873
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Osteopathic Medicine and Surgery
611 W. Ottawa, 1st Floor
Lansing, MI 48909-8170
(517) 373-6873

Minnesota Board of Medical Practice
2829 University Avenue, SE, Suite 400
Minneapolis, MN 55414-3246
(612) 617-2130
Step 3 inquiries: call FSMB at (817) 868-4041

Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200B
Jackson, MS 39216
(601) 987-3079
Step 3 inquiries: call FSMB at (817) 868-4041

Missouri State Board of Registration
for the Healing Arts
3605 Missouri Boulevard
Jefferson City, MO 65109
(573) 751-0098

Montana Board of Medical Examiners
301 S Park Avenue, 4th Floor
Helena, MT 59620-0513
(406) 841-2361
Step 3 inquiries: call FSMB at (817) 868-4041

Nebraska Health and Human Services System
PO Box 94986
301 Centennial Mall
Lincoln, NE 68509-4986
(402) 471-2118
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Nevada State Board of Medical Examiners
1105 Terminal Way #301
Reno, NV 89502
(775) 688-2559

Nevada State Board of Osteopathic Medicine
2860 E Flamingo Road, Suite G
Las Vegas, NV 89121-5208
(702) 732-2147
Step 3 inquiries: call FSMB at (817) 868-4041

New Hampshire Board of Medicine
2 Industrial Park Drive, Suite 8
Concord, NH 03301-8520
(603) 271-1203 or (800) 780-4757
Step 3 inquiries: call FSMB at (817) 868-4041

New Jersey State Board of Medical Examiners
140 E Front Street, 2nd Floor
Trenton, NJ 08625-0183
(609) 826-7100
Step 3 inquiries: call FSMB at (817) 868-4041

New Mexico State Board of Medical Examiners
Lamy Building, 2nd Floor
491 Old Santa Fe Trail
Santa Fe, NM 87501
(505) 827-5022
Step 3 inquiries: call FSMB at (817) 868-4041

New Mexico Board of Osteopathic
Medical Examiners
2055 S Pacheco, Suite 400
Santa Fe, NM 87504
(505) 476-7120

New York State Board for Medicine
89 Washington Avenue, 2nd Floor, West Wing
Albany, NY 12234
(518) 474-3817
Step 3 inquiries: call FSMB at (817) 868-4041

North Carolina Medical Board
PO Box 20007
Raleigh, NC 27619-0007
(919) 326-1100

North Dakota State Board of Medical Examiners
City Center Plaza
418 E Broadway, Suite 12
Bismarck, ND 58501
(701) 328-6500
Step 3 inquiries: call FSMB at (817) 868-4041

Northern Mariana Islands
Medical Profession Licensing Board
1336 Capital Housing Cap Hill
Saipan, MP 96950
(670) 664-4811

State Medical Board of Ohio
77 S High Street, 17th Floor
Columbus, OH 43215-6127
(614) 466-3934 or (800) 554-7717
Step 3 inquiries: call FSMB at (817) 868-4041

Oklahoma State Board of Medical Licensure
and Supervision
5104 N Francis Avenue #C73118
Oklahoma City, OK 73154-0256
(405) 848-6841

Oklahoma Board of Osteopathic Examiners
4848 N Lincoln Boulevard, Suite 100
Oklahoma City, OK 73105-3321
(405) 528-8625 or (800) 381-4519

Oregon Board of Medical Examiners
620 Crown Plaza
1500 SW First Avenue
Portland, OR 97201-5826
(503) 229-5770
Step 3 inquiries: call FSMB at (817) 868-4041

Pennsylvania State Board of Medicine
124 Pine Street
Harrisburg, PA 17105-7769
(717) 787-2381
Step 3 inquiries: call FSMB at (817) 868-4041

Board of Medical Examiners of Puerto Rico
Call Box 13969
San Juan, PR 00908
(787) 782-8949

Rhode Island Board of Medical Licensure
and Discipline
Department of Health
Cannon Building, Room 205
Three Capitol Hill
Providence, RI 02908-5097
(401) 222-3855
Step 3 inquiries: call FSMB at (817) 868-4041

South Carolina Department of LLR
Board of Medical Examiners
Department of Labor, Licensing and Regulation
110 Centerview Drive, Suite 202
Columbia, SC 29210-1289
(803) 896-4500
Step 3 inquiries: call FSMB at (817) 868-4041

South Dakota State Board of Medical
and Osteopathic Examiners
1323 S Minnesota Avenue
Sioux Falls, SD 57105
(605) 334-8343
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Medical Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Osteopathic Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202

Texas State Board of Medical Examiners
333 Guadalupe, Tower 3, Suite 610
Austin, TX 78701
(512) 305-7010
Step 3 inquiries: call FSMB at (817) 868-4041

Utah Department of Commerce
Division of Occupational and Professional Licensing
Heber Wells Building
1st Floor, 160 E 300 South
Salt Lake City, UT 84102
(801) 530-6628
Step 3 inquiries: call FSMB at (817) 868-4041

Vermont Board of Medical Practice
108 Cherry Street
PO Box 70
Burlington, VT 05402-0070
(802) 828-2673
Step 3 inquiries: call FSMB at (817) 868-4041

Vermont Board of Osteopathic Physicians and
Surgeons
26 Terrace Street, Drawer 09
Montpelier, VT 05609-1106
(802) 828-2373 or (800) 439-8683

Virginia Board of Medicine
6603 W Broad Street, 5th Floor
Richmond, VA 23230-1717
(804) 662-9908
Step 3 inquiries: call FSMB at (817) 868-4041

Virgin Islands Board of Medical Examiners
Virgin Islands Department of Health
48 Sugar Estate
St. Thomas, VI 00802
(340) 774-0117

Washington Medical Quality Assurance Commission
PO Box 47866
Olympia, WA 98504-7866
(360) 236-4788
Step 3 inquiries: call FSMB at (817) 868-4041

Washington State Board of Osteopathic
Medicine and Surgery
Department of Health
PO Box 47870
Olympia, WA 98504-7870
(360) 236-4943
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

West Virginia Board of Medicine
101 Dee Drive
Charleston, WV 25311
(304) 558-2921
Step 3 inquiries: call FSMB at (817) 868-4041

West Virginia Board of Osteopathy
334 Penco Road
Weirton, WV 26062
(304) 723-4638

Wisconsin Medical Examining Board
Department of Regulation and Licensing
1400 E Washington Avenue, Room 178
Madison, WI 53703
(608) 266-2112

Wyoming Board of Medicine
Colony Building, 2nd Floor
211 W 19th Street
Cheyenne, WY 82002
(307) 778-7053
Step 3 inquiries: call FSMB at (817) 868-4041