**4**



# 2006

# Bulletin of Information

**US·MLE**
United States
Medical
Licensing
Examination ™

A Joint Program of the Federation of
State Medical Boards of the United
States, Inc., and the National Board of
Medical Examiners®

# TABLE OF CONTENTS

OVERVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Purpose of the USMLE . . . . . . . . . . . . . . . . . . . . . . . . 1
The Three Steps of the USMLE . . . . . . . . . . . . . . . . . 2
Examination Committees . . . . . . . . . . . . . . . . . . . . . . 2
Ownership and Copyright of
    Examination Materials . . . . . . . . . . . . . . . . . . . . . . 2
USMLE Step 2 Clinical Skills (CS) Examination . . . 2
Computer-Based Testing (CBT) . . . . . . . . . . . . . . . . . 3

ELIGIBILITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Step 1, Step 2 CK, and Step 2 CS . . . . . . . . . . . . . . . 4
Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Graduates of Unaccredited Medical Schools
    in the United States and Canada . . . . . . . . . . . . . . 5
Sequence of Steps . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Time Limit and Number of Attempts Allowed
    to Complete All Steps . . . . . . . . . . . . . . . . . . . . . . 5
    Special Notice for MD/PhD Candidates . . . . . . . . . 6
Retakes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Official Performance of Record for Examinees
    Retaking a Previously Passed Step . . . . . . . . . . . . 7
Formerly Administered Examinations . . . . . . . . . . . . 7
Change in Eligibility Status . . . . . . . . . . . . . . . . . . . . 7

EXAMINATION CONTENT . . . . . . . . . . . . . . . . . . . 8
Step 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Step 2 Clinical Knowledge (CK) . . . . . . . . . . . . . . . . 9
Step 2 Clinical Skills (CS) . . . . . . . . . . . . . . . . . . . . 10
Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Primum® Computer-Based Case Simulations (CCS) . 11

PREPARING FOR THE TEST . . . . . . . . . . . . . . . . . 13
Sample Test Materials . . . . . . . . . . . . . . . . . . . . . . . 13
Test Lengths and Formats . . . . . . . . . . . . . . . . . . . . . 13
Practicing with the Software . . . . . . . . . . . . . . . . . . . 13
Practice at Prometric Test Centers . . . . . . . . . . . . . . 13

APPLYING FOR THE TEST AND SCHEDULING
    YOUR TEST DATE . . . . . . . . . . . . . . . . . . . . . . . 15
Application Materials . . . . . . . . . . . . . . . . . . . . . . . . 15
Applying for Step 1, Step 2 CK, and Step 2 CS . . . . 15
Applying for Step 3 . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Examinees with Disabilities . . . . . . . . . . . . . . . . . . . 15
Obtaining an Eligibility Period
    for Step 1 and Step 2 CK . . . . . . . . . . . . . . . . . . 15
Obtaining an Eligibility Period for Step 2 CS . . . . . 16

Obtaining an Eligibility Period for Step 3 . . . . . . . . 16
Scheduling Step 1, Step 2 CK, and Step 3 . . . . . . . . 17
    Testing Regions . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    Your Scheduling Permit . . . . . . . . . . . . . . . . . . . . 17
    Scheduling Test Dates . . . . . . . . . . . . . . . . . . . . . . 17
    Rescheduling Test Dates . . . . . . . . . . . . . . . . . . . . 18
Scheduling Step 2 CS . . . . . . . . . . . . . . . . . . . . . . . . 18
    Your Scheduling Permit . . . . . . . . . . . . . . . . . . . . 18
    Scheduling Test Dates . . . . . . . . . . . . . . . . . . . . . . 18
    Rescheduling Test Dates . . . . . . . . . . . . . . . . . . . . 19
Summary of Process . . . . . . . . . . . . . . . . . . . . . . . . . 21

TESTING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Testing Regulations and Rules of Conduct . . . . . . . 22
    Personal Belongings . . . . . . . . . . . . . . . . . . . . . . . 22
Admission to the Test . . . . . . . . . . . . . . . . . . . . . . . . 24
Step 1, Step 2 CK, and Step 3 . . . . . . . . . . . . . . . . . 24
    Test Centers and Testing Conditions . . . . . . . . . . . 24
    Completing the Test . . . . . . . . . . . . . . . . . . . . . . . 25
    How Break Time Works . . . . . . . . . . . . . . . . . . . . 25
Step 2 CS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

SCORING AND SCORE REPORTING . . . . . . . . . 27
Examination Results and Scoring . . . . . . . . . . . . . . 27
    Scoring for Multiple-Choice Items . . . . . . . . . . . . 27
    Scoring for Primum CCS . . . . . . . . . . . . . . . . . . . 28
    Scoring for Step 2 CS . . . . . . . . . . . . . . . . . . . . . . 28
Minimum Passing Scores . . . . . . . . . . . . . . . . . . . . . 28
Official Examinee Score Reports . . . . . . . . . . . . . . . 28
Score Rechecks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Score Reporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Official USMLE Transcripts and Providing
    Scores to Third Parties . . . . . . . . . . . . . . . . . . . . 29
Electronic Residency Application Service
    (ERAS®) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

INDETERMINATE SCORES AND
    IRREGULAR BEHAVIOR . . . . . . . . . . . . . . . . . 31
Validity of Scores . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Irregular Behavior . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

COMMUNICATING ABOUT USMLE . . . . . . . . . . 33
Application and Registration Inquiries . . . . . . . . . . . 33
Scheduling and Test Center Inquiries . . . . . . . . . . . . 34
Test Administration Problems/Inquiries . . . . . . . . . . 34
General Inquiries . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Step 3 and Medical Licensure Inquiries . . . . . . . . . . 34

Copyright © 2005 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners.

# OVERVIEW

## INTRODUCTION

The United States Medical Licensing Examination™ (USMLE™) is a three-step examination for medical licensure in the United States and is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners* (NBME*).

The Composite Committee, appointed by the FSMB and NBME, establishes rules for the USMLE program. Membership includes representatives from the FSMB, NBME, Educational Commission for Foreign Medical Graduates (ECFMG*), and the American public.

> **Note: You must become familiar with the information in this bulletin if you are an applicant with an eligibility period in 2006. If your eligibility period extends into 2007 and you test in 2007, you must become familiar with and will be subject to the policies and procedures detailed in the 2007 *Bulletin of Information*. *Eligibility periods* are explained on pages 15–16. To apply for the USMLE, you must contact the appropriate *registration entity* (see page 33).**

Changes in the USMLE program may occur after the release of this bulletin. If changes occur, information will be posted at the USMLE website. You must obtain the most recent information to ensure an accurate understanding of current USMLE rules. If you are unable to access updated USMLE information via the Internet, you may contact the USMLE Secretariat in writing (see page 34) for updated information.

> **http://www.usmle.org**
> Visit the USMLE website for
> up-to-date information.

## PURPOSE OF THE USMLE

In the United States and its territories ("United States" or "US"), the individual medical licensing authorities ("state medical boards") of the various jurisdictions grant a license to practice medicine. Each medical licensing authority sets its own rules and regulations and requires passing an examination that demonstrates qualification for licensure. Results of the USMLE are reported to these authorities for use in granting the initial license to practice medicine. The USMLE provides them with a common evaluation system for applicants for medical licensure.

The USMLE assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills that are important in health and disease and that constitute the basis of safe and effective patient care. Each of the three Steps complements the others; no Step can stand alone in the assessment of readiness for medical licensure. Because individual medical licensing authorities make decisions regarding use of USMLE results, you should contact the jurisdiction where you intend to apply for licensure to obtain complete information. Also, the FSMB can provide general information on medical licensure.

> **USMLE Mission Statement**
>
> The United States Medical Licensing Examination (USMLE) program supports medical licensing authorities in the United States through its leadership in the development, delivery, and continual improvement of high quality assessments across the continuum of physicians' preparation for practice.
>
> Goals:
>
> ❑ To provide to licensing authorities meaningful information from assessments of physician characteristics—including medical knowledge, skills, values, and attitudes—that are important to the provision of safe and effective patient care.
>
> ❑ To engage medical educators and their institutions, licensing authority members, and practicing clinicians in the design and development of these assessments.
>
> ❑ To assure fairness and equity to physicians through the highest professional testing standards.
>
> ❑ To continue to develop and improve assessments for licensure with the intent of assessing physicians more accurately and comprehensively.

# OVERVIEW

## THE THREE STEPS OF THE USMLE

**Step 1** assesses whether you understand and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. Step 1 ensures mastery of not only the sciences that provide a foundation for the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning.

**Step 2** assesses whether you can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine.

**Step 3** assesses whether you can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. Step 3 provides a final assessment of physicians assuming independent responsibility for delivering general medical care.

## EXAMINATION COMMITTEES

Examination committees composed of medical educators and clinicians prepare the examination materials. Committee members broadly represent the teaching, practicing, and licensing communities across the United States. At least two of these committees critically appraise each test item or case. They revise or discard any materials that are in doubt.

## OWNERSHIP AND COPYRIGHT OF EXAMINATION MATERIALS

The examination materials used in the USMLE are copyrighted. If you reproduce and/or distribute any examination materials, by any means, including memorizing and reconstructing them, without explicit written permission, you are in violation of the rights of the owners. In addition to actions described on pages 31–32, every legal means available to protect USMLE copyrighted materials and secure redress against those who violate copyright law may be pursued.

## USMLE STEP 2 CLINICAL SKILLS (CS) EXAMINATION

A clinical skills examination was part of the original design of USMLE. The NBME was charged with including a test of clinical skills using standardized patients when such an examination was shown to be valid, reliable, and practical. NBME research and the work of other organizations administering clinical skills examinations demonstrate that clinical skills examinations measure skill sets different from those measured by traditional multiple-choice questions. Mastery of clinical and communication skills, as well as cognitive skills, by individuals seeking medical licensure is important to the protection of the public.

Implementation of the clinical skills examination began in June 2004. The clinical skills examination is a separately administered component of Step 2 and is referred to as Step 2 Clinical Skills, or Step 2 CS. The computer-based, multiple-choice component of Step 2 is referred to as the Clinical Knowledge component, or Step 2 CK.

In order to be eligible to register for USMLE Step 3, the examination requirements for students and graduates of Liaison Committee on Medical Education (LCME)-accredited medical school programs or American Osteopathic Association (AOA)-accredited medical schools include passing Step 1 and Step 2. Such individuals must pass Step 2 CS as part of the examination requirements for Step 3 if they: (a) have medical school graduation dates in 2005 or later, or (b) graduated from medical school prior to 2005 but did not pass the CK component of Step 2 taken on or before June 30, 2005.

Step 2 CS replaced the Clinical Skills Assessment (CSA®) formerly administered by the ECFMG. Effective June 14, 2004, Step 2 CS became a requirement for ECFMG Certification of international medical graduates who have not passed the CSA. To register for Step 3, ECFMG certificate holders will have to have taken and passed either the CSA or the Step 2 CS.

# OVERVIEW

In order to register for Step 3, Fifth Pathway graduates (see page 5) will have to have taken and passed either the CSA or the Step 2 CS.

Individuals who have passed Step 2 prior to the implementation of Step 2 CS are not permitted to take Step 2 CK, except under the specific exceptions to the retake policy approved by the Composite Committee (see page 7), but are permitted to take Step 2 CS provided they meet all other eligibility requirements.

Individuals who are not required to pass Step 2 CS for Step 3 eligibility but elect to take Step 2 CS and fail the examination are not eligible for Step 3 until such time as the individual's Step 2 CS performance of record is a pass and the individual meets all other Step 3 requirements.

USMLE Step 2 CS is administered at five regional clinical skills evaluation centers in the United States.

## COMPUTER-BASED TESTING (CBT)

Parts of the USMLE are administered by computer. Prometric, a division of Thomson Learning, Inc., provides scheduling and test centers for the computer-based components of USMLE. Step 1 and Step 2 CK are given around the world at Prometric Test Centers (PTCs). Step 3 is given at PTCs in the United States and its territories only.

