**5**

August 27, 2008 4:5 PM
**USMLE Candidate Score Inquiry List**
1 of 1

**Name:** Grant, Carrol Earl
**USMLE ID:** 4-048-306-7
**DOB:** 09/16/1953
**SSN:** 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

| Agency Code | Exam | | Regist Status | Registration Status Date | Exam Completion Status | Score Status | Pass Fail | Three Digit Score | Two Digit Score |
|---|---|---|---|---|---|---|---|---|---|
| FSMB | Step 3 | 05/29/2008 - 09/11/2008 | C | 05/29/2008 | ? | ? | ? | | |
| FSMB | Step 3 | 04/26/2007 - 01/21/2008 | C | 04/26/2007 | N | A | ? | | |
| FSMB | Step 3 | 07/25/2006 - 11/07/2006 | C | 07/25/2006 | C | A | F | 161 | 65 |
| FSMB | Step 3 | 04/15/2005 - 07/29/2005 | C | 04/15/2005 | C | A | F | 160 | 64 |
| FSMB | Step 3 | 10/06/2004 - 02/03/2005 | C | 10/06/2004 | C | A | F | 164 | 66 |
| FSMB | Step 3 | 05/31/2004 - 09/13/2004 | C | 05/31/2004 | C | A | F | 166 | 67 |
| FSMB | Step 3 | 05/16/2003 - 08/29/2003 | C | 05/16/2003 | C | A | F | 157 | 65 |
| FSMB | Step 3 | 09/16/2002 - 03/31/2004 | T | 03/20/2003 | ? | ? | ? | | |
| NBME | Step 2 CK | 03/02/1999 - 03/03/19 | C | 01/12/1999 | C | A | P | 173 | 75 |
| NBME | Step 2 CK | 08/25/1998 - 08/26/19 | C | 06/25/1998 | C | A | F | 169 | 74 |
| NBME | Step 2 CK | 03/03/1998 - 03/04/19 | C | 11/21/1997 | C | A | F | 165 | 73 |
| NBME | Step 2 CK | 08/26/1997 - 08/27/19 | C | 05/30/1997 | C | A | F | 155 | 71 |
| NBME | Step 2 CK | 03/04/1997 - 03/05/19 | T | 03/05/1997 | ? | ? | ? | | |
| NBME | Step 1 | 06/11/1996 - 06/12/1996 | C | 03/15/1996 | C | A | P | 190 | 79 |
| NBME | Step 1 | 09/27/1995 - 09/28/1995 | C | 08/18/1995 | C | A | F | 162 | 70 |
| NBME | Step 1 | 06/14/1995 - 06/15/1995 | C | 04/26/1995 | C | A | F | 167 | 72 |
| NBME | Step 1 | 09/22/1994 - 09/23/1994 | C | 08/17/1994 | C | A | F | 141 | 64 |
| NBME | Step 1 | 06/08/1994 - 06/09/1994 | C | 05/09/1994 | C | A | F | 135 | 63 |

*6*

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035
November 19, 1994.

RECEIVED

NOV 21 1994

The Examinee Record Office
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

RE: SEPTEMBER,1994, USMLE STEP 1, UNIV. of MN, MPLS TEST CENTER

NAME: C. EARL GRANT, ID NUMBER: 4-048-306-7

I hereby request a score recheck of the September, 1994, USMLE Step 1,
result as I find it very difficult to believe that I did not receive a
passing score. I am very confident that I have made adequate preparation
and do have very good recall of the subject matters required for this
examination. This will be my only stumbling block toward progressing in
my medical career and it is very important to me that all avenues be
thoroughly reviewed so that I can continue with my progress without much
further delays. Receiving a passing score is most important at this time.

I anticipate all effort and cooperation in responding to this request in
an expedient manner. I will also appreciate the effort and time that
will be put forth by everyone that will be involved with this review
process.

Sincerely,                                    458

*C. Earl Grant*

C. Earl Grant

7



# National Board of Medical Examiners®

3750 MARKET STREET, PHILADELPHIA, PA 19104
TELEPHONE (215) 590-9500

December 7, 1994

C. Earl Grant
3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035          USMLE# 4-048-306-7

Dear Mr. Grant:

In accordance with your recent request, we have hand scored your answer materials from the following examination:

| Examination | Test Date |
|---|---|
| USMLE Step 1 | September 1994 |

The result of the hand scoring process has confirmed that your scores are accurate as originally reported.

Because of the many verification procedures built into the machine scoring process, the possibility of score changes has become extremely remote.

I regret I cannot give you a more favorable report.

Sincerely,

Janice V. Cass
Supervisor of Examinee Records

JVC:cr



RECEIVED

AUG 1 . 1995

TESTING SERVICES

3142  Pillsbury  Avenue  South
Minneapolis,  MN  55408
August  10,  1995

*4-048-306-7*

*Step 1, June 95*

*ch 452*

Ms. Shelby R. Keiser
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

Dear Ms. Keiser:

In response to our conversation on August 8, 1995, I have
submitted the application for the September, 1995, USMLE STEP 1,
via certified mail, and a copy has been faxed to you along with an
attached memo per your request.

The additional supporting documentation requested, and submitted
in July, is intended to serve as official documentation and
justification of my request for present and future accommodations
regarding the USMLE examinations.
I am very confident that I have been taught, and have learned the
breadth and depth of relevant information, and do possess the ability
to express an above average level of competence if given adequate
time to demonstrate same given my present circumstance.

The recent diagnosis of the condition explained in the supporting
documentation has proven to be an unfortunate surprise to me, as
well as to others who have known me very well for many years.  Per
DSM IV, "although ADD is usually first diagnosed in infancy,
childhood or adolescence, some individuals diagnosed may not
present for clinical attention until adulthood."  Although being
shocked and initially skeptical of the diagnosis, being objective and
having followed the treatment recommendations, have changed my
skepticism and perceptions, especially, after witnessing my personal
improvement in many aspects.

I am willing to retake the STEP 1, exam in September, assuming the
accommodation will be granted.   Without a review of my June, 1995,
exam to possible locate and award the "3 points" needed to achieve a
passing score, I will face another major setback if the School's policy
goes into effect and I am barred from clinical rotations between now

and December, 1995.  I am requesting your assistance to review and possible award the "3 points" prior to the date of the next exam in September.  Should the points be awarded, the documentation can remain on file for the STEP 2 exam next year, at which time the accommodation can be granted.