# ELIGIBILITY

## STEP 1, STEP 2 CK, AND STEP 2 CS

To be eligible, you must be in one of the following categories at the time of application and on the test day:

❑ a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the LCME,

❑ a medical student officially enrolled in, or a graduate of, a US medical school program leading to the DO degree that is accredited by the AOA,

❑ a medical student officially enrolled in, or a graduate of, a medical school outside the United States and Canada and eligible for examination by the ECFMG.

## STEP 3

To be eligible for Step 3, prior to submitting your application, you must:

❑ obtain the MD degree (or its equivalent) or the DO degree,

❑ pass Step 1, Step 2 CK, and, if required based upon the rules referenced on pages 2–3, Step 2 CS,

❑ obtain certification by the ECFMG or successfully complete a "Fifth Pathway" program if you are a graduate of a medical school outside the United States and Canada, and

❑ meet the Step 3 requirements set by the medical licensing authority to which you are applying.

---

**Note:** A physician whose basic medical degree or qualification was conferred by a medical school outside the United States and Canada may be eligible for certification by the ECFMG if the medical school and graduation year are listed in the *International Medical Education Directory* (IMED) of the Foundation for Advancement of International Medical Education and Research (FAIMER®). This applies to citizens of the United States who have completed their medical education in schools outside the United States and Canada but not to foreign nationals who have graduated from medical schools in the United States and Canada. Specific eligibility criteria for students and graduates of medical schools outside the United States and Canada to take Step 1 and Step 2 are described in the *Information Booklet* provided by the ECFMG.

Application and other requests for services will not be processed if it is determined that doing so would be violative of any applicable federal laws or regulations.

---

**Note:** The USMLE program recommends that for Step 3 eligibility, licensing authorities require the completion, or near completion, of at least one postgraduate training year in a program of graduate medical education accredited by the Accreditation Council for Graduate Medical Education (ACGME) or the AOA. You should contact the FSMB or the individual licensing authority (see pages 33–39) for complete information on Step 3 eligibility requirements in the state where you plan to seek licensure.

# ELIGIBILITY

**Note:** A "Fifth Pathway" program* is an academic year of supervised clinical education provided by an LCME-accredited medical school program and is available to persons who meet all the following conditions:

A. Have completed, in an accredited US college or university, undergraduate premedical work of the quality acceptable for matriculation in an LCME-accredited US medical school program;

B. Have studied medicine in a medical school located outside the United States and Canada that is listed in the *International Medical Education Directory* (IMED) of the Foundation for Advancement of International Medical Education and Research (FAIMER®), and that requires an internship and/or social service after completing the school's academic requirements and before receiving the final medical credential;

C. Have completed all of the formal requirements of the non-US medical school except internship and/or social service. (Those who have completed all of these requirements for graduation are not eligible.)

Students who have completed the academic curriculum in residence at a non-US medical school and who meet the above conditions may be offered the opportunity to substitute, for an internship and/or social service required by a non-US medical school, an academic year of supervised clinical training in a medical school program accredited by the LCME.

Any medical school program accredited by the LCME can provide Fifth Pathway education. As of the release of this bulletin, the only medical schools known to provide such education are New York Medical College in Valhalla, New York, and Ponce School of Medicine in Ponce, Puerto Rico.

*Source: *GMED Companion: An Insider's Guide to Selecting a Residency Program, 2004/2005*, American Medical Association.

## GRADUATES OF UNACCREDITED MEDICAL SCHOOLS IN THE UNITED STATES AND CANADA

If you are eligible for licensure by a US medical licensing authority but are **not** in one of the eligibility categories listed on page 4, you may take the USMLE only upon specific request by that medical licensing authority. A licensing authority may sponsor you to take Step 1 and Step 2, followed by Step 3 if Step 1 and Step 2 are passed, if all the following conditions apply to you:

❑ You are a graduate of an unaccredited medical school in the United States or Canada;

❑ You are an applicant for initial medical licensure in the jurisdiction of the sponsoring licensing authority;

❑ The sponsoring licensing authority certifies that you have met all of the requirements for licensure in the jurisdiction except for the examination requirement.

If these conditions apply to you, the medical licensing authority should submit the request to sponsor you to the USMLE Secretariat at the address shown on page 34 in advance of your application for the Step.

## SEQUENCE OF STEPS

Once eligibility requirements are met (see page 4), you may take Step 1, Step 2 CK, and Step 2 CS in any sequence.

## TIME LIMIT AND NUMBER OF ATTEMPTS ALLOWED TO COMPLETE ALL STEPS

Although there is no limit on the total number of times you can retake a Step or Step Component you have not passed, the USMLE program recommends to medical licensing authorities that they:

❑ require the dates of passing the Step 1, Step 2, and Step 3 examinations to occur within a seven-year period; and

# ELIGIBILITY

❑ allow no more than six attempts to pass each Step or Step Component without demonstration of additional educational experience acceptable to the medical licensing authority.

For purposes of medical licensure in the United States, any time limit to complete the USMLE is established by the state medical boards. Most, but not all, use the recommended seven years as the time limit for completion of the full USMLE sequence. While medical schools may require students to pass one or more Steps for advancement and/or gradua-tion, you should understand the implications for licensure. For states that establish a time limit for completion of all three Steps, the "clock" starts run-ning on the date the first Step or Step Component is passed or, in some cases, on the date of the first attempt at any Step. General information regarding state-specific requirements for licensure can be obtained from the FSMB (*www.fsmb.org*). For defini-tive information, you should contact directly the licensing authority in the jurisdiction in which you intend to seek licensure.

## Special Notice for MD/PhD Candidates

The common pathway for MD/PhD students involves completion of the first two years of medical school and then moving to graduate school studies and research for a three- or four-year period. Following completion of PhD course work and all or most of their research projects, these students return to com-plete their two clinical years, thus completing the medical degree in seven to nine years after first matriculating.

The USMLE program recognizes that the recom-mended seven-year time limit may pose problems for medical licensure for some students pursuing a com-bined degree (i.e., MD/PhD). It is for this reason that the USMLE program recommends to licensing juris-dictions that they be willing to consider exceptions to the seven-year limit for MD/PhD students who meet certain narrow requirements. The recommended requirements are as follows:

1. The candidate is working toward both degrees in an institution or program accredited by the LCME and regional university accrediting body and is a student in good standing, enrolled in the institution or program.
2. The PhD studies should be in a field of biological sciences tested in the Step 1 content. These fields include but are not necessarily limited to anatomy, biochemistry, physiology, microbiology, pharmacology, pathology, genetics, neuroscience, and molecular biology. Fields explicitly not included are business, economics, ethics, history, and other fields not directly related to biological science.
3. Candidates seeking an exception to the seven-year rule should be required to present a verifiable and rational explanation for the fact that he or she was unable to meet the seven-year limit. Although these explanations will vary considerably, each licensing jurisdiction will need to decide on its own which explanation justifies an exception.

Students who pursue both degrees should understand that while many states' regulations provide specific exceptions to the seven-year rule for dual degree can-didates, others do not. Students pursuing a dual degree are advised to check the state-specific require-ments for licensure listed by the FSMB.

## RETAKES

If you fail or do not complete a Step or Step Component and want to retake it, you must reapply by submitting a new application and fee.

❑ You may take the failed or incomplete Step or Step Component no more than three times within a 12-month period.
❑ No Step or Step Component may be taken sooner than 60 days after your previous test date.
❑ For Step 1 and Step 2 CK: You may retake the examination no earlier than the first day of the month that begins at least 60 days after your previous test date.
❑ For Step 2 CS and Step 3: Your eligibility period for the retake will begin no earlier than 60 days after the date of your prior attempt.
❑ For Step 3: You may not reapply sooner than 60 days after your last attempt.

# ELIGIBILITY

**Note:** *Eligibility periods* are explained on pages 15–16. To apply for the USMLE, you must contact the appropriate *registration entity* (see page 33).

See pages 33–39 for information on how to contact the FSMB and medical licensing authorities.

If you pass a Step or Step Component, you are not allowed to retake it, except to comply with the time limit of a medical licensing authority for the completion of all Steps or a requirement imposed by another authority recognized by the USMLE program for this purpose. The medical licensing or other authority must provide information indicating that you are applying to retake the passed Step or Step Component in order to comply with its requirement. If you are repeating a Step or Step Component because of a time limit, you may apply to retake the examination only after the applicable time limit has expired.

An exception to the policy of requiring the time limit to expire before applying to retake a previously passed Step or Step Component can be granted if, at the time of application and testing:

❑ you are currently enrolled in an LCME- or AOA-accredited medical school program leading to the MD or DO degree;

❑ you have previously passed Step 1 and/or Step 2 but have not passed Step 3;

❑ you are expected to graduate from the medical school program six or more years after the date you first passed Step 1 and/or Step 2; and

❑ you are otherwise eligible to retake the examination.

The number of attempts allowed to pass each Step or Step Component and the time allowed to complete all Steps vary among jurisdictions. To obtain specific information, you should contact the medical licensing authority in the jurisdiction where you intend to apply for medical licensure or the FSMB.

## OFFICIAL PERFORMANCE OF RECORD FOR EXAMINEES RETAKING A PREVIOUSLY PASSED STEP

In order for an individual to meet the examination requirements for Step 3 eligibility, a passing performance must be achieved on the *most recent administration* of the examinations intended to meet those requirements.

Individuals who have not yet passed Step 3 and who wish to retake a previously passed Step 1 or Step 2 examination in order to meet a time limit imposed by a medical licensing or other recognized authority should understand the implications for Step 3 eligibility of a failing performance on a retake. Specifically, if a failing performance on a retake is the most recent administration of that examination, that failing score will preclude Step 3 eligibility.

## FORMERLY ADMINISTERED EXAMINATIONS

The NBME certifying examinations, Part I, Part II, and Part III, and the Federation Licensing Examination (FLEX) Components 1 and 2 are no longer administered. Use of the former NBME Parts or FLEX Components to fulfill eligibility requirements for Step 3 is no longer accepted. If you have passed all or a portion of these examinations and have never been granted a medical license by a US medical licensing authority, you may take any Step(s) for which you are otherwise eligible.

## CHANGE IN ELIGIBILITY STATUS

If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a determination of irregular behavior (see pages 31–32). If you take a Step or Step Component for which you are not eligible, scores for that examination may not be reported or, if previously reported, may be revoked.

7

# EXAMINATION CONTENT

## STEP 1

Step 1 includes test items in the following content areas:

- ❑ anatomy,
- ❑ behavioral sciences,
- ❑ biochemistry,
- ❑ microbiology,
- ❑ pathology,
- ❑ pharmacology,
- ❑ physiology,
- ❑ interdisciplinary topics, such as nutrition, genetics, and aging.

Step 1 is a broadly based, integrated examination. Test items commonly require you to perform one or more of the following tasks:

- ❑ Interpret graphic and tabular material
- ❑ Identify gross and microscopic pathologic and normal specimens
- ❑ Apply basic science knowledge to clinical problems

Step 1 classifies test items along two dimensions, system and process, as shown in Table 1.

---

**http://www.usmle.org**
Sample Step 1 test materials and further information on Step 1 test content are available from your registration entity and at the USMLE website.

---

**Table 1: USMLE Step 1 Specifications\***

**System\*\***

| | |
|---|---|
| 40%–50% | General principles |
| 50%–60% | Individual organ systems |
| | • hematopoietic/lymphoreticular |
| | • nervous/special senses |
| | • skin/connective tissue |
| | • musculoskeletal |
| | • respiratory |
| | • cardiovascular |
| | • gastrointestinal |
| | • renal/urinary |
| | • reproductive |
| | • endocrine |

**Process**

| | |
|---|---|
| 30%–50% | Normal structure and function |
| 30%–50% | Abnormal processes |
| 15%–25% | Principles of therapeutics |
| 10%–20% | Psychosocial, cultural, occupational, and environmental considerations |

\*   Percentages are subject to change at any time. See the USMLE website for the most up-to-date information.
\*\*  The general principles category includes test items concerning those normal and abnormal processes that are not limited to specific organ systems. Categories for individual organ systems include test items concerning those normal and abnormal processes that are system specific.