I am enclosing a check in the amount of $25.00, to be forwarded to Ms. Janice Cass, Assistant Manager, Examinee Records, for a recheck of my June, 1995, Step 1, test taken at the Univ. of MN, Minneapolis, test center.

Thanks in advance for your time, assistance and consideration.


Sincerely,

*C. Earl Grant*

C. Earl Grant
(USMLE ID:    4-048-306-7)

*9*

 **National Board of Medical Examiners®**

3750 MARKET STREET, PHILADELPHIA, PA 19104

TELEPHONE (215) 590-9500

August 29, 1995

Mr. C. Earl Grant
3142 Pillsbury Avenue South
Minneapolis, MN 55408                    USMLE# 4-048-306-7

Dear Mr. Grant:

In accordance with your recent request, we have hand scored your answer materials from the following examination:

| Examination | Test Date |
|---|---|
| USMLE Step 1 | June 1995 |

The result of the hand scoring process has confirmed that your scores are accurate as originally reported.

Because of the many verification procedures built into the machine scoring process, the possibility of score changes has become extremely remote.

I regret I cannot give you a more favorable report.

Sincerely,

Janice V. Cass
Assistant Manager, Examinee Records

JVC:cr

**10**

USMLE Step 1

Grant, C Earl

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035

USMLE ID:  4-048-306-7

TEST DATE: June 1996

PASS/FAIL:       PASS +
3-DIGIT SCORE:  190 +
2-DIGIT SCORE:   79 +

+Following review and approval of your written request, Testing Accommodations were provided during the administra-
tion of this examination.  A similar annotation will be included on your USMLE transcript.
101CC158                                                                              158CC101

**11**



United States
Medical
Licensing
Examination

TM

# UNITED STATES MEDICAL LICENSING EXAMINATION™

USMLE Step 2 is administered to students and graduates of U.S. and Canadian medical schools by the
**NATIONAL BOARD OF MEDICAL EXAMINERS® (NBME®)**
**3750 Market Street, Philadelphia, Pennsylvania 19104-3190.**
Telephone: (215) 590-9700

## STEP 2 SCORE REPORT

**Grant, C Earl**                                   **USMLE ID:**   **4-048-306-7**

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035                          **Test Date:**   **August 1997**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it has replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 2** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence ensures that attention is devoted to principles of clinical science that undergird the safe and competent practice of medicine. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 2 on the test date shown above.

| | |
|---|---|
| **FAIL** + | This result is based on the minimum passing score recommended by USMLE for Step 2. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |
| **155** + | This score is determined by your overall performance on Step 2. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 207 and 23, respectively, with most scores falling between 140 and 260. A score of 170 is recommended by USMLE to pass Step 2. The standard error of measurement (SEM)‡ for this scale is approximately six points. |
| **71** + | This score is also determined by your overall performance on the examination. A score of 82 on this scale is equivalent to a score of 200 on the scale described above. A score of 75 on this scale, which is equivalent to a score of 170 on the scale described above, is recommended by USMLE to pass Step 2. The SEM‡ for this scale is one point. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination. A similar annotation will be included on your USMLE transcript.*

‡Your score is influenced both by your general understanding of clinical science and the specific set of items selected for this Step 2 examination. The standard error of measurement (SEM) provides an estimate of the range within which your scores might be expected to vary by chance if you were tested repeatedly using similar tests.

451EK232

NOTE: Original score report has copy-resistant watermark.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY
The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 2 PERFORMANCE PROFILES

### PHYSICIAN TASK PROFILE

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| Preventive Medicine & Health Maintenance | *xxxxxxxxxxxxx | | |
| Understanding Mechanisms of Disease | | xxxxxxxxxxxxxx | |
| Diagnosis | xxxxxxxxx | | |
| Principles of Management | xxxxxxxxxxxx | | |

### NORMAL CONDITIONS & DISEASE CATEGORY PROFILE

| | | | |
|---|---|---|---|
| Normal Growth & Development; Principles of Care | xxxxxxxxxxxxxxxxx | | |
| Immunologic Disorders | | xxxxxxxxxxxxxxxxxx | |
| Diseases of Blood & Blood Forming Organs | xxxxxxxxxxxxxxx | | |
| Mental Disorders | *xxxxxxxxxxxxx | | |
| Diseases of the Nervous System & Special Senses | xxxxxxxxxxxxxx | | |
| Cardiovascular Disorders | *xxxxxxxxxx | | |
| Diseases of the Respiratory System | xxxxxxxxxxxxx | | |
| Nutritional & Digestive Disorders | xxxxxxxxxxxx | | |
| Gynecologic Disorders | xxxxxxxxxxxxxx | | |
| Renal, Urinary & Male Reproductive Systems | xxxxxxxxxxxxx | | |
| Disorders of Pregnancy, Childbirth & Puerperium | xxxxxxxxxxxxxxx | | |
| Musculoskeletal, Skin & Connective Tissue Diseases | xxxxxxxxxxxxxx | | |
| Endocrine & Metabolic Disorders | xxxxxxxxxxxxxx | | |

### DISCIPLINE PROFILE

| | | | |
|---|---|---|---|
| Medicine | xxxxxxxxx | | |
| Obstetrics & Gynecology | xxxxxxxxxxxxxx | | |
| Pediatrics | xxxxxxxxxxxx | | |
| Psychiatry | xxxxxxxxxxxxxx | | |
| Surgery | xxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should not be interpreted as significantly different.