# EXAMINATION CONTENT

## STEP 2 CLINICAL KNOWLEDGE (CK)

Step 2 CK includes test items in the following content areas:

- ❑ internal medicine,
- ❑ obstetrics and gynecology,
- ❑ pediatrics,
- ❑ preventive medicine,
- ❑ psychiatry,
- ❑ surgery,
- ❑ other areas relevant to provision of care under supervision.

Most Step 2 CK test items describe clinical situations and require that you provide one or more of the following:

- ❑ a diagnosis,
- ❑ a prognosis,
- ❑ an indication of underlying mechanisms of disease,
- ❑ the next step in medical care, including preventive measures.

Step 2 CK is a broadly based, integrated examination. It frequently requires interpretation of tables and laboratory data, imaging studies, photographs of gross and microscopic pathologic specimens, and results of other diagnostic studies. Step 2 CK classifies test items along two dimensions: disease category and physician task, as shown in Table 2.

Please note that much of the content that addresses normal growth and development and general principles of care is also related to the individual organ systems categories, so that the number of questions that deal solely with normal growth and development and general principles of care is relatively small.

---

### Table 2: USMLE Step 2 CK Specifications*

**Normal Conditions and Disease Categories**

- ❑ Normal growth and development and general principles of care
- ❑ Individual organ systems or types of disorders
  - immunologic disorders
  - diseases of the blood and blood-forming organs
  - mental disorders
  - diseases of the nervous system and special senses
  - cardiovascular disorders
  - diseases of the respiratory system
  - nutritional and digestive disorders
  - gynecologic disorders
  - renal, urinary, and male reproductive systems
  - disorders of pregnancy, childbirth, and the puerperium
  - disorders of the skin and subcutaneous tissue
  - diseases of the musculoskeletal system and connective tissue
  - endocrine and metabolic disorders

**Physician Task**

| | |
|---|---|
| 15%–20% | Promoting preventive medicine and health maintenance |
| 20%–35% | Understanding mechanisms of disease |
| 25%–40% | Establishing a diagnosis |
| 15%–25% | Applying principles of management |

\* Percentages are subject to change at any time. See the USMLE website for the most up-to-date information.

---

**http://www.usmle.org**
Sample Step 2 CK test materials and further information on Step 2 CK test content are available from your registration entity and at the USMLE website.

# EXAMINATION CONTENT

## STEP 2 CLINICAL SKILLS (CS)

Step 2 CS assesses whether you can demonstrate the fundamental clinical skills essential for safe and effective patient care under supervision. There are three subcomponents of Step 2 CS (see Table 3): Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP).

---

**Table 3: The Subcomponents of Step 2 CS**

**Integrated Clinical Encounter (ICE) Subcomponent**

- Data gathering – patient information collected by history taking and physical examination
- Documentation – completion of a patient note summarizing the findings of the patient encounter, diagnostic impression, and initial patient work-up

**Communication and Interpersonal Skills (CIS) Subcomponent**

- Questioning skills (e.g., use of open-ended questions, transitional statements, not interrupting the patient)
- Information-sharing skills (e.g., avoidance of jargon, responsiveness to patient questions or concerns, provision of counseling when appropriate)
- Professional manner and rapport (e.g., concern for patient's comfort and modesty, examinee's attention to personal hygiene, expression of interest in the impact of the illness)

**Spoken English Proficiency (SEP) Subcomponent**

- Clarity of spoken English communication within the context of the doctor-patient encounter (e.g., pronunciation, word choice, and minimizing the need to repeat questions or statements)

---

Step 2 CS uses standardized patients, i.e., people trained to portray real patients. You are expected to establish rapport with the patients, elicit pertinent historical information from them, perform focused physical examinations, answer questions, and provide counseling when appropriate. After each interaction with a patient, you will record pertinent history and physical examination findings, list diagnostic impressions, and outline plans for further evaluation, if necessary. The cases cover common and important situations that a physician is likely to encounter in common medical practice in clinics, doctors' offices, emergency departments, and hospital settings in the United States.

The cases that make up each administration of the Step 2 CS examination are based upon an examination blueprint. An examination blueprint defines the requirements for each examination, regardless of where and when it is administered. The sample of cases selected for each examination reflects a balance of cases that is fair and equitable across all examinees. On any examination day, the set of cases will differ from the combination presented the day before or the following day, but each set of cases has a comparable degree of difficulty.

The intent is to ensure that examinees encounter a broad spectrum of cases reflecting common and important symptoms and diagnoses. The criteria that are used to define the blueprint and create individual examinations focus primarily on presenting complaints and conditions. Presentation categories include, but are not limited to, cardiovascular, constitutional, gastrointestinal, genitourinary, musculoskeletal, neurological, psychiatric, respiratory, and women's health. Examinees will see cases from some, but not all, of these categories. The selection of cases is also guided by specifications relating to acuity, age, gender, and type of physical findings presented in each case.

---

**http://www.usmle.org**
Further information on Step 2 CS
is available from your registration entity
and at the USMLE website.

---

# EXAMINATION CONTENT

## STEP 3

Step 3 is organized along two principal dimensions: clinical encounter frame and physician task (see Table 4). Step 3 content reflects a data-based model of generalist medical practice in the United States.

---

### Table 4: USMLE Step 3 Specifications*

**Clinical Encounter Frame**

| | |
|---|---|
| 20%–30% | Initial care |
| 50%–60% | Continued care |
| 15%–25% | Emergency care |

**Physician Task**

| | |
|---|---|
| 8%–12% | Obtaining history and performing physical examination |
| 8%–12% | Using laboratory and diagnostic studies |
| 8%–12% | Formulating most likely diagnosis |
| 8%–12% | Evaluating severity of patient's problems |
| 8%–12% | Applying scientific concepts and mechanisms of disease |
| 45%–55% | Managing the patient<br>• health maintenance<br>• clinical intervention<br>• clinical therapeutics<br>• legal and ethical issues |

\* Percentages are subject to change at any time. See the USMLE website for the most up-to-date information.

---

Encounter frames capture the essential features of circumstances surrounding physicians' clinical activity with patients. They range from encounters with patients seen for the first time for nonemergency problems, to encounters with regular patients seen in the context of continued care, to patient encounters in (life-threatening) emergency situations. Encounters occur in clinics, offices, skilled nursing care facilities, hospitals, emergency departments, and on the telephone. Each test item in an encounter frame also

represents one of the six physician tasks. For example, initial care encounters emphasize taking a history and performing a physical examination. In contrast, continued care encounters emphasize decisions regarding prognosis and management.

High-frequency, high-impact diseases also organize the content of Step 3. Clinician experts assign clinical problems related to these diseases to individual clinical encounter frames to represent their occurrence in generalist practice.

### *Primum*® Computer-Based Case Simulations (CCS)

Step 3 examinees test using two formats: multiple-choice questions and *Primum* computer-based case simulations (CCS), a testing format that allows you to provide care for a simulated patient. You decide which diagnostic information to obtain and how to treat and monitor the patient's progress. The computer records each step you take in caring for the patient and scores your overall performance. This format permits assessment of clinical decision-making skills in a more realistic and integrated manner than other available formats.

In *Primum* CCS, you may request information from the history and physical examination; order laboratory studies, procedures, and consultants; and start medications and other therapies. Any of the thousands of possible entries that you type on the "order sheet" are processed and verified by the "clerk." When you have confirmed that there is nothing further you wish to do, you decide when to reevaluate the patient by advancing simulated time. As time passes, the patient's condition changes based on the underlying problem and your interventions; results of tests are reported, and results of interventions must be monitored. You suspend the movement of simulated time as you consider next steps. While you cannot go back in time, you can change your orders to reflect your updated management plan.

The patient's chart contains, in addition to the order sheet, the reports resulting from your orders. By selecting the appropriate chart tabs, you can review vital signs, progress notes, patient updates, and test results. You may care for and move the patient

# EXAMINATION CONTENT

among the office, home, emergency department, intensive care unit, and hospital ward.

> **http://www.usmle.org**
> Sample Step 3 test materials and further information on Step 3 test content are available from your registration entity and at the USMLE website.

The cases used in the CCS portion of the Step 3 examination are based upon a CCS examination blueprint. The blueprint defines the requirements for CCS examination forms. The CCS blueprint is used to construct CCS examination forms focusing primarily on presenting symptoms and presenting locations. Presenting symptoms relate to the Step 3 Problem/Disease List and are associated with the central nervous system, eye/ear/nose/mouth/throat, respiratory system, circulatory system, digestive system, behavioral/emotional disorders, musculoskeletal system, skin/subcutaneous tissue, endocrine/nutrition/metabolic disorders, kidneys/urinary tract, reproductive system, pregnancy/childbirth, neonate/childhood illnesses, blood and blood-forming organs, infectious/parasitic diseases, injuries/wound/toxic effects/burns, and health maintenance issues. Presenting locations include the outpatient office, emergency department, inpatient unit, intensive care unit, and the patient's home.

Examinees will see cases related to some, but not all, of these problem/disease and location categories. The intent is to ensure that all examinees encounter a broad range of cases reflecting common and important symptoms and diagnoses. The selection of cases is also guided by specifications relating to age and gender. Each CCS examination form is structured to reflect a balance of cases that is fair and equitable for all examinees.

# PREPARING FOR THE TEST

## SAMPLE TEST MATERIALS

The best preparation for the USMLE is a general, thorough review of the content reflected in the examination descriptions on pages 8–12. You should also review further information on the examination content and test formats available on the USMLE website or from your registration entity and run the sample test materials available on the USMLE website or on the 2006 USMLE compact disc (CD). The 2006 USMLE CD is available through your registration entity.

There are no test preparation courses affiliated with or sanctioned by the USMLE program. Information on such courses is not available from the ECFMG, FSMB, NBME, USMLE Secretariat, or medical licensing authorities.

## TEST LENGTHS AND FORMATS

❑ Step 1 has approximately 350 multiple-choice test items, divided into seven 60-minute blocks, administered in one eight-hour testing session.

❑ Step 2 CK has approximately 370 multiple-choice test items, divided into eight 60-minute blocks, administered in one nine-hour testing session.

❑ Step 2 CS has 12 patient cases. You will have 15 minutes for each patient encounter and 10 minutes to record each patient note. If you do not use the entire 15 minutes for the patient encounter, the remaining time will be added to the time you have to record the patient note. The testing session is approximately eight hours.

❑ Step 3 has approximately 480 multiple-choice test items, divided into blocks of 35 to 50 items. You will have 45 to 60 minutes to complete each of these blocks. There are approximately nine computer-based case simulations (see page 11), with one case in each block. You will have a maximum of 25 minutes to complete each of these blocks. Step 3 is administered in two eight-hour testing sessions.

For Step 1, Step 2 CK, and Step 3 multiple-choice sections, during the defined time to complete the

items in each block, you may answer the items in any order, review your responses, and change answers. After you exit the block, or when time expires, you can no longer review test items or change answers.

Step 2 CS cases and Step 3 case simulations must be taken in the order presented. After you exit the case or session, or when time expires, you can no longer review test items or cases, change answers, or collect additional information.

---

**http://www.usmle.org**

**Note:** The test descriptions provided here, including test length and number of test items or cases, may be changed at any time. Notice of any changes will be posted at the USMLE website.

---

## PRACTICING WITH THE SOFTWARE

For Steps 1, 2 CK, and 3 you should acquaint yourself with the test software well before your test date(s). Practice time is not available on the test day. A brief tutorial on the test day provides a review of the test software, including navigation tools and examination format, prior to beginning the test. It does not provide an opportunity to practice. Step 3 examinees should review the *Primum* CCS orientation materials and practice with all of the sample cases well in advance of the testing day to have a thorough understanding of how the software works.