**This profile should not be compared to those from other Step 2 administrations.**

Additional information concerning the topics covered in each content area can be found in the *USMLE Step 2 General Instructions, Content Description, and Sample Items.*

232EK451

**12**



**US·MLE**

United States
Medical
Licensing
Examination ™

# UNITED STATES MEDICAL LICENSING EXAMINATION™

USMLE Step 2 is administered to students and graduates of U.S. and Canadian medical schools by the
**NATIONAL BOARD OF MEDICAL EXAMINERS® (NBME®)**
**3750 Market Street, Philadelphia, Pennsylvania 19104-3190.**
Telephone: (215) 590-9700

## STEP 2 SCORE REPORT

**Grant, C Earl**

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035

**USMLE ID:  4-048-306-7**

**Test Date:   March 1998**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it has replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 2** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence ensures that attention is devoted to principles of clinical science that undergird the safe and competent practice of medicine. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 2 on the test date shown above.

| **FAIL ⁺** | This result is based on the minimum passing score set by USMLE for Step 2. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |
|---|---|

| **165 ⁺** | This score is determined by your overall performance on Step 2. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 207 and 23, respectively, with most scores falling between 140 and 260. A score of 170 is set by USMLE to pass Step 2. The standard error of measurement (SEM)‡ for this scale is approximately six points. |
|---|---|

| **73 ⁺** | This score is also determined by your overall performance on the examination. A score of 82 on this scale is equivalent to a score of 200 on the scale described above. A score of 75 on this scale, which is equivalent to a score of 170 on the scale described above, is set by USMLE to pass Step 2. The SEM‡ for this scale is one point. |
|---|---|

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination. A similar annotation will be included on your USMLE transcript.*

‡Your score is influenced both by your general understanding of clinical science and the specific set of items selected for this Step 2 examination. The standard error of measurement (SEM) provides an estimate of the range within which your scores might be expected to vary by chance if you were tested repeatedly using similar tests.

451JS195

NOTE: Original score report has copy-resistant watermark.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY
The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 2 PERFORMANCE PROFILES

### *PHYSICIAN TASK PROFILE*

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| Preventive Medicine & Health Maintenance | | xxxxxxxxxxxxx | |
| Understanding Mechanisms of Disease | | xxxxxxxxxxxx | |
| Diagnosis | xxxxxxxxx | | |
| Principles of Management | | xxxxxxxxxxxxxx | |

### *NORMAL CONDITIONS & DISEASE CATEGORY PROFILE*

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| Normal Growth & Development; Principles of Care | | xxxxxxxxxxxxxxxxxx | |
| Immunologic Disorders | | xxxxxxxxxxxxxxx | |
| Diseases of Blood & Blood Forming Organs | | xxxxxxxxxxxxxxxxx | |
| Mental Disorders | *xxxxxxxxxxx | | |
| Diseases of the Nervous System & Special Senses | *xxxxxx | | |
| Cardiovascular Disorders | | xxxxxxxxxxxxx | |
| Diseases of the Respiratory System | xxxxxxxxxxxxxxx | | |
| Nutritional & Digestive Disorders | | xxxxxxxxxxxxxx | |
| Gynecologic Disorders | | xxxxxxxxxxxxxxx | |
| Renal, Urinary & Male Reproductive Systems | | xxxxxxxxxxxxxxxxxxx | |
| Disorders of Pregnancy, Childbirth & Puerperium | xxxxxxxxxxxxxxxx | | |
| Musculoskeletal, Skin & Connective Tissue Diseases | | xxxxxxxxxxxxxxxxxx | |
| Endocrine & Metabolic Disorders | xxxxxxxxxxxxxxxx | | |

### *DISCIPLINE PROFILE*

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| Medicine | | xxxxxxxxx | |
| Obstetrics & Gynecology | | xxxxxxxxxxxxxx | |
| Pediatrics | xxxxxxxxxxxx | | |
| Psychiatry | *xxxxxxxxxxx | | |
| Surgery | | xxxxxxxxxx | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should not be interpreted as significantly different.

**This profile should not be compared to those from other Step 2 administrations.**

Additional information concerning the topics covered in each content area can be found in the *USMLE Step 2 General Instructions, Content Description, and Sample Items.*

195JS451

**13**



**US·MLE**
United States
Medical
Licensing
Examination ™

# UNITED STATES MEDICAL LICENSING EXAMINATION™

USMLE Step 2 is administered to students and graduates of U.S. and Canadian medical schools by the
**NATIONAL BOARD OF MEDICAL EXAMINERS® (NBME®)**
3750 Market Street, Philadelphia, Pennsylvania 19104-3190.
Telephone: (215) 590-9700

## STEP 2 SCORE REPORT

**Grant, C Earl**

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035

**USMLE ID:   4-048-306-7**

**Test Date:   August 1998**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it has replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 2** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence ensures that attention is devoted to principles of clinical science that undergird the safe and competent practice of medicine. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 2 on the test date shown above.

| | |
|---|---|
| **FAIL +** | This result is based on the minimum passing score set by USMLE for Step 2. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **169 +** | This score is determined by your overall performance on Step 2. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 208 and 23, respectively, with most scores falling between 140 and 260. A score of 170 is set by USMLE to pass Step 2. The standard error of measurement (SEM)‡ for this scale is approximately six points. |

| | |
|---|---|
| **74 +** | This score is also determined by your overall performance on the examination. A score of 82 on this scale is equivalent to a score of 200 on the scale described above. A score of 75 on this scale, which is equivalent to a score of 170 on the scale described above, is set by USMLE to pass Step 2. The SEM‡ for this scale is one point. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination. A similar annotation will be included on your USMLE transcript.*

‡Your score is influenced both by your general understanding of clinical science and the specific set of items selected for this Step 2 examination. The standard error of measurement (SEM) provides an estimate of the range within which your scores might be expected to vary by chance if you were tested repeatedly using similar tests.

459PU164

NOTE: Original score report has copy-resistant watermark.

**INFORMATION PROVIDED FOR EXAMINEE USE ONLY**
The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 2 PERFORMANCE PROFILES

### PHYSICIAN TASK PROFILE

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| Preventive Medicine & Health Maintenance | | xxxxxxxxxxxxxx | |
| Understanding Mechanisms of Disease | | xxxxxxxxxxx | |
| Diagnosis | | xxxxxxxxx | |
| Principles of Management | | xxxxxxxxxxxx | |