Sample test materials to practice with the software (both multiple-choice questions and *Primum* CCS cases) are available to eligible applicants from their registration entity and at the USMLE website.

## PRACTICE AT PROMETRIC TEST CENTERS

If you wish to experience some of the conditions of test administration for Step 1, Step 2 CK, or Step 3, you may schedule time to review sample test materials at a Prometric Test Center for a fee. Although shorter than an actual USMLE examination and containing the same sample test materials provided by the USMLE registration entities and at the USMLE

# PREPARING FOR THE TEST

website, this option allows you to experience USMLE sample test materials in the same environment as your actual test. After your registration for a Step or Step Component is complete and you have received your Scheduling Permit, you may register for a practice session for that examination by following the instructions at the USMLE website.

> **Note:** If you register for the practice session, you will receive a separate Scheduling Permit specifically for the practice session. You must have this Permit before you can contact Prometric to schedule the practice session. You should allow two weeks to receive your practice session Scheduling Permit.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## APPLICATION MATERIALS

If you meet the eligibility requirements on page 4, you can apply for Step 1, Step 2 CK and CS, or Step 3. Applications are available from the appropriate registration entity. You must use current application materials to apply.

> **Note:** See page 33 for information on how to contact your registration entity to apply for a Step or Step Component.

## APPLYING FOR STEP 1, STEP 2 CK, AND STEP 2 CS

Students and graduates of LCME-accredited programs and AOA-accredited medical schools should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions at the NBME website (*http://www.nbme.org*). Review and follow the application instructions, complete your application, and submit it to the NBME.

Students and graduates of medical schools outside the United States and Canada should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions at the ECFMG website (*http://www.ecfmg.org*). Review and follow the application instructions, complete your application, and submit it to the ECFMG.

## APPLYING FOR STEP 3

To request information on Step 3 eligibility requirements and application procedures, follow the instructions at the FSMB website (*http://www.fsmb.org*), or contact the FSMB or the medical licensing authority to which you wish to apply.

> **Note:** See pages 34–39 for information on how to contact medical licensing authorities.

Application procedures for Step 3 vary among jurisdictions. You should begin inquiries at least three months in advance of the dates on which you expect to take the test.

After you obtain application materials, review and follow the application instructions to complete your application and submit it to the medical licensing authority or the FSMB as directed in the instructions.

## EXAMINEES WITH DISABILITIES

The USMLE program provides reasonable accommodations for examinees with disabilities who are covered under the Americans with Disabilities Act (ADA). If you are a disabled individual covered under the ADA and require test accommodations, the following guidelines apply to you:

❑ You must obtain information regarding procedures and documentation requirements in advance of applying for each Step or Step Component. This information is available from the USMLE website, from your registration entity if you are applying for Step 1, Step 2 CK or Step 2 CS, or from the FSMB website if you are applying for Step 3.

❑ Your application and your request for accommodations and accompanying documentation must be submitted at the same time to the appropriate mailing addresses. If you are applying for Step 2 CS, review the informational materials available on the USMLE website before requesting test accommodations.

❑ When USMLE examinations are taken with test accommodations, score reports and transcripts may include an annotation that an accommodation was provided.

## OBTAINING AN ELIGIBILITY PERIOD FOR STEP 1 AND STEP 2 CK

When applying for Step 1 or Step 2 CK, you must select a three-month period, such as January-February-March or February-March-April, during which you prefer to take the examination. A Scheduling Permit with instructions for making an appointment at a Prometric Test Center will be sent to you after your registration entity processes your application and determines your eligibility. The Scheduling Permit specifies the three-month eligibility period during which you must complete the examination.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

During peak periods, allow up to approximately four weeks for processing of your application. On receipt of your Scheduling Permit, you are able to contact Prometric immediately to schedule a test date.

Prometric schedules testing appointments for Steps 1 and 2 CK up to six months in advance of the assigned eligibility period. If your application is submitted more than six months in advance of your requested eligibility period, it will be processed, but your Scheduling Permit will be sent no more than six months before your assigned eligibility period begins.

If you are unable to take the test within your eligibility period, contact your registration entity to inquire about a **one-time** contiguous three-month eligibility period extension. A fee is charged for this service. Visit your registration entity's website (see page 33) for more information. If you do not take the test within your original or extended eligibility period and wish to take it in the future, you must reapply by submitting a new application and fee(s).

---

**http://www.prometric.com**
Use the Prometric website for
up-to-date information on the locations
of Prometric Test Centers and to schedule
an appointment.

---

## OBTAINING AN ELIGIBILITY PERIOD FOR STEP 2 CS

Step 2 CS is offered regularly throughout the year; however, there may be occasional, brief periods when all centers are closed. In planning the timing of your application, see below for information on how Step 2 CS eligibility periods are assigned. You should be aware that demand for test dates/centers at certain times during the year may exceed the number of testing spaces available.

When you apply for Step 2 CS you are assigned a 12-month eligibility period that begins when processing of your application is completed. A Scheduling Permit with instructions for making a testing appointment is sent to you.

Your eligibility period will be listed on your Scheduling Permit. You must take the exam during your eligibility period. You can schedule a testing appointment for any available date in your eligibility period. Once your eligibility period is assigned, it cannot be changed. If you do not take the exam within your eligibility period, you must reapply to take the exam, including payment of the examination fee. Although you cannot change your assigned eligibility period, you can reschedule a scheduled testing appointment within your eligibility period (see Rescheduling). A fee is charged if a change is made during the 14 days before your scheduled appointment.

## OBTAINING AN ELIGIBILITY PERIOD FOR STEP 3

Step 3 eligibility periods are assigned immediately once your application has been processed and approved. Time for processing will vary depending on the particular medical licensing authority and the volume of applications. Check the FSMB website for more detailed information on processing times. Upon complete processing of your Step 3 application and confirmation of eligibility, a Scheduling Permit will be sent to you with instructions for making an appointment at a Prometric Test Center. On receipt of your Scheduling Permit, you should contact Prometric immediately to schedule the test dates. The Scheduling Permit specifies the eligibility period (beginning immediately and extending for approximately 90 calendar days) during which you must complete the examination. If you are unable to take the test within your eligibility period, contact the FSMB to inquire about a **one-time** contiguous three-month eligibility period extension. A fee is charged for this service, and some restrictions may apply. Visit the FSMB website (*http://www.fsmb.org*) for more detailed information. If you do not take the test within your original or extended eligibility period and wish to take it in the future, you must reapply by submitting a new application and fee(s). The USMLE Step 3 fee is non-refundable and non-transferable from one eligibility period to another or from one application to another.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## SCHEDULING STEP 1, STEP 2 CK, AND STEP 3

### Testing Regions

Step 1 and Step 2 CK are administered in the United States and Canada and in more than 50 other countries. International testing locations are distributed among defined international testing regions. There is an additional international test delivery surcharge.

### Your Scheduling Permit

Your Scheduling Permit will be sent to you when the processing of your application is complete. You should verify the information on your Scheduling Permit before scheduling your appointment. Your Scheduling Permit includes the following:

- ❑  your name (see Important Note, page 24) and mailing address,
- ❑  the examination for which you registered,
- ❑  your eligibility period,
- ❑  your testing region,
- ❑  your Scheduling Number,
- ❑  your Candidate Identification Number (CIN).

> **Note: You will not be able to take the test if you do not bring your Scheduling Permit to the test center.** Please keep it in a secure location. If you lose your permit, contact your registration entity immediately. A fee may be charged to issue a replacement, and you may be required to reschedule your appointment.

> **Note:** Your Scheduling Number is needed when you contact Prometric to schedule test dates. It differs from your **Candidate Identification Number (CIN),** which is your private key, and is needed to test. Prometric does not have access to your CIN.

### Scheduling Test Dates

When applying for the USMLE Steps 1, 2 CK, and 3 or scheduling test dates, please keep the following in mind:

- ❑  You must have your Scheduling Permit before you contact Prometric to schedule a testing appointment. Appointments are assigned on a "first-come, first-served" basis; therefore, you should contact Prometric to schedule as soon as possible after you have received your Scheduling Permit.

- ❑  You may take the test on any day that it is offered during your assigned eligibility period, provided that there is space at the Prometric Test Center you choose.

- ❑  Prometric Test Centers are closed on major local holidays.

- ❑  USMLE Steps 1, 2 CK, and 3 are not available during the first two weeks of January.

- ❑  The busiest testing times in the Prometric testing network in the United States and Canada are May through July and November through December.

- ❑  Some, but not all, Prometric Test Centers are open on weekend days. When you schedule your Step 3 test dates, the two days on which you take the test must be consecutive days unless the center is closed on the day that follows your first day of testing. In that event, Prometric will assign you to the next day the center is open for your second day of testing. In all other cases, you must take Step 3 on two consecutive days at the same test center.

Your Scheduling Permit includes specific information for contacting Prometric to schedule your test date(s) at the test center of your choice.

> **http://www.prometric.com**
> Use the Prometric website for up-to-date information on the locations of Prometric Test Centers and to schedule your test.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

You will be required to provide information found only on your Scheduling Permit. When you schedule your appointment, you will receive the following specific information:

❑ the confirmed test day(s), date(s), and time;
❑ the address and telephone number of the Prometric Test Center where you will test; and
❑ your Prometric Confirmation Number.

After you schedule your testing appointment, you can print a confirmation of your appointment from the Prometric website. Scheduling a testing appointment for a specific date at a Prometric Test Center is not a guarantee that the scheduled test time or location will remain available. The Prometric Test Center at which you are scheduled may become unavailable after you have scheduled your appointment. In that event, Prometric will attempt to notify you in advance of your scheduled testing appointment and to schedule you for a different time and/or center. However, on rare occasions, rescheduling your appointment for a different time or center may occur at the last minute. To avoid losses you would incur as a result, you should try to maintain flexibility in your travel arrangements. You are encouraged to confirm your testing appointment a week prior to your test date.

**Rescheduling Test Dates**

If you are unable to keep your testing appointment on the scheduled date(s) or at the scheduled location, you may change your date(s) or center by following the instructions on your Scheduling Permit for contacting Prometric. You will need to provide your Prometric Confirmation Number when you reschedule.

To avoid a rescheduling fee, you must cancel or reschedule your appointment at least five business days before your appointment. If you are testing in the United States or Canada, you must cancel or reschedule by noon Eastern Time at least five business days before your appointment. If you are testing outside the United States or Canada, you must cancel or reschedule by noon local time of the Regional Registration Center for your testing region at least five business days before your appointment. If you provide less than five business days' notice,

Prometric will charge you a fee to reschedule your test date(s). Your rescheduled test date(s) must fall within your assigned eligibility period.

**SCHEDULING STEP 2 CS**

Step 2 CS is administered at five clinical skills evaluation centers: Atlanta, Georgia; Chicago, Illinois; Houston, Texas; Los Angeles, California; and Philadelphia, Pennsylvania.

**Your Scheduling Permit**

After your registration for Step 2 CS is complete, your registration entity will issue you a Scheduling Permit. The Scheduling Permit contains the following:

❑ your name (see Important Note, page 24) and mailing address,
❑ your USMLE identification number,
❑ your eligibility period,
❑ instructions for scheduling your testing appointment,
❑ a description of the identification required for admission to the testing center, and
❑ other important information.

**Scheduling Test Dates**

Follow the instructions on your Scheduling Permit to schedule your test date(s) at the test center of your choice. To browse available test dates in your eligibility period at each of the five test centers, you can use on-line Step 2 CS Scheduling. Before accessing Step 2 CS Scheduling, you should review the important information in *How Test Dates Become Available* (see page 19).

---
**http://www.usmle.org**
Use the USMLE website and click on the
Step 2 CS Information Page for the
up-to-date calendar.
---

After you confirm your testing appointment, you will be able to print a *confirmation notice* from the sched-

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

uling system. The confirmation notice includes your scheduled test date, arrival time, test center, and other important information. If you lose the confirmation notice, you can reprint it by accessing Step 2 CS Scheduling on the website of your registration entity.