### NORMAL CONDITIONS & DISEASE CATEGORY PROFILE

| | | | |
|---|---|---|---|
| Normal Growth & Development; Principles of Care | | xxxxxxxxxxxxxxxxxx | |
| Immunologic Disorders | | | xxxxxxxxxxxxxxxxxxx |
| Diseases of Blood & Blood Forming Organs | | xxxxxxxxxxxxxxx | |
| Mental Disorders | | xxxxxxxxxxxxxxx | |
| Diseases of the Nervous System & Special Senses | *xxxxxxxxxx | | |
| Cardiovascular Disorders | | xxxxxxxxxxxx | |
| Diseases of the Respiratory System | | xxxxxxxxxxxx | |
| Nutritional & Digestive Disorders | | xxxxxxxxxxxxxx | |
| Gynecologic Disorders | | xxxxxxxxxxxxxxx | |
| Renal, Urinary & Male Reproductive Systems | | xxxxxxxxxxxxxx | |
| Disorders of Pregnancy, Childbirth & Puerperium | | xxxxxxxxxxxxxx | |
| Musculoskeletal, Skin & Connective Tissue Diseases | | xxxxxxxxxxxxxx | |
| Endocrine & Metabolic Disorders | | xxxxxxxxxxxxxx | |

### DISCIPLINE PROFILE

| | | | |
|---|---|---|---|
| Medicine | | xxxxxxxxx | |
| Obstetrics & Gynecology | | xxxxxxxxxxxxxx | |
| Pediatrics | | xxxxxxxxxxx | |
| Psychiatry | | xxxxxxxxxxxxxxx | |
| Surgery | | xxxxxxxxxxx | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to a HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should not be interpreted as significantly different.

**This profile should not be compared to those from other Step 2 administrations.**

Additional information concerning the topics covered in each content area can be found in the *USMLE Step 2 General Instructions, Content Description, and Sample Items.*

**14**

4-048-306-7                    #452

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035
December 06, 1997

**RECEIVED**

DEC 3 0 1997

EXAMINEE
RECORDS

Ms. Inna Rozinsky, Examinees Records
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

RE:    C. EARL GRANT
       USMLE ID #: 4-048-306-7
       AUGUST 1997 STEP 2
       452 UMN, MINNEAPOLIS

In regard to the scores reported for the above examination I hereby request that a formal review be conducted. Consistent with the procedures established for my June 1996, Step 1, and Shelf examinations, a request was made for copies of the question booklets and answer sheets for the August 1997, Step 2 examination to be kept in sealed envelopes under the security of your attorney. Both your attorney and the test center administrator were reminded of this procedure immediately prior to, and during the August 1997 Step 2 examination period. I was informed by my attorney that this procedure was adhered to in compliance with the requirement established during the June 1996, Step 1 examination as requested.

Based on my knowledge of my performance on the August 1997, Step 2 examination, and the manner in which my request for accommodation was handled, I have sufficient reason to believe that the reported score is by no means a true reflection of my performance on the test, but rather a retaliation by the board, that is consistent with the poor manner in which my request for accommodation was handled.

I hereby request that:

1.    The review of my scores be conducted by competent, qualified, unbiased professional(s) who will be provided with the copies of the examination materials that were secured and kept by your attorney.

2.    The non-scored test question be identified for the reviewer(s) with proof that these are same questions included in the question booklets of all other August 1997 Step 2 applicants.

3.    The name of the reviewer and a copy of the results of the review to be forwarded to my attorney Mr. Rick Macpherson, Minnesota Disability Law Center, 430 First Avenue North, Suite 300, Minneapolis, MN 55401-1780

4.    The review report to be forwarded to myself and my attorney within the three-week period established by the board.

Enclosed, is a check in the amount of $25.00, submitted in accordance with your requested fee.

Sincerely,

C. Earl Grant, Ph.D.

**15**



# National Board of Medical Examiners®

3750 MARKET STREET, PHILADELPHIA, PA 19104

TELEPHONE (215) 590-9500

January 6, 1998

USMLE ID# 4-048-306-7

C. Earl Grant, PhD
3142 Pillsbury Avenue South
Minneaplis, MN 55408-3035

Dear Dr. Grant:

In accordance with your recent request, we have hand scored your answer materials from the following examination:

| Examination | Test Date |
|---|---|
| USMLE Step 2 | August 1997 |

The result of the hand scoring process has confirmed that your scores are accurate as originally reported.

Because of the many verification procedures built into the machine scoring process, the possibility of score changes has become extremely remote.

I regret I cannot give you a more favorable report.

Sincerely,

Inna Rozinsky
Supervisor for Registration
and Examinee Records

IR:ad

**16**

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035
May 4, 1998.

**RECEIVED**

**MAY 1 1 1998**

**EXAMINEE RECORDS**

Ms. Inna Rozinsky, Examinees Records
National Board of Medical Examiners
3750 Market Street, Philadelphia, PA 19104

Dear Ms. Rozinsky:

RE:     C. EARL GRANT
        USMLE ID #: 4-048-306-7
        MARCH 1998 STEP 2
        452 UMN, MINNEAPOLIS

In regard to the scores reported for the above examination I hereby request that a formal review be conducted. Consistent with the procedures established for my June 1996, Step 1, examination copies of the question booklets and answer sheets for the March 1998, Step II examination were made, and kept in sealed envelopes under the security of your attorney. I am also requesting that the appropriate records regarding the hand scored results of the above examination be forwarded to Ms. Pamela S. Hoopes and Mr. R. Macpherson as indicated in my previous letters dated December 6, 1997, and February 14, 1998. As per the initial request to copy the answer sheets, and the proposed settlement agreement, any score review should utilize only the answer sheets that were copied and secured in sealed envelopes. The court will be informed of this request and the result of your review.

Your letter dated January 6, 1998, merely reflected insertion of the examination name and date along with your signature, but otherwise, without regard to my request for an unbiased and objective review. As advised by my attorneys this request is forwarded to you with the specific instructions that follow:

1.      The copied answer sheets for the August 1997, and March 1998, are to be made available for proper identification and comparison with the answer sheets submitted to the NBME at the time of the examination.

2.      The copied answer sheets are to be provided to the reviewer(s) for hand scoring.

3.      The review of my scores be conducted by competent, qualified, unbiased professional(s) who will be provided with the copies of the examination materials that were secured and kept by NBME's attorney.

4.      The non-scored test question are to be identified for the reviewer(s) with proof that these are same questions included in the question booklets completed by myself, and all other August 1997, and March 1998 , Step II applicants, respectively.

5.      The name(s) of the reviewer(s) and a copy of the results of the review are to be forwarded to the Ms. Pamela S. Hoopes & Mr. Rick Macpherson, Minnesota Disability Law Center, 430 First Avenue North, Suite 300, Minneapolis, MN 55401-1780.