### *How Test Dates Become Available*

❑ Test dates are opened so that dates will be available throughout your 12-month eligibility period.

❑ Additional test dates are opened, depending on demand. These dates are opened in ways that maximize operational efficiency at all centers and may not reflect examinee demand for particular test dates and/or centers.

❑ Testing appointments are available on a "first-come, first-served" basis (although some scheduling restrictions may be imposed). It is possible that you will not be able to obtain a testing appointment for the first time period and/or center you prefer.

❑ The availability of testing appointments will change frequently as a result of examinee scheduling, rescheduling, and opening of additional test dates.

❑ It is possible that testing appointments will become available for a time period and/or center that you prefer after you have scheduled an appointment for a different time period and/or center. In this event, you can change your scheduled test date and/or center. See page 20 for rescheduling fees.

❑ Although you can monitor available test dates for your preferred time period and test center, availability is not guaranteed. You must take the exam during your eligibility period; if the exam is not taken during the eligibility period, you must reapply and pay the full exam fee in order to take the examination.

### Rescheduling Test Dates

If you have a scheduled testing appointment and are unable to take the exam on your scheduled test date or at your scheduled test center, you can cancel your scheduled testing appointment and reschedule for a different date and/or center, subject to availability. A fee may be charged for this service depending on how much notice you provide when canceling your appointment (see page 20). To cancel or reschedule, follow the instructions on your Scheduling Permit for accessing Step 2 CS Scheduling.

Before canceling and/or rescheduling a scheduled testing appointment, you will have the opportunity to review available test dates at all testing locations. Your rescheduled test date must fall within your assigned eligibility period. There is no limit on the number of times you can cancel and reschedule your testing appointment. However, a rescheduling fee is charged for each rescheduled testing appointment that does not meet the notice requirements described on page 20. **Any** change to a scheduled testing appointment constitutes rescheduling.

You can cancel and reschedule at the same time, or you can cancel and reschedule later. You can cancel and/or reschedule at any time through the end of the day before your scheduled test date. However, no canceling or rescheduling is allowed beginning at 12:00 AM, Eastern Time in the United States, on the scheduled test date until it is confirmed that you did not take the exam (typically one to two days). If you do not cancel and you miss your scheduled testing appointment, you can reschedule after this confirmation period.

> **IMPORTANT NOTE: If you cancel without rescheduling or miss your scheduled testing appointment, there is no guarantee that testing appointments during your eligibility period will be available at a given test center, or at any test center, when you attempt to reschedule. If you do not reschedule within your eligibility period, you must reapply, including payment of the exam fee, to take the exam.**

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

There is no fee to **cancel** a scheduled testing appointment; the fee, if applicable, is due at the time of **rescheduling**. However, the date that you **cancel** your appointment, using Eastern Time in the United States, will determine whether you pay a rescheduling fee and the amount of this fee.

❑ If you cancel more than fourteen calendar days before (but not including) your scheduled test date, there is **no fee** to reschedule.

❑ If you cancel during the fourteen-day period before (but not including) your scheduled test date, your fee will be **$150** when you reschedule.

❑ If you miss your scheduled testing appointment without canceling, your fee will be **$400** when you reschedule.

If you are unable to keep your scheduled testing appointment, **you should cancel your appointment as soon as possible to avoid a rescheduling fee**, regardless of whether you are ready to reschedule.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

### Summary of Process

In summary, to take Steps 1, 2 CK, 2 CS, and 3, you must meet the eligibility requirements shown on page 4 and do the following:

- ❑ Contact the appropriate registration entity for application materials (see page 33).
- ❑ Complete your application materials and submit them to your registration entity.
- ❑ Receive a Scheduling Permit verifying your eligibility and authorizing you to schedule the examination.
- ❑ Follow the instructions on your Scheduling Permit to schedule your test date(s) at a specific Prometric Test Center (for Step 1, Step 2 CK, and Step 3) or clinical skills evaluation center (for Step 2 CS).
- ❑ On the scheduled test date(s) and at the scheduled time, bring to the test center your Scheduling Permit and the required identification.
- ❑ Take the test.

# TESTING

The USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. The rules include standard test administration conditions consistent with the principles on which the examinations are developed and scored. For example, examinations are designed to sample knowledge across specified content domains and unauthorized access to examination content prior to testing violates that principle. However, if there is a reason to believe that the integrity of the examination process is jeopardized, the USMLE parent organizations may invalidate all or any part of an examination.

If information indicates that continued testing would jeopardize the security of examination materials or the integrity of scores, the USMLE parent organizations reserve the right to suspend or cancel test administration.

## TESTING REGULATIONS AND RULES OF CONDUCT

Test center staff monitor all testing sessions for USMLE Steps. You must follow instructions of test center staff throughout the examination. Failure to do so may result in a determination of irregular behavior (see pages 31–32).

Test center staff are not authorized to answer questions from examinees regarding examination content, testing software, or scoring.

If staff observe you violating test administration rules or engaging in other forms of irregular behavior during an examination, the center staff will not necessarily tell you of the observation at the time of the examination. Test center staff are required to report such incidents to the USMLE program; each report is fully investigated.

### Personal Belongings

Unauthorized possession of personal belongings while in the secure areas of the testing centers may lead to a finding of irregular behavior and permanent annotation of your USMLE transcript. It is important that you read and understand the rules regarding personal possessions; the rules for Steps 1, 2 CK, and 3

differ from those for Step 2 CS. Also, for Step 2 CS, you should understand that the entire testing session from orientation until the evaluation is completed, including all breaks, is considered a closed and secure testing session, and that the entire CSEC center, including the orientation room and the restrooms, is a secure testing area. Therefore the rules regarding unauthorized possession during Step 2 CS extend to the orientation room and to all breaks.

For Step 1, Step 2 CK, and Step 3, unauthorized items include, but are not limited to:

- ❑ mechanical or electronic devices, such as cellular telephones, personal digital assistants (PDAs), calculators, watches of any type, electronic paging devices, recording or filming devices, radios;
- ❑ outerwear, such as coats, jackets, head wear, gloves;
- ❑ book bags, backpacks, handbags, briefcases, wallets;
- ❑ books, notes, study materials, or scratch paper;
- ❑ food, candy, gum, or beverages.

For Step 2 CS, unauthorized items include, but are not limited to:

- ❑ mechanical or electronic devices, such as cellular telephones, personal digital assistants (PDAs), calculators, digital watches, analog watches with computer communication and/or memory capability, electronic paging devices, recording or filming devices, radios;
- ❑ book bags, backpacks, briefcases;
- ❑ books, notes, study materials, or scratch paper;
- ❑ medical equipment of any kind other than a stethoscope.

If you bring any personal belongings to the test center, you must store them in a designated locker or storage cubicle outside the secure testing area. You should keep in mind that the storage facilities are small and that all stored mechanical or electronic devices must be turned off. Upon reasonable suspicion, your personal belongings and their contents may be inspected. Any materials that reasonably appear to be reproductions of any USMLE examination materials will be confiscated. Making notes of any kind during an examination, except on the materials provided by the test center for this purpose, is not permitted.

# TESTING

## Rules of Conduct

When you apply to take the USMLE, you are agreeing to the following Rules of Conduct:

1.  You are the person named on the Scheduling Permit for the examination.

2.  You will not give, receive, or obtain any form of unauthorized assistance during the examination or during breaks.

3.  You will not have in your possession any formulas, study materials, notes, papers, or electronic devices of any kind unless you are out of the secure areas of the center (see page 22).

4.  You will place in a locker or cubicle all personal belongings, including cellular telephones, watches, pagers, personal digital assistants (PDAs), formulas, study materials, notes, papers, and your purse or wallet, before you enter the testing room (and Orientation Room for Step 2 CS). For Step 2 CS, these items must be stored away before entering the Orientation Room.

5.  During the computer-based examinations (Steps 1, 2 CK, and 3), you will not leave your testing station for breaks unless the break screen is visible on your monitor. It will be considered a violation of the Rules of Conduct if you indicate on the center log that your break screen is visible when it is not.

6.  During computer-based testing (Steps 1, 2 CK, and 3) you may use a telephone or other communication device only during an authorized break, but you may not use it for any purpose related to test content. During Step 2 CS you may not use a telephone at any time while you are in the secure areas of the testing center.

7.  You will not remove materials in any form (written, printed, recorded, or any other type) from the test center.

8.  All examination materials remain the property of the USMLE parent organizations, and you will maintain the confidentiality of the materials, including the multiple-choice items, and the case content for Step 2 CS and *Primum* CCS. You will not reproduce or attempt to reproduce examination materials through memorization or any other means. Also, you will not provide information relating to examination content that may give or attempt to give unfair advantage to individuals who may be taking the examination. This includes postings regarding examination content and/or answers on the Internet.

> **If you violate these Rules of Conduct, you may be directed to leave the test center before you complete the examination. Also, evidence of violation of any test administration rule, including these Rules of Conduct, will result in actions being taken under USMLE policies and procedures on irregular behavior. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, and you may be barred from taking the USMLE in the future.**

# TESTING

## ADMISSION TO THE TEST

When you arrive at the test center, you must present your Scheduling Permit and the required identification described on your Scheduling Permit. Acceptable forms of identification include the following forms of unexpired identification:

- ❏ passport,
- ❏ driver's license with photograph,
- ❏ national identity card,
- ❏ other form of unexpired, government-issued identification,
- ❏ ECFMG-issued identification card.

Your identification must contain both your signature and photograph. If it contains your photograph but not your signature, you can use another form of unexpired identification that contains your signature, such as a student/employee identification card or a credit card, to supplement your photo-bearing, government-issued identification.

If you do not bring your Scheduling Permit and acceptable identification, you will not be admitted to the test. In that event, you must pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your eligibility period.

> **Important Note:** Your name as it appears on your Scheduling Permit must match the name on your form(s) of identification exactly. If the name listed on your Scheduling Permit is not correct, contact your registration entity immediately.

## STEP 1, STEP 2 CK, AND STEP 3

### Test Centers and Testing Conditions

Prometric provides computer-based testing services for academic assessment, professional licensure, and certification. USMLE Step 1 and Step 2 CK are given at Prometric Test Centers around the world. Step 3 is given at Prometric Test Centers in the United States and its territories. These centers provide the resources necessary for secure administration of the USMLE, including video and audio monitoring and recording, and use of digital cameras to record the identity of examinees.

Individual examinations are drawn from large pools of content-parallel test forms, which are in turn created from very large banks of test materials. Individual examinations vary within and across test centers, and within and across test days. Electronic encryption is employed to protect the security of item banks, test forms, and test responses. Physical security at test centers is maintained by proctoring and video surveillance and recording.

You should arrive at the Prometric Test Center 30 minutes before your scheduled testing time on your testing day(s). If you arrive late, you may not be admitted. If you arrive more than 30 minutes after your scheduled testing time, you will not be admitted. In that event, you must pay a fee to Prometric to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

There are no waiting facilities for family and friends at the center; plan to meet them elsewhere after the examination ends.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for directions to Prometric Test Centers.

Upon arrival at the test center, you must present the required identification, sign a test center log, be photographed, and store your personal belongings in your assigned locker. Test center staff will collect your Scheduling Permit. You will be instructed to write your Candidate Identification Number (CIN) on one of the laminated writing surfaces provided. Your Scheduling Permit will be retained at the Test Center Administrator's station. You may request access to the permit during the examination if it becomes necessary for you to rewrite the CIN on the laminated writing surface. In addition to the laminated writing surfaces, you will be provided with dry-erase markers and an eraser. Test center staff will escort you to your assigned testing station and provide brief instructions on use of the computer equipment. You must enter

# TESTING

your Candidate Identification Number to start the examination. You may then take a brief tutorial prior to starting the first test block.