6.      A copy of the result of these reports are to be forwarded to myself and my attorneys within the three-week response period established by the NBME for reporting reviewed scores.

Sincerely,

C. Earl Grant, Ph.D.
cc:     Pamela S. Hoopes & R. Macpherson

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035
June 17, 1998.

Ms. Inna Rozinsky, Examinees Records
National Board of Medical Examiners
3750 Market Street, Philadelphia, PA 19104

Dear Ms. Rozinsky:

**RECEIVED**

RE:   C. EARL GRANT
       USMLE ID #: 4-048-306-7
       MARCH 1998 STEP 2
       452 UMN, MINNEAPOLIS

**JUN 2 3 1998**

**EXAMINEE RECORDS**

In regard to my letter dated May 4, 1998, in which I requested a re-scoring of my March 1998, USMLE Step 2 Examination, I have not received any reply. I was recently informed that there would be no reply unless I sign a settlement agreement and release the NBME from any and all charges of liability addressed in the proposed settlement agreement. Regardless of the terms of the settlement agreement I have a right to be treated in a fair, just and ethical manner. I expect to begin my Residency training on June 24, 1998, and expect that the NBME will discontinue its retaliation and discrimination, and not use tactics such as failing and refusal to re-score and correct my examination results on a timely manner. My career has now been delayed for three years due to unjustified discrimination. I do not plan to continue to put my career on HOLD because of these actions by the NBME and Their associates. Denying me or anyone of their legal rights in the context of intimidation or extortion constitutes a federal crime.

I hereby request that this matter be treated with the utmost respect in arriving at an immediate amicable closure.

I anticipate your sincere cooperation in addressing this matter urgently.

Sincerely,

C. Earl Grant, Ph.D.

cc:    Mr. R Macpherson
        Dr. A. P. Baldwin
        Mr. N. Khaliq
        Ms. D. Fridge

**17**



# National Board of Medical Examiners®

3750 MARKET STREET, PHILADELPHIA, PA 19104
TELEPHONE (215) 590-9500

USMLE ID# 4-048-306-7

June 22, 1998

C. Earl Grant, PhD
3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035

Dear Dr. Grant:

In lieu of your request dated May 4, 1998 (received May 11, 1998), we have been informed that you seek to have your USMLE Step 2 examination manually scored pursuant to NBME's standard procedures. As a consequence, in accordance with this request, we have hand scored your answer materials from the following examination:

| Examination | Test Date |
|---|---|
| USMLE Step 2 | March 1998 |

The result of the hand scoring process has confirmed that your scores are accurate as originally reported.

Because of the many verification procedures built into the machine scoring process, the possibility of score changes has become extremely remote.

I regret I cannot give you a more favorable report.

Sincerely,

Inna Rozinsky
Supervisor for Registration
and Examinee Records

IR:ab

**18**



# National Board of Medical Examiners®

3750 MARKET STREET, PHILADELPHIA, PA 19104
TELEPHONE (215) 590-9500

USMLE ID# 4-048-306-7

November 20, 1998

C. Earl Grant
3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035

Dear Mr. Grant:

In accordance with your recent request, we have hand scored your answer materials from the following examinations:

| Examination | Test Date |
|---|---|
| USMLE Step 2 | August 1997 |
| USMLE Step 2 | March 1998 |

The result of the hand scoring process has confirmed that your scores are accurate as originally reported.

Because of the many verification procedures built into the machine scoring process, the possibility of score changes has become extremely remote.

I regret I cannot give you a more favorable report.

In connection with your written request to manually recheck your answers for the August 1997 and March 1998 USMLE Step 2, you submitted a check in the amount of $150.00. The fee for each manual recheck is $25.00; accordingly, you will be forwarded under a separate cover a refund in the amount of $100.00.

Sincerely,

Inna Rozinsky
Supervisor for Registration
and Examinee Records

IR:ab

**19**

2001012
4-048-306-7(0):Grant, C Ear

# 452

3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035
December 5, 1998

DEC   7 1998

Ms. Janet Carson
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

Dear Ms. Carson:

RE:   C. EARL GRANT,
      USMLE ID #: 4-048-306-7
      AUGUST 1998, USMLE STEP 2 EXAMINATION

I hereby request that the August 1998, USMLE Step 2 examination be objectively hand-scored and re-graded. It is my understanding that the hand-scoring utilizes the answer keys and manually recheck each answer. I am confident that this process can identify errors that may have resulted from machine scoring in which heavily shaded circles on the opposite side, or lightly shaded or over-shading of circles beyond the circle margins without complete erasure of all such marks. I am looking forward to a fair and objective re-grading with correction of the scores "169/170 & 74/75" as indicated by the machine scoring. I further request that following the hand-scoring and corrections, copies of my USMLE Transcript be forwarded to me along with the corrected scores for this examination.

Enclosed is a check in the amount of $65.00, which includes the hand-scoring fee of $25.00 and transcript fee of $40.00 for ten copies of the transcript.

In the spirit of goodwill I wish you and everyone at the NBME a pleasant and joyful ending for 1998, and a prosperous NEW YEAR.

I look forward to your urgent and pleasant reply.

Sincerely,

C. Earl Grant

C. Earl Grant, Ph.D.

**20**



# National Board of Medical Examiners®

3750 MARKET STREET, PHILADELPHIA, PA 19104

TELEPHONE (215) 590-9500

USMLE ID# 4-048-306-7

December 16, 1998

```
2006391
4-048-306-7(0):Grant, C Earl
```

C. Earl Grant
3142 Pillsbury Avenue South
Minneapolis, MN 55408-3035

Dear Mr. Grant:

In accordance with your request, dated December 5, 1998, we have hand scored your answer materials from the following examination:

| Examination | Test Date |
|---|---|
| USMLE Step 2 | August 1998 |

The result of the hand scoring process has confirmed that your scores are accurate as originally reported.

Because of the many verification procedures built into the machine scoring process, the possibility of score changes has become extremely remote.

Your letter of December 5 also stated: "I further request that following the hand-scoring and corrections, copies of my USMLE Transcript be forwarded to me along with the corrected scores for this examination." Given that there is no correction to be made to your August 1998 Step 2 scores, it is not clear whether you still wish us to comply with your request for transcripts. Please advise me in this regard. If I do not hear from you to the contrary prior to December 31, I will presume you do not wish to have transcripts provided to you and will forward to you a refund check in the amount of $40.00.