## Completing the Test

Once you begin a block of the test, no breaks are provided during the block. Each block lasts approximately 30 to 60 minutes. During blocks, the clock continues to run even if you leave the testing room for a personal emergency. If you leave during a block, the test center staff will report that fact as an irregular incident, and your results may be analyzed as described on page 31. Each time you take a break during the testing day, you are required to sign out if you leave the testing room and sign in when you return. You must present your identification each time you sign in. Each block ends when its time expires or when you exit from it.

The test session ends when you have started and exited all sections or the total time for the test expires. You will sign out as you leave the test center, hand in the laminated writing surfaces, and receive a notice that you appeared for the test. If your test is scheduled for multiple days, your Scheduling Permit will be returned to you for use at check-in on the following day(s).

After you start taking an examination, you cannot cancel or reschedule that examination unless a technical problem requires rescheduling. If you experience a computer problem during the test, notify test center staff immediately. In the rare event of a technical problem, testing software is designed to allow the test to restart at the point it was interrupted. In most cases, your test can be restarted at the point of interruption with no loss of testing time. However, it is possible that a technical problem may occur that does not permit you to complete your examination. In that event, contact the NBME or registration entity in writing. Your problem will be thoroughly investigated, and if necessary, arrangements will be made to allow you to test at a later date at no additional charge.

## How Break Time Works

Your entire testing session is scheduled for a fixed amount of time. The computer keeps track of your overall time and the time allocated for each block of the test. Forty-five minutes is allotted for break time. The 45 minutes for breaks can be divided in any manner, according to your preference. For example, you can take a short break at your seat after you complete a block, or you can take a longer break for a meal outside the test center after you complete a few blocks. If you complete a block of the test or tutorial section early, the remaining time will be available for breaks. It will not be available to complete other blocks of the test.

As you progress through the blocks of the test, you should monitor how many blocks are remaining and how much break time is remaining. **If you take too much break time and exceed the allocated or accumulated break time, your time to complete the last block(s) in the testing session will be reduced.**

When section time runs out, you will not be able to move to any new screens. The computer will close the section. After you complete or run out of time for each block during the test, you must respond when the computer asks you to indicate whether you want to take a break or continue. After your test, you may be asked to complete an additional block that contains survey questions about your testing experience.

## STEP 2 CS

The time you should arrive at the testing center is listed on the confirmation notice you will print after scheduling your appointment. If you arrive during the on-site orientation, you may be allowed to test; however, you will be required to sign a Late Admission Form. If you arrive after the on-site orientation, you will not be allowed to test. You will have to reschedule your testing appointment and will be required to pay the rescheduling fee.

# TESTING

At the time of check-in, you will be required to present your Scheduling Permit and unexpired identification (see Admission to the Test, page 24). You will be given a small storage cubicle in which you must place personal belongings. These cubicles are not secure, so do not bring valuables. In addition, please note the following:

❑ You should bring your own stethoscope and white laboratory coat; all other equipment is provided at the center.

❑ You should wear comfortable, professional clothing.

❑ There are no waiting facilities for family and friends at the center; plan to meet them elsewhere after the examination ends.

Test center staff (wearing name tags) will direct you throughout the day, and their instructions should be followed at all times.

❑ There will be an on-site orientation to demonstrate the equipment available for you to use in the examination rooms, as well as to acquaint you with procedures and regulations.

❑ Once you enter the secure area of the test center (beginning with the orientation), you may not leave that area until the examination has been completed. The examination lasts about 8 hours. Two breaks are provided (one 30-minute break and one 15-minute break). A light meal is provided during the first break; however, you may bring your own food (provided that no refrigeration or preparation is required).

❑ You may not discuss the cases with your fellow examinees at any time, and conversation among examinees in any language other than English is prohibited at all times. Proctors will monitor all examinee activity.

❑ Should you wish to file a concern regarding your Step 2 CS testing experience, you may do so at the test center on your test day. If you do not file a report at the test center, you must notify NBME Test Administration in writing within three weeks of your testing date(s).

❑ The USMLE program retains the right to remove any examinee from the examination who appears to represent a health or safety risk to the standardized patients or test center staff. This includes, but is not limited to, examinees who appear ill, are persistently coughing or sneezing, have open skin lesions, or have evidence of active bleeding. Examinees who are not feeling well are encouraged to seek medical advice prior to arrival at the center and, if consistent with medical advice, should consider requesting a change in the date of their examination.

> **Important Note: Visitors from medical testing and academic organizations will on some occasions be observing an examination in progress. They will be given no information regarding examinee identity or performance and will have no interaction with examinees.**

# SCORING AND SCORE REPORTING

## EXAMINATION RESULTS AND SCORING

When you take Step 1, Step 2 CK, or Step 3, the computer records your responses. After your test ends, your responses are transmitted to the NBME for scoring. The number of test items you answer correctly is converted to two equivalent scores, one on a three-digit score scale and one on a two-digit score scale. Both scales are used for score-reporting purposes.

On the three-digit scale, most Step 1, 2 CK, or 3 scores fall between 140 and 260. The mean score for first-time examinees from accredited medical school programs in the United States is in the range of 200 to 220, and the standard deviation is approximately 20. Your score report will include the mean and standard deviation for recent administrations of the examination. The two-digit score is derived from the three-digit score. It is used in score reporting because some medical licensing authorities have requirements that include language describing a "passing score of 75." The two-digit score is derived in such a way that a score of 75 always corresponds to the minimum passing score.

For Step 2 CS, examinees are assessed on their data-gathering and communication skills (including spoken English) by the standardized patient, and on their ability to complete an appropriate patient note by physician raters. Performance on Step 2 CS is reported as pass or fail, with no numerical score.

USMLE score reports and transcripts (described on pages 28–30) show your scores (for Step 1, Step 2 CK, and Step 3) and an indication of whether you passed or failed (for all examinations). The same information is sent to medical licensing authorities upon your authorization for their use in granting the initial license to practice medicine.

Except as otherwise specified below, to receive a score on Step 1, Step 2 CK, and Step 3, you must begin every block of the test. If you do not begin every block, no final results are reported, and the "incomplete examination" attempt appears on your USMLE transcript. If you register for but do not begin an examination, no record of the test will appear on your transcript.

If your Step 1, Step 2 CK, or Step 3 examination is incomplete, you may request that a score be calculated and reported, with all missed test items or cases scored as incorrect. This score is likely to be lower than the score you would have achieved had you completed all sections of the examination. If you receive notification that your examination resulted in an incomplete attempt, contact the NBME in writing no later than 45 days after the date the notification is mailed to you if you would like further information on having the score calculated and reported. If you decide to request calculation and reporting of your score, the score will appear on your USMLE transcript as though it were complete; it will remain the permanent score for the examination administration.

For Step 2 CS, if you do not begin every case, your performance may be assessed on those cases completed. If this assessment would result in a passing outcome no matter how poorly you may have performed on the missed case(s), then a "pass" will be reported. If this assessment would result in a failing outcome no matter how good your performance on the missed case(s), then a "fail" will be reported. Otherwise, the attempt may be recorded as an "incomplete examination."

If it is determined that you took a Step for which you were not eligible, results for that test may not be reported or, if previously reported, may be revoked (see pages 7 and 31).

Some examination materials are included in the USMLE to enhance the examination system and to investigate the measurement properties of the examinations. Such materials are not scored.

## Scoring for Multiple-Choice Items

Multiple-choice items are provided in blocks of approximately 45 to 60 minutes (see page 13). Blocks of items are constructed to meet specific content specifications. As a result, the combination of blocks of items creates a form of the examination that is comparable in content to all other forms. The percentage of correctly answered items required to pass varies from form to form. However, examinees typically must answer 60 to 70 percent of items cor-

# SCORING AND SCORE REPORTING

rectly to achieve a passing score.

## Scoring for *Primum* CCS

The CCS scoring process compares your patient management strategy with policies obtained from experts. Actions resembling a range of optimal strategies will produce a higher score. You must balance thoroughness, efficiency, avoidance of risk, and timeliness in responding to the clinical situation. Dangerous and unnecessary actions will detract from your score.

## Scoring for Step 2 CS

Passing performances on all three subcomponents (ICE, CIS, SEP) in a single administration are required to obtain the overall designation of passing on Step 2 CS.

## MINIMUM PASSING SCORES

The USMLE program provides a recommended pass or fail outcome on all Step examinations. Recommended performance standards for the USMLE are based on a specified level of proficiency. As a result, no predetermined percentage of examinees will pass or fail the examination. The recommended minimum passing level is reviewed periodically and may be adjusted at any time. Notice of such review and any adjustments will be posted at the USMLE website.

> **Note:** Visit the USMLE website at
> **http://www.usmle.org** for up-to-date information.

A statistical procedure ensures that the performance required to pass each test form is equivalent to that needed to pass other forms; this process also places scores from different forms on a common scale.

For Step 3, your performance on the case simulations will affect your Step 3 score and could affect whether you pass or fail. The proportional contribution of the score on the case simulations is no greater than the amount of time you are allowed for the case simulations.

## OFFICIAL EXAMINEE SCORE REPORTS

For Steps 1, 2 CK, and 3, the official examinee score report you receive after you take the examination includes a pass/fail designation, numerical scores, and graphical performance profiles summarizing areas of strength and weakness to aid in self-assessment. These profiles are developed solely for your benefit and will not be reported or verified to any third party.

Performance on Step 2 CS is reported as pass or fail. Examinees who fail receive performance profiles, which reflect the relative strengths and weaknesses of the examinee's performance across the subcomponents of Step 2 CS.

> **Note:** To avoid misinterpretation and protect your privacy, scores or pass/fail outcomes are not provided by telephone, e-mail, or fax to anyone. You should retain your official score report for your records.

Results for computer-based examinations are typically available in time to mail your report within three to four weeks after your test date. Results for Step 2 CS are typically available within eight weeks of your test date. However, delays are possible for various reasons. In selecting your test date and inquiring about results, you should allow at least eight weeks after your test date to receive your score report.

## SCORE RECHECKS

For Steps 1, 2 CK, and 3, standard quality assurance procedures ensure that the scores reported for you accurately reflect the responses recorded by the computer.

For Step 2 CS, score rechecks first involve retrieval of the ratings you received from the standardized patients and from the physician note raters. These values are then re-summed and re-converted into final scores in order to confirm that the reported pass/fail outcome was accurate. There is no re-rating of your encounters or of your patient notes; videos of encounters are not reviewed. Videos are used for general quality control

# SCORING AND SCORE REPORTING

and for training purposes and are retained only for a limited period of time.

Patient notes are carefully reviewed, in some instances by multiple physicians, before scores are released. As part of the quality control procedures for initial scoring, examinees who fail Step 2 CS solely on the basis of the Integrated Clinical Encounter subcomponent and who are performing at a level that is near the minimum passing point, have their patient notes rated by multiple physician note raters. Therefore, patient notes are not reviewed again when a recheck is requested.

For all Steps and Step Components, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. However, a recheck will be done if you submit a written request and service fee to the entity that registered you for the examination. Your request must be received by your registration entity no later than 90 days after your result was released.

## SCORE REPORTING

After you take a Step or Step Component, you should allow at least eight weeks after your test date to receive your score report. If you do not receive your original score report or you receive a damaged score report, a request for a duplicate score report will be honored up to 90 days after your score report release date. You must make your request to the entity that registered you for the test. If more than 90 days have passed since your score report release date, scores will be reported to you only in the form of a USMLE transcript after you submit a signed request and pay the required fee.

The NBME reports the results of the USMLE to LCME- and AOA-accredited medical school programs for their students, who are enrolled at the time of application, and graduates.

If you are a student or graduate of an LCME- or AOA-accredited medical school program and you do not want your Step 1, Step 2 CK, or Step 2 CS results reported to your medical school, you must send a signed request to the NBME. Your request must be postmarked or faxed at least two weeks before your scheduled test date. If you make this request, the

score information provided to the medical school will list your name and the notation "record withheld at the request of the examinee." If you want your scores reported to your medical school subsequently, you must submit a signed request and pay the required fee (see below).