Sincerely,

Inna Rozinsky
Supervisor for Registration
and Examinee Records

IR:ab

**21**



**US·MLE**
United States
Medical
Licensing
Examination ™

# UNITED STATES MEDICAL LICENSING EXAMINATION™

Federation of State Medical Boards of the U.S., Inc.
P.O. Box 619850, Dallas, Texas 75261-9850
Telephone: (817) 571-2949

## STEP 3 SCORE REPORT

**Grant, Carrol Earl**                                    **Test Date: July 9, 2003**

**USMLE ID: 4-048-306-7**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care.  **Step 3** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the unsupervised practice of medicine, with an emphasis on patient management in ambulatory-care settings. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine.  The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions.  These scores represent your results for the administration of Step 3 on the test date shown above.

| | |
|---|---|
| **FAIL   +** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **157   +** | This score is determined by your overall performance on Step 3.  For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 211 and 18, respectively, with most scores falling between 140 and 260.  A score of 182 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)$^{\ddagger}$ for this scale is approximately six points. |

| | |
|---|---|
| **65   +** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 182 on the scale described above, is recommended by USMLE to pass Step 3.  The SEM$^{\ddagger}$ for this scale is approximately two points. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination.  A similar annotation will be included on your USMLE transcript.*

$\ddagger$Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination.  The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

### USMLE STEP 3 PERFORMANCE PROFILES

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **CLINICAL ENCOUNTERS** | | | |
| Initial Work-ups | *xxxx | | |
| Continuing Care | *xxxxxxxx | | |
| Urgent Care | | xxxxxxxxxxxxxxxx | |
| **PHYSICIAN TASKS** | | | |
| History/Physical/Laboratory Studies | *xx | | |
| Diagnosis/Prognosis | xxxxxxxxxxxxxxx | | |
| Health Maintenance/Systems/Legal & Ethical | *xxxxxxxxxxx | | |
| Clinical Intervention | | xxxxxxxxxxxxxxx | |
| Clinical Therapeutics | xxxxxxxxxxxxxxxx | | |
| Applied Scientific Concepts | *xx | | |
| **CLINICAL SETTINGS** | | | |
| Office/Health Center | * | | |
| In-patient Facilities | | xxxxxxxxxxxxxxx | |
| Emergency Department | xxxxxxxxxxxxxxxx | | |
| **PROBLEM/DISEASE CATEGORIES** | | | |
| Nervous System/Eye | xxxxxxxxxxxxxxxx | | |
| Circulatory/Blood | xxxxxxxxxxxxxxxx | | |
| Respiratory/ENT | | xxxxxxxxxxxxxxx | |
| Gastrointestinal | *xxxxxxxxxx | | |
| Behavioral/Emotional | *xxxxxxxxx | | |
| Musculoskeletal/Skin/Connective | *xxxxxxxxxxxx | | |
| Reproductive/Urinary | *xxxxxxxxxx | | |
| Infectious/Immunologic | xxxxxxxxxxxxxxxxxx | | |
| **PATIENT AGE** | | | |
| Neonatal/Preschool (Birth-5 yrs) | *xxxxxxxxxxx | | |
| School-age/Adolescent (6- 17 yrs) | *xxxxxxxxx | | |
| Young Adult/Middle-aged Adult (18-54 yrs) | *xxxxxxxx | | |
| Older Adult/Elderly (Older than 54 yrs) | xxxxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement; narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas can be found in the informational materials for USMLE Step 3.

**To apply or reapply for USMLE 3:**

To apply or reapply for USMLE Step 3, you must have achieved a passing score on Step 1 and Step 2, graduated from medical school, and met any additional requirements set by the medical licensing authority in the jurisdiction where you intend to apply for licensure. More specific information about Step 3 requirements, registration, and licensure is available on the web site for the Federation of State Medical Boards (FSMB) (http://www.fsmb.org), by calling the FSMB at 817-571-2949, or by contacting the medical licensing authority where you intend to apply for licensure. Addresses and telephone numbers for the individual licensing authorities are found on the FSMB web site and in the current *USMLE Bulletin of Information.*

You may retake a Step 3 examination **only** if your score is below that required to pass or to comply with a time limit for completion of all three Steps or with other criteria established by the medical licensing authorities. You may retake Step 3 no less than 60 days after failing that Step and no more than three times within a 12-month period.

Federation of State Medical Boards
P.O. Box 619850
Dallas, Texas 75261-9850

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Philadelphia, PA
Permit No. 2126

**FORWARDING SERVICES REQUESTED**

**FIRST-CLASS MAIL**

4-048-306-7

GRANT, CARROL EARL

PO BOX 5192
FAIRLAWN, OH 44334

**FIRST-CLASS MAIL**

000882-101-250

# 22



# UNITED STATES MEDICAL LICENSING EXAMINATION™

**Federation of State Medical Boards of the U.S., Inc.**
**P.O. Box 619850, Dallas, Texas 75261-9850**
**Telephone: (817) 868-4041**

## STEP 3 SCORE REPORT

**Grant, Carrol Earl**                                      **Test Date: July 21, 2004**

**USMLE ID: 4-048-306-7**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 3** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the unsupervised practice of medicine, with an emphasis on patient management in ambulatory-care settings. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 3 on the test date shown above.

| | |
|---|---|
| **FAIL  +** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **166  +** | This score is determined by your overall performance on Step 3.  For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 211 and 18, respectively, with most scores falling between 140 and 260. A score of 184 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)[‡] for this scale is approximately six points. |

| | |
|---|---|
| **67  +** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 184 on the scale described above, is recommended by USMLE to pass Step 3. The SEM[‡] for this scale is approximately two points. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination. A similar annotation will be included on your USMLE transcript.*