If you are a graduate of an LCME- or AOA-accredited medical school program, you must indicate on your Step 3 application your preference for reporting your Step 3 score to the school from which you graduated.

## OFFICIAL USMLE TRANSCRIPTS AND PROVIDING SCORES TO THIRD PARTIES

If you want to send your USMLE scores to a third party, you must submit a request and pay a fee. Your scores will be provided in the form of a USMLE transcript.

Examination data (including performance information and recorded patient encounters) from USMLE examinations may be used by the USMLE program or made available to third parties for research. In such instances, the data will be confidential, and individual examinees will not be identified in any publication. If you do not wish your score to be made available for research purposes, you must advise the USMLE Secretariat in writing (see page 34).

Except as described in this bulletin, USMLE results will not be reported to you or third parties without your request and payment of the transcript fee.

Your USMLE transcript includes the following:

❑ your name and other personal identification information including your date of birth;

❑ your complete results history of all Steps and Step Components that you took;

❑ your history of any examinations for which no results were reported;

❑ indication of whether you have previously taken the former NBME Parts I, II, or III, Federation Licensing Examination (FLEX), or ECFMG

# SCORING AND SCORE REPORTING

Clinical Skills Assessment (CSA);

❑ annotation(s) if you were provided with test accommodations (see page 15);

❑ annotation(s) and information documenting classification of any scores as indeterminate (see page 31);

❑ annotation(s) and information documenting any irregular behavior (see pages 31–32); and

❑ notation(s) of any actions taken against you by medical licensing authorities or other credentialing entities that have been reported to the FSMB Board Action Databank.

> **Note:** Graphical performance profiles, which are included on your original Step 1, Step 2 CK, Step 2 CS (failing examinees only), and Step 3 score reports, are not included in your USMLE transcript.

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME. Which entity you contact depends on which examinations you have taken and where you want your transcript sent. Contact the FSMB if you want your transcript sent to a medical licensing authority at any time. If you have not registered for or taken Step 3 and want your transcript sent to anyone other than a medical licensing authority, the request should be sent to the last entity that registered you.

## ELECTRONIC RESIDENCY APPLICATION SERVICE (ERAS®)

If you use ERAS, you may request electronic transmittal of your USMLE transcript to residency programs that participate in ERAS. Information on ERAS is available for students and graduates of LCME- and AOA-accredited medical school programs from the medical schools, and for students and graduates of medical schools outside the United States and Canada from the ECFMG. The Association of American Medical Colleges (AAMC) and ECFMG websites also include information on ERAS and/or links to the ERAS website.

> Visit these websites for information on ERAS:
> **http://www.aamc.org**
> **http://www.ecfmg.org**

## Requesting USMLE Transcripts

| Step(s)/Component(s) Taken | Recipient of Transcript | Contact (see page 33) |
|---|---|---|
| One or more USMLE Steps | Medical licensing authority | **FSMB** |
| All three USMLE Steps; or Step 1 and Step 2 CK and CS (if required), only when registered for or after taking Step 3 | Any recipient | **FSMB** |
| Step 1 and/or Step 2 CK and/or CS only, registered by ECFMG<br><br>Step 1 and/or Step 2 CK and/or CS only, registered by NBME | Any recipient other than a medical licensing authority | **ECFMG**<br><br>**NBME** |

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

## VALIDITY OF SCORES

The USMLE program assures the validity of scores reported for USMLE examinations by every means available. Your scores may be classified as *indeterminate* if the scores are at or above the passing level and the USMLE program cannot certify that they represent a valid measure of your knowledge or competence as sampled by the examination. The USMLE program may make such a determination when aberrancies in performance are detected for which there is no reasonable and satisfactory explanation. A classification of indeterminate may result from irregular behavior (see following section) or from other factors, such as unexplained inconsistency in performance within a Step or Step Component or between takes of the same Step or Step Component.

The performance of all examinees is monitored and may be analyzed statistically to detect aberrancies indicating that your scores may be indeterminate. In addition, evidence of irregular behavior may suggest that your scores do not represent a valid measure of your knowledge or competence as sampled by the examination. In these circumstances, your score report may be delayed, pending completion of further analysis and investigation. If your score report is delayed, you and any other party to whom scores would normally be reported will be notified. You will be provided with a copy of the *USMLE Policies and Procedures Regarding Indeterminate Scores*, which describes the process for reaching final decisions. You will have an opportunity to provide information that you consider relevant.

After review and analysis of all available information, scores will be classified as valid and will be reported, or scores will be classified as indeterminate. If the scores are classified as indeterminate, you will be advised of the options for retaking the examination. Scores classified as indeterminate do not appear on your transcript; rather, an annotation indicates that the scores were classified as indeterminate. Scores classified as indeterminate will not be reported to anyone. Anyone who has received a report of scores that are later classified as indeterminate will be notified of the indeterminate classification. The *USMLE Policies and Procedures Regarding Indeterminate*

*Scores* describes the circumstances in which information about the indeterminate classification will be provided to entities that receive or have received your USMLE transcript.

If irregular behavior appears to have contributed to a decision that your scores are indeterminate, action will also be taken as described below.

## IRREGULAR BEHAVIOR

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process.

If you have information or evidence indicating that any type of irregular behavior or any infringement of legal rights has occurred, you should submit a written report to or telephone the USMLE Secretariat (see page 34) or the registration entity (see page 33).

Specific examples of irregular behavior include, but are not limited to, the following:

❑  seeking and/or obtaining unauthorized access to examination materials;

❑  falsifying information on application forms, Scheduling Permits, or other USMLE-related documents;

❑  taking an examination without being eligible for it or attempting to do so;

❑  impersonating an examinee or engaging someone else to take the examination for you;

❑  giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so;

❑  making notes of any kind during an examination except on the writing materials provided at the test center for this purpose;

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

- failing to adhere to any USMLE policy, procedure, or rule, including instructions of the test center staff;

- disruptive or unprofessional behavior at a test center;

- possessing any unauthorized materials, including photographic equipment, or communication or recording devices, including electronic paging devices and cellular telephones, in the secure testing areas;

- altering or misrepresenting examination scores;

- any unauthorized reproduction by any means, including reconstruction through memorization, and/or dissemination of copyrighted examination materials by any means, including the Internet; and

- providing or attempting to provide any information, including that relating to examination content or answers, that may give or attempt to give unfair advantage to individuals who may be taking the examination.

---

**NOTE:** Looking in the direction of another examinee's computer monitor or talking to another examinee during the examination may be reported as evidence of giving, receiving, or obtaining unauthorized assistance. The report may result in a determination of irregular behavior. Discussion of examination content or answers on the Internet may also result in a determination of irregular behavior.

**NOTE:** Behaviors that could constitute a real or potential threat to a standardized patient's safety, such as careless or dangerous actions during physical examination, may result in a determination of irregular behavior and annotation of your USMLE record.

---

If information received suggests that irregular behavior has occurred, statistical analyses may be conducted and additional information may be gathered.

You will be advised of the alleged irregular behavior, and you will have an opportunity to provide information that you consider relevant to the evaluation of the allegation. Your scores may be withheld, if they have not been reported previously. Applications may not be processed, and you may not be permitted to take subsequent examinations until a final decision regarding irregular behavior is made. You will be provided with a copy of the *USMLE Policies and Procedures Regarding Irregular Behavior*, which describes in detail the process for reaching final decisions regarding irregular behavior. If the evidence suggests that the alleged irregular behavior affects score validity, the score will also be reviewed as described on page 31.

If it is determined that you engaged in irregular behavior, information regarding this determination becomes part of your USMLE record. Your score report (if applicable) and USMLE transcript will contain a notation regarding the irregular behavior.

Information about the irregular behavior will be provided to third parties that receive or have received your USMLE transcript. Such information may also be provided to other legitimately interested entities. If it is determined that the irregular behavior is egregious and/or threatens the integrity of the examination system, you may be barred from future USMLE examinations. The USMLE program reserves the right to bar an individual from the USMLE or to have special test administration procedures implemented when information regarding behavior of examinees on the USMLE or predecessor examinations indicates such actions may be necessary to ensure the security of the USMLE.

# COMMUNICATING ABOUT USMLE

| Examination | Type of Applicant | Registration Entity to Contact |
|---|---|---|
| Step 1 or Step 2 (CK or CS) | Students and graduates of medical school programs in the United States and Canada accredited by the Liaison Committee on Medical Education or students and graduates of medical schools in the United States and Canada accredited by the American Osteopathic Association | **NBME** Examinee Support Services 3750 Market Street Philadelphia, PA 19104-3190 Website: *http://www.nbme.org* Telephone: (215) 590-9700 Fax: (215) 590-9457 E-mail: webmail@nbme.org |
| Step 1 or Step 2 (CK or CS) | Students and graduates of medical schools outside the United States and Canada | **ECFMG** 3624 Market Street Philadelphia, PA 19104-2685 Website: *http://www.ecfmg.org* Telephone: (215) 386-5900 Fax: (215) 386-9196 E-mail: info@ecfmg.org |
| Step 3 | All medical school graduates who have passed Step 1 and Step 2 | **FSMB** Department of Examination Services PO Box 619850 Dallas, TX 75261-9850 Website: *http://www.fsmb.org* Telephone: (817) 868-4041 Fax: (817) 868-4098 E-mail: usmle@fsmb.org or **Medical licensing authority** (see pages 34–39) |

## APPLICATION AND REGISTRATION INQUIRIES

You must contact the appropriate registration entity (see above) for the following:

- ❑ information on how to apply for the USMLE,
- ❑ application materials,
- ❑ information on the status of your application or Scheduling Permit,
- ❑ information on obtaining a replacement Scheduling Permit (due to loss)

> **http://www.usmle.org**
>
> Visit the USMLE website for up-to-date information.

# COMMUNICATING ABOUT USMLE

## SCHEDULING AND TEST CENTER INQUIRIES

For Steps 1, 2 CK, and 3, your Scheduling Permit includes instructions on how to contact Prometric to schedule your appointment to test. Inquiries about your appointment, such as a request to reschedule an appointment within your eligibility period, must be directed to Prometric. For current information on the locations of Prometric Test Centers, visit the Prometric website.

After you receive your Scheduling Permit, you can contact Prometric directly, as instructed on the Permit, for current information on a particular test center.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for up-to-date information on the locations of Prometric Test Centers.

To schedule an appointment for Step 2 CS, follow the instructions provided on your Scheduling Permit. For test center availability and to schedule or reschedule an appointment, access Step 2 CS Scheduling through the website of your registration entity.

If you receive a Scheduling Permit but experience a problem that testing center staff are unable to resolve in scheduling your appointment or in administering your test on the testing day, you may contact your registration entity (see page 33).

## TEST ADMINISTRATION PROBLEMS/INQUIRIES

If you wish to report a problem experienced during the administration of the examination that test center staff were unable to resolve to your satisfaction, you may forward a written description of your experience to the NBME (attention: Test Administration; see page 33), by mail, e-mail, or fax. Your correspondence should also include your name, your USMLE ID number, the examination name (Step 1, 2 CK, 2 CS, or 3), date of administration, test center location, and a detailed description of the difficulty experi-

enced. Your report will be thoroughly investigated and evaluated. You will receive written notification of the results of the investigation.

> **Important Note:** Written notification of problems experienced during administration of Step 2 CS must be received by NBME Test Administration no later than three weeks after your testing date.

## GENERAL INQUIRIES

Complete information on the USMLE is available at the USMLE website. General inquiries regarding the USMLE or inquiries for the USMLE Secretariat may be directed to the NBME (see page 33) or the USMLE Secretariat:

USMLE Secretariat
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700

## STEP 3 AND MEDICAL LICENSURE INQUIRIES

Inquiries for Step 3 applications and general questions on medical licensure may be directed to the FSMB. Specific inquiries regarding licensure may be directed to the following medical licensing authorities or their representatives at the telephone numbers listed below.