[‡]Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

# INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 3 PERFORMANCE PROFILES

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **CLINICAL ENCOUNTERS** | | | |
| Initial Work-ups | *xxxxxxxxxx | | |
| Continuing Care | *xxx | | |
| Urgent Care | *xxxxxxxxxxxx | | |
| **PHYSICIAN TASKS** | | | |
| History/Physical/Laboratory Studies | xxxxxxxxxxxxxx | | |
| Diagnosis/Prognosis | *xxxxxxxxxx | | |
| Health Maintenance/Systems/Legal & Ethical | *xx | | |
| Clinical Intervention | xxxxxxxxxxxxxx | | |
| Clinical Therapeutics | | xxxxxxxxxxxxxx | |
| Applied Scientific Concepts | * | | |
| **CLINICAL SETTINGS** | | | |
| Office/Health Center | *xxxxxxx | | |
| In-patient Facilities | *xxxxxxxxxx | | |
| Emergency Department | *xxxxx | | |
| **PROBLEM/DISEASE CATEGORIES** | | | |
| Nervous System/Eye | *xxx | | |
| Circulatory/Blood | *x | | |
| Respiratory/ENT | | xxxxxxxxxxxxxx | |
| Gastrointestinal | *xxxxxx | | |
| Behavioral/Emotional | *x | | |
| Musculoskeletal/Skin/Connective | xxxxxxxxxxxxx | | |
| Reproductive/Urinary | xxxxxxxxxxxxx | | |
| Infectious/Immunologic | xxxxxxxxxxxxxx | | |
| **PATIENT AGE** | | | |
| Neonatal/Preschool (Birth-5 yrs) | *xxxxxxx | | |
| School-age/Adolescent (6- 17 yrs) | | xxxxxxxxxxxxxx | |
| Young Adult/Middle-aged Adult (18-54 yrs) | *xxxxx | | |
| Older Adult/Elderly (Older than 54 yrs) | *xxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas can be found in the informational materials for USMLE Step 3.

**To apply or reapply for USMLE 3:**

To apply or reapply for USMLE Step 3, you must have achieved a passing score on Step 1 and Step 2 CK, graduated from medical school, and met any additional requirements set by the medical licensing authority to which you are applying. In addition, depending on your graduation date or upon the date by which you take and pass Step 2 CK, you may also be required to pass Step 2 CS before registering for Step 3. More specific information about Step 3 requirements, registration, and licensure is available on the web site for the Federation of State Medical Boards (FSMB) (http://www.fsmb.org), by calling the FSMB at 817-868-4041, or by contacting the medical licensing authority where you intend to apply for licensure. Addresses and telephone numbers for the individual licensing authorities are found on the FSMB web site and in the current *USMLE Bulletin of Information.*

You may retake a Step 3 examination **only** if your score is below that required to pass or to comply with a time limit for completion of all three Steps or with other criteria established by the medical licensing authorities. You may retake Step 3 no less than 60 days after failing that Step and no more than three times within a 12-month period.

Federation of State Medical Boards
P.O. Box 619850
Dallas, Texas 75261-9850

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Philadelphia, PA
Permit No. 2126

**FORWARDING SERVICES REQUESTED**

**FIRST-CLASS MAIL**

4-048-306-7

GRANT, CARROL EARL

DELTA CO 168TH MED BN UNIT 15021
BOX 5 APO AP 96218
13805-155TH PLACE N
JUPITER, FL 33478

**FIRST-CLASS MAIL**

001129-102-168

**23**



**US·MLE**
United States
Medical
Licensing
Examination ™

# UNITED STATES MEDICAL LICENSING EXAMINATION™

**Federation of State Medical Boards of the U.S., Inc.**
**P.O. Box 619850, Dallas, Texas 75261-9850**
**Telephone: (817) 868-4041**

## STEP 3 SCORE REPORT

**Grant, Carrol Earl**                                    **Test Date: December 7, 2004**

**USMLE ID: 4-048-306-7**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 3** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the unsupervised practice of medicine, with an emphasis on patient management in ambulatory-care settings. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 3 on the test date shown above.

| | |
|---|---|
| **FAIL  +** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **164  +** | This score is determined by your overall performance on Step 3.  For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 211 and 18, respectively, with most scores falling between 140 and 260.  A score of 184 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)[‡] for this scale is approximately six points. |

| | |
|---|---|
| **66  +** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 184 on the scale described above, is recommended by USMLE to pass Step 3.  The SEM[‡] for this scale is approximately two points. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination.  A similar annotation will be included on your USMLE transcript.*

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination.  The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party

## USMLE STEP 3 PERFORMANCE PROFILES

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **CLINICAL ENCOUNTERS** | | | |
| Initial Work-ups | | xxxxxxxxxxxx | |
| Continuing Care | * | | |
| Urgent Care | | xxxxxxxxxxxxxx | |
| **PHYSICIAN TASKS** | | | |
| History/Physical/Laboratory Studies | | xxxxxxxxxxxxx | |
| Diagnosis/Prognosis | | xxxxxxxxxxxx | |
| Health Maintenance/Systems/Legal & Ethical | *xxxxxxxxxx | | |
| Clinical Intervention | *xxxxxxx | | |
| Clinical Therapeutics | xxxxxxxxxxxxx | | |
| Applied Scientific Concepts | | xxxxxxxxxxxxx | |
| **CLINICAL SETTINGS** | | | |
| Office/Health Center | *xxxx | | |
| In-patient Facilities | xxxxxxxxxxxxx | | |
| Emergency Department | | xxxxxxxxxxxxx | |
| **PROBLEM/DISEASE CATEGORIES** | | | |
| Nervous System/Eye | xxxxxxxxxxxxx | | |
| Circulatory/Blood | *xxxxxxxxxxx | | |
| Respiratory/ENT | xxxxxxxxxxxxx | | |
| Gastrointestinal | *xxxxxxxxxx | | |
| Behavioral/Emotional | *xxxxxxxxxx | | |
| Musculoskeletal/Skin/Connective | xxxxxxxxxxxx | | |
| Reproductive/Urinary | *xxxxxxx | | |
| Infectious/Immunologic | *xxxxxxxxxxx | | |
| **PATIENT AGE** | | | |
| Neonatal/Preschool (Birth-5 yrs) | *xxx | | |
| School-age/Adolescent (6- 17 yrs) | xxxxxxxxxxxxxx | | |
| Young Adult/Middle-aged Adult (18-54 yrs) | *xxxxx | | |
| Older Adult/Elderly (Older than 54 yrs) | xxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment  The shaded area defines a borderline level of performance for each content area; borderline performance comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness.  Some performance bands are wider than others.  The width of a performance band reflects the precision measurement; narrower bands indicate greater precision.  The band width for a given content area is the same for all examinees.  An asterisk indicates that your performance band extends beyond the displayed portion of the scale.  Small differences in the location of bands should not be over interpreted.  If two bands overlap, the performance in t associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas can be found in the informational materials for USMLE Step 3.