Alabama State Board of Medical Examiners
PO Box 946
Montgomery, AL 36101-0946
(334) 242-4116 or (800) 227-2206

Alaska State Medical Board
550 West Seventh Avenue, Suite 1500
Anchorage, AK 99501
(907) 269-8163
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Arizona Board of Medical Examiners
9545 E Doubletree Ranch Road
Scottsdale, AZ 85258-5514
(480) 551-2700
Step 3 inquiries: call FSMB at (817) 868-4041

Arizona Board of Osteopathic Examiners
in Medicine and Surgery
9535 E Doubletree Ranch Road
Scottsdale, AZ 85258-5539
(480) 657-7703

Arkansas State Medical Board
2100 Riverfront Drive
Little Rock, AR 72202-1793
(501) 296-1802
Step 3 inquiries: call FSMB at (817) 868-4041

Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, CA 95825-3236
Licensure inquiries: (916) 263-2389
Step 3 inquiries: call FSMB at (817) 868-4041

Osteopathic Medical Board of California
2720 Gateway Oaks Drive, Suite 350
Sacramento, CA 95833-3500
(916) 263-3100

Colorado Board of Medical Examiners
1560 Broadway, Suite 1300
Denver, CO 80202-5140
(303) 894-7690
Step 3 inquiries: call FSMB at (817) 868-4041

Connecticut Department of Public Health
Physician Licensure Department
410 Capitol Avenue
PO Box 340308 MS 13 PHO
Hartford, CT 06134-0308
(860) 509-7648
Step 3 inquiries: call FSMB at (817) 868-4041

Delaware Board of Medical Practice
Cannon Building, Suite 203
861 Silverlake Boulevard
Dover, DE 19904
(302) 744-4520
Step 3 inquiries: call FSMB at (817) 868-4041

District of Columbia Board of Medicine
825 Capital Street, NE, 2nd Floor
Washington, DC 20002
(202) 442-4777

Florida Board of Medicine
4052 Bald Cypress Way
BIN #C03
Tallahassee, FL 32399-3253
(850) 245-4131
Step 3 inquiries: call FSMB at (817) 868-4041

Florida Board of Osteopathic Medicine
4052 Bald Cypress Way
BIN #C06
Tallahassee, FL 32399-1753
(850) 245-4161

Georgia Composite State Board
of Medical Examiners
2 Peachtree Street, NW, 36th Floor
Atlanta, GA 30303
(404) 656-3913
Step 3 inquiries: call FSMB at (817) 868-4041

Guam Board of Medical Examiners
Health Professions Licensing
1304 E Sunset Boulevard
Hagatna, GU 96913
(671) 475-0251

Hawaii Board of Medical Examiners
Department of Commerce and Consumer Affairs
1010 Richards Street
Honolulu, HI 96813
(808) 586-3000
Step 3 inquiries: call FSMB at (817) 868-4041

Idaho State Board of Medicine
1755 Westgate Drive #140
Boise, ID 83704
(208) 327-7000
Step 3 inquiries: call FSMB at (817) 868-4041

Illinois Department of Professional Regulation
100 W Randolph Street, Suite 9-300
Chicago, IL 60601
(312) 814-4500

# COMMUNICATING ABOUT USMLE

Indiana Health Professions Bureau
402 W Washington Street, Room 041
Indianapolis, IN 46204
(317) 232-2960
Step 3 inquiries: call FSMB at (817) 868-4041

Iowa State Board of Medical Examiners
400 SW 8th Street, Suite C
Des Moines, IA 50309-4686
(515) 281-5171
Step 3 inquiries: call FSMB at (817) 868-4041

Kansas Board of Healing Arts
235 S Topeka Boulevard
Topeka, KS 66603-3068
(785) 296-7413
Step 3 inquiries: call FSMB at (817) 868-4041

Kentucky Board of Medical Licensure
Hurstbourne Office Park
310 Whittington Parkway, Suite 1B
Louisville, KY 40222
(502) 429-8046
Step 3 inquiries: call FSMB at (817) 868-4041

Louisiana State Board of Medical Examiners
630 Camp Street
New Orleans, LA 70190-0250
(504) 568-6820
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Licensure in Medicine
137 State House Station
Augusta, ME 04333-0137
(207) 287-3601
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Osteopathic Licensure
142 State House Station
Augusta, ME 04333-0142
(207) 287-2480

Maryland Board of Physician Quality Assurance
4201 Patterson Avenue, 3rd Floor
Baltimore, MD 21215-0095
(410) 764-4777 or (800) 492-6836
Step 3 inquiries: call FSMB at (817) 868-4041

Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Suite G4
Boston, MA 02118
(617) 654-9800
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Medicine
611 W. Ottawa, 4th Floor
Lansing, MI 48909-8170
(517) 373-6873
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Osteopathic Medicine and Surgery
611 W. Ottawa, 1st Floor
Lansing, MI 48909-8170
(517) 373-6873

Minnesota Board of Medical Practice
2829 University Avenue, SE, Suite 400
Minneapolis, MN 55414-3246
(612) 617-2130
Step 3 inquiries: call FSMB at (817) 868-4041

Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200B
Jackson, MS 39216
(601) 987-3079
Step 3 inquiries: call FSMB at (817) 868-4041

Missouri State Board of Registration
for the Healing Arts
3605 Missouri Boulevard
Jefferson City, MO 65109
(573) 751-0098

Montana Board of Medical Examiners
301 S Park Avenue, 4th Floor
Helena, MT 59620-0513
(406) 841-2361
Step 3 inquiries: call FSMB at (817) 868-4041

Nebraska Health and Human Services System
PO Box 94986
301 Centennial Mall
Lincoln, NE 68509-4986
(402) 471-2118
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Nevada State Board of Medical Examiners
1105 Terminal Way #301
Reno, NV 89510
(775) 688-2559
Step 3 inquiries: call FSMB at (817) 868-4041

Nevada State Board of Osteopathic Medicine
2860 E Flamingo Road, Suite G
Las Vegas, NV 89121
(702) 732-2147
Step 3 inquiries: call FSMB at (817) 868-4041

New Hampshire Board of Medicine
2 Industrial Park Drive, Suite 8
Concord, NH 03301-8520
(603) 271-1203 or (800) 780-4757
Step 3 inquiries: call FSMB at (817) 868-4041

New Jersey State Board of Medical Examiners
140 E Front Street, 2nd Floor
Trenton, NJ 08625-0183
(609) 826-7100
Step 3 inquiries: call FSMB at (817) 868-4041

New Mexico Board of Osteopathic
Medical Examiners
2055 S Pacheco, Suite 400
Santa Fe, NM 87504
(505) 476-7120

New Mexico State Board of Medical Examiners
Lamy Building, 2nd Floor
491 Old Santa Fe Trail
Santa Fe, NM 87501
(505) 827-5022
Step 3 inquiries: call FSMB at (817) 868-4041

New York State Board for Medicine
89 Washington Avenue, 2nd Floor, West Wing
Albany, NY 12234
(518) 474-3817
Step 3 inquiries: call FSMB at (817) 868-4041

North Carolina Medical Board
1201 Front Street, Suite 100
Raleigh, NC 27609
(919) 326-1100
Step 3 inquiries: call FSMB at (817) 868-4041

North Dakota State Board of Medical Examiners
City Center Plaza
418 E Broadway, Suite 12
Bismarck, ND 58501
(701) 328-6500
Step 3 inquiries: call FSMB at (817) 868-4041

Northern Mariana Islands
Medical Profession Licensing Board
1336 Capital Housing Cap Hill
Saipan, MP 96950
(670) 664-4811

State Medical Board of Ohio
77 S High Street, 17th Floor
Columbus, OH 43215-6127
(614) 466-3934 or (800) 554-7717
Step 3 inquiries: call FSMB at (817) 868-4041

Oklahoma Board of Osteopathic Examiners
4848 N Lincoln Boulevard, Suite 100
Oklahoma City, OK 73105-3321
(405) 528-8625 or (800) 381-4519

Oklahoma State Board of Medical Licensure
and Supervision
5104 N Francis Avenue #C73118
Oklahoma City, OK 73118
(405) 848-6841
Step 3 inquiries: call FSMB at (817) 868-4041

Oregon Board of Medical Examiners
1500 SW First Avenue, Suite 620
Portland, OR 97201-5826
(503) 229-5770
Step 3 inquiries: call FSMB at (817) 868-4041

Pennsylvania State Board of Medicine
124 Pine Street
Harrisburg, PA 17105-7769
(717) 787-2381
Step 3 inquiries: call FSMB at (817) 868-4041

Pennsylvania State Board of Osteopathic Medicine
124 Pine Street
Harrisburg, PA 17105-7769
(717) 783-4858

# COMMUNICATING ABOUT USMLE

Board of Medical Examiners of Puerto Rico
Call Box 13969
San Juan, PR 00908
(787) 782-8949

Rhode Island Board of Medical Licensure
and Discipline
Department of Health
Cannon Building, Room 205
Three Capitol Hill
Providence, RI 02908-5097
(401) 222-3855
Step 3 inquiries: call FSMB at (817) 868-4041

South Carolina Department of LLR
Board of Medical Examiners
Department of Labor, Licensing and Regulation
110 Centerview Drive, Suite 202
Columbia, SC 29210-1289
(803) 896-4500
Step 3 inquiries: call FSMB at (817) 868-4041

South Dakota State Board of Medical
and Osteopathic Examiners
1323 S Minnesota Avenue
Sioux Falls, SD 57105
(605) 334-8343
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Medical Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Osteopathic Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202

Texas State Board of Medical Examiners
333 Guadalupe, Tower 3, Suite 610
Austin, TX 78701
(512) 305-7010
Step 3 inquiries: call FSMB at (817) 868-4041

Utah Department of Commerce
Division of Occupational and Professional Licensing
Herber Wells Building
1st Floor, 160 E 300 South
Salt Lake City, UT 84114
(801) 530-6628
Step 3 inquiries: call FSMB at (817) 868-4041

Utah Osteopathic Physicians and Surgeons Licensing
Board
160 E. 300 South, Herber Wells Bldg, 4th Floor
Salt Lake City, UT 84114
(801) 530-6628

Vermont Board of Medical Practice
108 Cherry Street
Burlington, VT 05402-0070
(802) 657-4220
Step 3 inquiries: call FSMB at (817) 868-4041

Vermont Board of Osteopathic Physicians and
Surgeons
26 Terrace Street, Drawer 09
Montpelier, VT 05609-1106
(802) 828-2373 or (800) 439-8683

Virginia Board of Medicine
6603 W Broad Street, 5th Floor
Richmond, VA 23230-1717
(804) 662-9908
Step 3 inquiries: call FSMB at (817) 868-4041

Virgin Islands Board of Medical Examiners
Virgin Islands Department of Health
48 Sugar Estate, 2nd Floor
St. Thomas, VI 00802
(340) 774-0117

Washington Medical Quality Assurance Commission
PO Box 47866
Olympia, WA 98504-7866
(360) 236-4788
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Washington State Board of Osteopathic
Medicine and Surgery
Department of Health
PO Box 47869
Olympia, WA 98504-7869
(360) 236-4945
Step 3 inquiries: call FSMB at (817) 868-4041

West Virginia Board of Medicine
101 Dee Drive
Charleston, WV 25311
(304) 558-2921
Step 3 inquiries: call FSMB at (817) 868-4041

West Virginia Board of Osteopathy
334 Penco Road
Weirton, WV 26062
(304) 723-4638

Wisconsin Medical Examining Board
Department of Regulation and Licensing
1400 E Washington Avenue, Room 178
Madison, WI 53703
(608) 266-2112

Wyoming Board of Medicine
Colony Building, 2nd Floor
211 W 19th Street
Cheyenne, WY 82002
(307) 778-7053
Step 3 inquiries: call FSMB at (817) 868-4041