**To apply or reapply for USMLE Step 3:**

To apply or reapply for USMLE Step 3, you must have achieved a passing score on Step 1 and Step 2 CK. graduated from medical school, and met any additional requirements set by the medical licensing authority to which you are applying. In addition, depending on your graduation date or upon the date by which you take and pass Step 2 CK, you may also be required to pass Step 2 CS before registering for Step 3. More specific information about Step 3 requirements, registration, and licensure is available on the web site for the Federation of State Medical Boards (FSMB) (http://www.fsmb.org), by calling the FSMB at 817-868-4041, or by contacting the medical licensing authority where you intend to apply for licensure. Addresses and telephone numbers for the individual licensing authorities are found on the FSMB web site and in the current *USMLE Bulletin of Information*.

You may retake a Step 3 examination **only** if your score is below that required to pass or to comply with a time limit for completion of all three Steps or with other criteria established by the medical licensing authorities. You may retake Step 3 no less than 60 days after failing that Step and no more than three times within a 12-month period.

Federation of State Medical Boards
P.O. Box 619850
Dallas, Texas 75261-9850

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Philadelphia, PA
Permit No. 2126

**FORWARDING SERVICES REQUESTED**

**FIRST-CLASS MAIL**

4-048-306-7

GRANT, CARROL EARL

13805 155TH PLACE NORTH
JUPITER, FL 33478

**FIRST-CLASS MAIL**

001261-102-029

**24**



US·MLE
United States
Medical
Licensing
Examination ™

# UNITED STATES MEDICAL LICENSING EXAMINATION™

**Federation of State Medical Boards of the U.S., Inc.**
**P.O. Box 619850, Dallas, Texas 75261-9850**
**Telephone: (817) 868-4041**

## STEP 3 SCORE REPORT

**Grant, Carrol Earl**                                   **Test Date: July 25, 2005**

**USMLE ID: 4-048-306-7**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 3** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the unsupervised practice of medicine, with an emphasis on patient management in ambulatory-care settings. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 3 on the test date shown above.

| | |
|---|---|
| **FAIL  +** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **160  +** | This score is determined by your overall performance on Step 3.  For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 213 and 17, respectively, with most scores falling between 140 and 260. A score of 184 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)[‡] for this scale is approximately six points. |

| | |
|---|---|
| **64  +** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 184 on the scale described above, is recommended by USMLE to pass Step 3. The SEM[‡] for this scale is approximately three points. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination.  A similar annotation will be included on your USMLE transcript.*

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination.  The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

# INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party

## USMLE STEP 3 PERFORMANCE PROFILES

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|

**CLINICAL ENCOUNTERS**

| | | | |
|---|---|---|---|
| Initial Work-ups | *xxxxxxxx | | |
| Continuing Care | *xxxxxxx | | |
| Urgent Care | xxxxxxxxxxxxxx | | |

**PHYSICIAN TASKS**

| | | | |
|---|---|---|---|
| History/Physical/Laboratory Studies | *xx | | |
| Diagnosis/Prognosis | xxxxxxxxxxxxxxx | | |
| Health Maintenance/Systems/Legal & Ethical | *xxxxx | | |
| Clinical Intervention | *xxxxxxx | | |
| Clinical Therapeutics | xxxxxxxxxxxxx | | |
| Applied Scientific Concepts | xxxxxxxxxxxxxxx | | |

**CLINICAL SETTINGS**

| | | | |
|---|---|---|---|
| Office/Health Center | *xxxxx | | |
| In-patient Facilities | *xxxxxxxxxx | | |
| Emergency Department | xxxxxxxxxxxxxx | | |

**PROBLEM/DISEASE CATEGORIES**

| | | | |
|---|---|---|---|
| Nervous System/Eye | xxxxxxxxxxxxxx | | |
| Circulatory/Blood | xxxxxxxxxxxxx | | |
| Respiratory/ENT | xxxxxxxxxxxxx | | |
| Gastrointestinal | xxxxxxxxxxxxxx | | |
| Behavioral/Emotional | *xx | | |
| Musculoskeletal/Skin/Connective | xxxxxxxxxxxxx | | |
| Reproductive/Urinary | *xxxxxxxxxx | | |
| Infectious/Immunologic | xxxxxxxxxxxxxxx | | |

**PATIENT AGE**

| | | | |
|---|---|---|---|
| Neonatal/Preschool (Birth-5 yrs) | *xxxxx | | |
| School-age/Adolescent (6-17 yrs) | xxxxxxxxxxxxxx | | |
| Young Adult/Middle-aged Adult (18-54 yrs) | xxxxxxxxxx | | |
| Older Adult/Elderly (Older than 54 yrs) | xxxxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas can be found in the informational materials for USMLE Step 3.

**To apply or reapply for USMLE Step 3:**

To apply or reapply for USMLE Step 3, you must have achieved a passing score on Step 1 and Step 2 CK, graduated from medical school, and met any additional requirements set by the medical licensing authority to which you are applying. In addition, depending on your graduation date or upon the date by which you take and pass Step 2 CK, you may also be required to pass Step 2 CS before registering for Step 3. More specific information about Step 3 requirements, registration, and licensure is available on the web site for the Federation of State Medical Boards (FSMB) (http://www.fsmb.org), by calling the FSMB at 817-868-4041, or by contacting the medical licensing authority where you intend to apply for licensure. Addresses and telephone numbers for the individual licensing authorities are found on the FSMB web site and in the current *USMLE Bulletin of Information.*

You may retake a Step 3 examination **only** if your score is below that required to pass or to comply with a time limit for completion of all three Steps or with other criteria established by the medical licensing authorities. You may retake Step 3 no less than 60 days after failing that Step and no more than three times within a 12-month period.

Federation of State Medical Boards
P.O. Box 619850
Dallas, Texas 75261-9850

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Philadelphia, PA
Permit No. 2126

**FORWARDING SERVICES REQUESTED**

**FIRST-CLASS MAIL**

4-048-306-7

GRANT, CARROL EARL

HHC 18TH MEDCOM
UNIT 15281 BOX 872
APO, AP 96205

**FIRST-CLASS MAIL**