**25**



**US·MLE**
United States
Medical
Licensing
Examination ™

# UNITED STATES MEDICAL LICENSING EXAMINATION™

**Federation of State Medical Boards of the U.S., Inc.**
**P.O. Box 619850, Dallas, Texas 75261-9850**
**Telephone: (817) 868-4041**

## STEP 3 SCORE REPORT

**Grant, Carrol Earl**                                    **Test Date: November 1, 2006**

**USMLE ID: 4-048-306-7**

The USMLE is a single examination program for all applicants for medical licensure in the United States; it replaced the Federation Licensing Examination (FLEX) and the certifying examinations of the National Board of Medical Examiners (NBME Parts I, II and III). The program consists of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. **Step 3** is designed to assess whether an examinee possesses the medical knowledge and understanding of clinical science considered essential for the unsupervised practice of medicine, with an emphasis on patient management in ambulatory-care settings. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The two numeric scores shown below are equivalent; each state or territory may use either score in making licensing decisions. These scores represent your results for the administration of Step 3 on the test date shown above.

| | |
|---|---|
| **FAIL +** | This result is based on the minimum passing score recommended by USMLE for Step 3. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **161 +** | This score is determined by your overall performance on Step 3. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools were approximately 213 and 17, respectively, with most scores falling between 140 and 260. A score of 184 is recommended by USMLE to pass Step 3. The standard error of measurement (SEM)$^{\ddagger}$ for this scale is approximately seven points. |

| | |
|---|---|
| **65 +** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 184 on the scale described above, is recommended by USMLE to pass Step 3. The SEM$^{\ddagger}$ for this scale is approximately three points. |

*+Following review and approval of your written request, testing accommodations were provided during the administration of this examination. A similar annotation will be included on your USMLE transcript.*

‡Your score is influenced both by your general understanding of clinical medicine and by the specific set of items selected for this Step 3 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.
These profiles are developed as assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 3 PERFORMANCE PROFILES

| | Lower Performance | Borderline Performance | Higher Performance |
|---|---|---|---|
| **CLINICAL ENCOUNTERS** | | | |
| Initial Work-ups | *xxxxxxxxx | | |
| Continuing Care | xxxxxxxxxx | | |
| Urgent Care | *xxxxxxxxx | | |
| **PHYSICIAN TASKS** | | | |
| History/Physical/Laboratory Studies | xxxxxxxxxxxxx | | |
| Diagnosis/Prognosis | *xxxxxxxxxx | | |
| Health Maintenance/Systems/Legal & Ethical | xxxxxxxxxxxx | | |
| Clinical Intervention | xxxxxxxxxxxx | | |
| Clinical Therapeutics | xxxxxxxxxxxxx | | |
| Applied Scientific Concepts | xxxxxxxxxxxxx | | |
| **CLINICAL SETTINGS** | | | |
| Office/Health Center | xxxxxxxx | | |
| In-patient Facilities | xxxxxxxxxxxxx | | |
| Emergency Department | *xxxxxxxxx | | |
| **PROBLEM/DISEASE CATEGORIES** | | | |
| Nervous System/Eye | *xxxxxx | | |
| Circulatory/Blood | xxxxxxxxxx | | |
| Respiratory/ENT | xxxxxxxxxxxxx | | |
| Gastrointestinal | xxxxxxxxxxx | | |
| Behavioral/Emotional | *xxxxxxxxxx | | |
| Musculoskeletal/Skin/Connective | xxxxxxxxxxx | | |
| Reproductive/Urinary | xxxxxxxxxxx | | |
| Infectious/Immunologic | xxxxxxxxxxxx | | |
| **PATIENT AGE** | | | |
| Neonatal/Preschool (Birth-5 yrs) | xxxxxxxxxxxx | | |
| School-age/Adolescent (6- 17 yrs) | *xxxxxxxxxx | | |
| Young Adult/Middle-aged Adult (18-54 yrs) | *xxxxxxxx | | |
| Older Adult/Elderly (Older than 54 yrs) | *xxxxxxxxx | | |

The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each content area; borderline performance is comparable to HIGH FAIL / LOW PASS on the total test.

Performance bands indicate areas of relative strength and weakness. Some performance bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, the performance in the associated areas should be interpreted as similar.

Descriptions of the topics covered in these content areas can be found in the informational materials for USMLE Step 3.

**To apply or reapply for USMLE Step 3:**

To apply or reapply for USMLE Step 3, you must have achieved a passing score on Step 1 and Step 2 CK, graduated from medical school, and met any additional requirements set by the medical licensing authority to which you are applying. In addition, depending on your graduation date or upon the date by which you take and pass Step 2 CK, you may also be required to pass Step 2 CS before registering for Step 3. More specific information about Step 3 requirements, registration, and licensure is available on the web site for the Federation of State Medical Boards (FSMB) (http://www.fsmb.org), by calling the FSMB at 817-868-4041, or by contacting the medical licensing authority where you intend to apply for licensure. Addresses and telephone numbers for the individual licensing authorities are found on the FSMB web site and in the current *USMLE Bulletin of Information*.

You may retake a Step 3 examination **only** if your score is below that required to pass or to comply with a time limit for completion of all three Steps or with other criteria established by the medical licensing authorities. You may retake Step 3 no less than 60 days after failing that Step and no more than three times within a 12-month period.

Federation of State Medical Boards
P.O. Box 619850
Dallas, Texas 75261-9850

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Philadelphia, PA
Permit No. 2126

**FORWARDING SERVICE REQUESTED**

**FIRST-CLASS MAIL**

4-048-306-7

GRANT, CARROL EARL

13805 155TH PLACE NORTH
JUPITER, FL 33478

**FIRST-CLASS MAIL**

001759-102-124

**26**

RECEIVED SEP 0 1 2004

HHC 18th MEDCOM
Unit # 15281, Box # 872
APO, AP 96205-5281
August 30, 2004

ATTN: Mr. Brian Wilsford
Exam Dept/Step 3
Federation of State Medical Boards
400 Fuller Wiser Road, Suite 300
Euless, TX 76039

Dear Mr. Wilsford:

Enclosed, is my signed notarized application for the 2004 USMLE Step 3 examination.   The fee for the
examination is paid through your online application process.

I have received your recent report indicating that I received a failing grade. I hereby formally request that a
hand-scoring of the USMLE examination that I took on July 21- 23, 2004, be done immediately and the
result forwarded to me at the above address.

I am enclosing a check in the amount of $25.00, the required fee for the hand-scoring.  I anticipate a formal
reply within the projected time frame stipulated in your information Bulletin.

Respectfully,

Dr. C. Earl Grant

40483067

7/21/04 0401 JM
sent 8/18
cutoff: 11/16/04

grant 9653@
netscape.net

27



F E D E R A T I O N   O F   S T A T E   M E D I C A L   B O A R D S

O F   T H E   U N I T E D   S T A T E S ,   I N C .

October 28, 2004

C Earl Grant
HHC 18th MEDCOM
Unit 15281, Box 872
APO, AP 96205-5281
USA

RE: Request for recheck of USMLE Step 3
    Date of Exam:  7/21/04
    USMLE ID#:  40483067
    State of Exam:  FL

Dear Dr. Grant:

In accordance with your written request, we have rechecked your 7/21/04 USMLE Step 3 as referenced above. The results are as follows:

**The scores were found to be accurate as originally reported.**

If we may be of further assistance, please feel free to contact us at (817) 868-4041.

Sincerely,

*Sandy McAllister*

Sandy McAllister
Administrative Assistant
Examination Services

CC:   Larry McPherson, Esq, Executive Director(FL)

**28**

## UNITED STATES MEDICAL LICENSING EXAMINATION™ (USMLE™)
### 2003 STEP 3 APPLICATION
For applications submitted to FSMB by September 1, 2003

Refer to the Application Instructions when completing this form. Complete all three pages. Type or print in uppercase block letters. Use black ink only.

| | |
|---|---|
| **1. LICENSING AUTHORITY FOR WHICH STEP 3 IS BEING TAKEN**<br>See Instructions for Board Code. | `0 3 6`   State Medical Board of Ohio<br>Board Code    Name of Licensing Authority whose requirements you are using to apply for Step 3. |
| **2. FEE ENCLOSED**<br>See Medical Licensing Board Instruction Sheet for fee. | $ *590.00*  U.S. DOLLARS (non-refundable fee) |
| **3. NAME**<br>Print your name exactly as it appears on the unexpired, government-issued identification you plan to present at the test center. See Instructions, "Completing Your Application." | `G R A N T`<br>LAST (Surname) and Suffix<br>`C A R R O L` `E A R L`<br>FIRST and Middle Name(s)<br>If you have applied previously under another name for any examination listed in Item 11 below, please provide that name and a copy of the legal document which verifies this change.<br>N/A<br>Last                First                                    Middle |
| **4. DATE OF BIRTH**<br>Indicate month as shown:<br>Jan-01; Feb-02; Mar-03; Apr-04;<br>May-05; Jun-06; Jul-07; Aug-08;<br>Sep-09; Oct-10; Nov-11; Dec-12 | `0 9`   `1 6`   `1 9 5 3`<br>MONTH   DAY   YEAR<br><br>*10420312-1* |
| **5. U.S. SOCIAL SECURITY AND NATIONAL IDENTIFICATION NUMBERS**<br>Enter your S.S.Number and/or the official number assigned by your country if outside the U.S. See Instructions for Country Code. | `4 1 6` `0 4` `9 5 7 5`<br>U.S. Social Security Number<br><br>National Identification Number<br><br>Country Code    Issuing Country |
| **6. GENDER** | ☒ Male    ☐ Female |
| **7. CITIZENSHIP UPON ENTERING MEDICAL SCHOOL**<br>See Instructions for Country Code. | `0 9 9`   United States of America<br>Country Code    Name of Country |
| **8. MEDICAL EDUCATION**<br>See Instructions for Country Code.<br><br>Graduation Date—<br>Indicate month as shown:<br>Jan-01; Feb-02; Mar-03; Apr-04;<br>May-05; Jun-06; Jul-07; Aug-08;<br>Sep-09; Oct-11; Nov-11; Dec-12 | Medical School of Graduation  University of Minnesota<br>`0 9 9`   USA   Graduation Date `0 6` `1 9 9 0`<br>Country Code   Country of Medical School   MONTH   YEAR<br>Degree: ☒ M.D.   ☐ D.O.   ☐ Other (specify): _____<br>If school is outside the U.S. or Canada: ECFMG Certified: ☐ Yes ☐ No   If yes, date issued: __/__/__  MO DY YR<br>5th Pathway Program: ☐ Yes ☐ No   If yes, date completed: __/__/__  MO DY YR<br><br>FOR OFFICE USE ONLY   SCC   Y   N<br>DEGREE   Y   Ⓝ   5th PATHWAY   Y   N<br>ECFMG   Y   N   EXAM PREREQUISITES   Ⓨ   N |
| **9. POSTGRADUATE MEDICAL EDUCATION**<br>Check one box only.<br><br><br><br><br><br><br><br><br>See Instructions for Program Code. | ☐ I have not participated in a graduate medical education program.<br>☐ I will begin a graduate medical education program on __/__  MO YR<br>☐ I am currently serving in my first year graduate medical education program which began on __/__  MO YR<br>☒ I have completed satisfactorily _3__ year(s) in a graduate medical education program from `06`/`1999`  to `12`/`2002`  MO YR   MO YR<br>Most recent program and hospital:<br><br>`1 6`   Internal medicine<br>Program Code   Program Name<br>Akron General Medical Center, 400 Wabash Avenue<br>Hospital Name<br>Akron, OH 44307<br>City  Dr. James Hodsden   [jhodsden@agmc.org]   (330) 384-6140<br>Program Director's Name   E-mail   Phone |

NAME _C. EARL GRANT_

| | |
|---|---|
| **10. SPECIALTY**<br>See instructions<br>for Specialty Code. | `0 7` *Internal Medicine*<br>Specialty Code   Name of Specialty or Planned Specialty |

**11. EXAMINATION IDENTIFICATION NUMBERS**
Indicate the examinations for which you have applied.

Identification Number (if Known)

ECFMG `☐ ☐ ☐ ☐ ☐ ☐ ☐`

FLEX `☐ ☐ ☐ ☐ ☐ ☐ ☐`

NBME `☐ ☐ ☐ ☐ ☐ ☐ ☐`

USMLE `4` – `0 4 8` – `3 0 6` – `7`

**12. USMLE PASSED**
Record the administration date of each examination passed and the number of attempts.
Date Passed –
Indicate month as shown:
Jan-01; Feb-02; Mar-03; Apr-04;
May-05; Jun-06; Jul-07; Aug-08;
Sep-09; Oct-10; Nov-11; Dec-12

| Examination | Date Passed | # of Attempts |
|---|---|---|
| USMLE Step 1 | `0 6` `1 9 9 9` | `0 4` |
| USMLE Step 2 | `0 3` `1 9 9 9` | `0 4` |
| | MONTH   YEAR | |

**13. ADDRESS**
This address will be used for correspondence regarding registration for Step 3. Print your current mailing address.

If you provide an address outside the U.S., correspondence relating to Step 3 may be significantly delayed. Provide a U.S. address, if possible.

If your address changes or is different for score reporting, see Instructions, "Change of Address."

See Instructions for Country Code.

`P O   B O X   5 1 9 2`
Address Line 1

Address Line 2

Address Line 3

`F a i r l a w n`                    `O H`
City                                   State/Province

Country                                Country Code

`4 4 3 4` – `☐ ☐ ☐ ☐`          `3 3 0 3 4 4 6 6 0 0` *ext 2185*
ZIP/Postal Code                        Daytime Telephone Number

`g r a n t 9 6 5 @ e x c i t e . c o m`
Email Address

**14. TEST ACCOMMODATIONS**
Check this box if you are requesting test accommodations.

`☒` I have a documented disability covered under the American with Disabilities Act and am requesting test accommodations. **(Checking this box does not constitute an official request. You must submit your request for test accommodations and accompanying documentation at the same time as this application. See Instructions, "Applying for Test Accommodations.")**

**15. DATA RELEASE**
Release of Step 3 Data

`☒` The NBME reports USMLE total scores to LCME- and AOA-accredited medical schools for their students and graduates. This data is used by the schools to monitor the outcome of their educational process and as part of ongoing quality improvement activities. Only a total score is provided. If you do not wish to have your Step 3 score reported to your medical school of graduation, please check the box provided to the left.

**16. SIGNATURE**
Review the *Bulletin* of Information before signing this statement.

Note: If your application is not complete, signed and notarized as instructed, your registration will be delayed.

I certify that I currently meet the Step 3 eligibility requirements, that the information provided on this form is true and accurate, and that I have provided all required documentation. I also certify that I have read the 2003 USMLE Bulletin of Information and the application instructions, that I am familiar with their contents, and agree to abide by the policies and procedures described therein. I authorize the release of my USMLE history to the medical licensing authority for which I am taking Step 3 to verify my eligibility and, if a USMLE transcript is required by that authority, I agree to pay the applicable transcript fee. I agree that my Step 3 score may be released to the medical licensing authority for which I am taking Step 3.

Applicant Signature *C. Earl Grant*         Date ___/___/___
                                                  MO   DY   YR

Provision of the following information is voluntary. The information will be used for research purposes only. You are encouraged to provide the information. The processing of your application will not be affected by your choice in this regard.

Select the 1 option which best describes your racial/ethnic

| 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ | 5 ☒ | 6 ☐ | 7 ☐ |
|---|---|---|---|---|---|---|
| American Indian/<br>Alaskan Native | Asian | Native Hawaiian or<br>other Pacific Islander | Hispanic or Latino | Black or African<br>American | White | Other |

Is English your native language?   `☒` Yes   `☐` No

# UNITED STATES MEDICAL LICENSING EXAMINATION™
## 2003 STEP 3 APPLICATION

| 4 | 0 | 4 | 8 | 3 | 0 | 6 | 7 |

USMLE IDENTIFICATION NO.

Type or print in uppercase block letters. Use black ink only.

Name  GRANT,                    C.                    EARL
       Last                First            Middle

S.S./N.I. Number  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    Date of Birth  09 / 16 / 1953  Gender  ☒ Male  ☐ Female
                                 Month  Day  Year

Licensing authority for which Step 3 is being taken  STATE MEDICAL BOARD OF OHIO

**Applicant Signature**

By my signature above, I certify that all of the information provided on this form is true and accurate.

### CERTIFICATION OF IDENTIFICATION
Certification by Notary Public is Required.

State of ____OHIO_____    County of ____Summit_____

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements on this document are subscribed and sworn to before me by the applicant on this 20TH day of DECEMBER, 2002.

Notary Public Signature  _Charleen E King_____

Expiration Date  09 / 18 / 2006
              Month Day Year

CHARLEEN E. KING, Notary Public
Residence - Stark County
State Wide Jurisdiction, Ohio
My Commission Expires Sept. 18, 2006

**Federation of State Medical Boards**
P.O. Box 619850 Dallas, TX 75261-9850
Telephone (817) 868-4041

RECEIVED FEB 2 8 2003

## USMLE STEP 3
### CERTIFICATION OF POST-GRADUATE TRAINING - Ohio  10420312

This section is to be completed by the applicant and forwarded directly to the Program Director. (PRINT)
*Note: It facilitates processing when the PGT form accompanies the Step 3 application. PGT form(s) received more than 45 days before receipt of the application are not considered current and will not be accepted.*

USMLE ID # 9048 3067   Date of Birth 9-16-1953   SS# 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

Physician Name   C. EARL GRANT
_____
(PLEASE PRINT- Last Name, First Name, Middle Name)

Hospital Name   AKRON GENERAL MEDICAL CENTER

City AKRON   State OH   Phone # 330 6640979

I hereby authorize the release of all pertinent information, favorable or otherwise, to FSMB.

C. Earl Grant                                    2/19/2003
_____           _____
Signature                                        Date

This section is to be completed by the Program Director, notarized, and forwarded directly to the FSMB at the above address by September 1, 2003 for the 2003 USMLE Step 3. (PLEASE PRINT)

I certify that the physician named above is serving / has served   20   (months) years of post-graduate training
                                                                  (CIRCLE ONE)        (CIRCLE ONE)
at the hospital named above, as indicated below: (please check one)

✓  internship or residency program accredited by the ACGME or AOA
___ a clinical fellowship in the US at an institution having an accredited residency program in the same or a related field
___ an internship in Canada accredited by the committee on accreditation of pre-registration physician training programs of the
    Federation of Provincial Medical Licensing Authorities in Canada
___ a residency program in Canada accredited by either the Royal College of Physicians and Surgeons of Canada (RCPSC) or the
    College of Family Physicians of Canada (CFPC)

Date post-graduate training began / will begin:     7  /  01  /  2001
                           (CIRCLE ONE)            MONTH   DAY    YEAR

Date post-graduate training was / will be completed:   2  /  17  /  2003
                           (CIRCLE ONE)            MONTH   DAY    YEAR

Please evaluate applicant's competence and conduct during the program: (Use additional paper as necessary.)

See Attached Documentation.

This program has had cause to take adverse action against this applicant's participation (restriction, suspension, termination, requested resignation, etc.)  ✓  YES  _____ NO  If yes, explain: (Use additional paper as necessary.)

James E. Hodsden           James E. Hodsden, MD           2/21/03
_____  _____  _____
Signature of Program Director   Print Name of Program Director   Date

Sworn to and subscribed before me on this the 21st day of February, 2003.

_____                    May 16, 2004           NOTARY
Signature of Notary Public                   Date Commission Expires  STAMP HERE

Rev OH PGT 2003                                          This form may be copied
                                                              04

**29**

| | | ExamFile | 404-83-06 |
|---|---|---|---|
| USMLE | 4-048-306-7 | | |
| State | 010 | | |
| User | DAJ | | |
| req_id | 13241309 | | |
| web | 26244 | | |
| daterec | 04/11/04 | | |
| Name | Carrol Earl Grant | | |
| SSN | 416049575 | | |
| DOB | 09/16/53 | | |
| Grad Date | Jun-99 | | |
| PB | JSJ | | |
| datecreated | 04/12/04 | | |

Monday, April 12, 2004

USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB

File   Edit   Fee   Additional Info

Name   **Grant**
       **Carrol Earl**

Batch ID                    Seq. No.      Req. ID 13241309

Application Information - 1                    Application Information - 2

1.    State Board    Florida Board of Medicine            Assign User

      App Date         App Date Type  Web       Exam Code

2.    Attach    Fee

3.    Last Name
      Rest Of Name    Carrol Earl
      Generational Suffix

4.    Date of Birth    08  16  1953   (mm/dd/yyyy)

5.    US Social Security No.   436849575
      National ID Number
      National ID County   List

6.    Gender    M

7.    Citizenship Cntry   List   099   USA

8.    Med. School of   List   026030
      Grad.
      University of Minnesota Medical School - Minneapolis

      Med. Sch. County   List   099   USA

      Degree Code   MD   Doctor of Medicine

      Graduation Month/Year   06   1999

                                  Exit    Cancel    Save
                                                    Full Service - Page 1

---

USMLE Step 3 Full Service Application Page 2 - V4.02.015- PDRDB

File   Edit   Fee   Additional Info

Name   **Grant**
       **Carrol Earl**

Batch ID                    Seq. No.      Req. ID 13241309

Application Information - 1                    Application Information - 2

9.    Participation Flag  Y     Future Start Date Month/Year          Date Program Started Month/Year          2000
      Yrs Completed   1          From Month/Year  06  1999    To Month/Year  06  2000
      Program Code   16          Internal Medicine

10.   Specialty Code   07        A - Internal Medicine

                                 Identification Numbers
11.   ECFMG
      FLEX
      NBME
      USMLE   404403067

13.   Address Line1   Delta Co 168th MED BN Unit 15021
      Address Line2   Box 5 APO AE 96218
      Address Line3   13005-155th Place N
      City   Jupiter           State/Prov  FL   Zip/Postal Code  33478      List
      Country  List  099   USA
      Phone   011821196850210      E-mail   grantDG53@netscape.net

15.   Ethnic Background                       English Native Language  Y
14.   ☑ Release of Step 3 data - Applicant does NOT wish to have scores reported to their school.
      ☑ Test Accommodations - Applicant requested for Test Accommodations.
16.   ☐ Request Practice CD - Applicant requested for Practice CD to be mailed to them.

                                  Exit    Cancel    Save
                                                    Full Service - Page 2

## UNITED STATES MEDICAL LICENSING EXAMINATION™

RECEIVED APR 2 6 2004

### 2004 STEP 3 SIGNATURE/PHOTO ID PAGE

Web Req ID:  26244

USMLE ID:  4-048-306-7

Type or print in uppercase block letters. Use black ink only.

Name:  **Grant, Carrol Earl**

Last　　　　　　　　First　　　　　　　　Middle

416049575　　　　9/16/1953

S.S./N.I. Number _____ Date of Birth _____ / _____ / _____ Gender ☐ Male ☐ Female
　　　　　　　　　　　　　　　　　　　　　　Month　Day　Year

Licensing authority for which Step 3 is being taken:　**Florida Board of Medicine**

I certify that I currently meet the Step 3 eligibility requirements and that the information provided on this form is true and accurate including the affixed photo of myself. I also certify that I have read the 2004 USMLE Bulletin of Information and all relevant application instructions, that I am familiar with their contents, and agree to abide by the policies and procedures described therein. I authorize the release of my USMLE history to the medical licensing authority for which I am taking Step 3 to verify my eligibility and, if a USMLE transcript is required by that authority, I agree to pay the applicable transcript fee. I agree that my Step 3 score may be released to the medical licensing authority for which I am taking Step 3.

Applicant Signature _C. Earl Grant, m.D_　　　　　Date
_19-April-04_

### CERTIFICATION OF IDENTIFICATION
### Certification by Notary Public is Required.

State of _CAMP HENRY_　　County of _KOREA_

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements on this document are subscribed and sworn to before me by the applicant on this _17th_ day of _April_, _2004_.

NOTARY PUBLIC
GRANTED
10
U.S.C.
1044a
GENERAL POWERS OF

Notary Public Signature

AUTHORITY: 10 U.S.C. 936 & 1044a

Expiration Date* Commission Indefinite Until
Retirement or Resignation

**The notary's commission expiration date must be current
and legible.**

(Notary Stamp Here)

**30**

| | ExamFile | 404-83-06 |
|---|---|---|

| Field | Value |
|---|---|
| USMLE | 4-048-306-7 |
| State | 010 |
| User | DAJ |
| req_id | 14387056 |
| web | 40849 |
| daterec | 08/31/04 |
| Name | Carrol Earl Grant |
| SSN | 41604957S |
| DOB | 09/16/53 |
| Grad Date | Jun-99 |
| PB | RDB |
| datecreated | 09/01/04 |

USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB

File    Edit    Fee    Additional Info

Name    Grant
        Carrol Earl                    Batch ID            Seq. No    Req. ID 14387056

**Application Information - 1**                    **Application Information - 2**

1.    State Board    [    ]    Florida Board of Medicine              Assign User [    ]

      App Date    [        ]    App Date Type  Web    [    ]    Exam Code [        ]

2.    Attach    Fee

3.    Last Name    [                              ]

      Rest Of Name    Carrol Earl

      Generational Suffix

4.    Date of Birth    09    16    1953    (mm/dd/yyyy)

5.    US Social Security No.    318049575

      National ID Number

      National ID Country    List

6.    Gender    M

7.    Citizenship Cntry    List    099    USA

8.    Med. School of    List    024030
      Grad.
             University of Minnesota Medical School - Minneapolis

      Med. Sch. Country    List    099    USA

      Degree Code    MD    Doctor of Medicine

      Graduation Month/Year    06    1989

                              Exit       Cancel                        Save
                                                          Full Service - Page 1

---

USMLE Step 3 Full Service Application Page 2 - V4.02.015- PDRDB

File    Edit    Fee    Additional Info

Name    Grant
        Carrol Earl                    Batch ID            Seq. No    Req. ID 14387056

**Application Information - 1**                    **Application Information - 2**

9.    Participation Flag    F    Future Start Date Month/Year    [    ]    Date Program Started Month/Year [    ]

      Yrs Completed    3    From Month/Year  06    1999    To Month/Year  06    2002

      Program Code    16    Internal Medicine

10.   Specialty Code    [    ]    [                    ]

11.                        Identification Numbers

                 ECFMG    [                ]

                 FLEX     [                ]

                 NBME     [                ]

                 USMLE    40403067

13.   Address Line1    13805 155th Place North

      Address Line2

      Address Line3

      City    Jupiter         State/Prov  FL    Zip/Postal Code  33478    List

      Country    List    099    USA

      Phone    01182119625021G    E-mail  grant96533@netscape.net

15.   Ethnic Background    [    ]    [                    ]    English Native Language  Y

                 [✓]  Release of Step 3 data - Applicant does NOT wish to have scores reported to their school.
14.              [✓]  Test Accommodations - Applicant requested for Test Accommodations.
16.              [ ]  Request Practice CD - Applicant requested for Practice CD to be mailed to them.

                              Exit       Cancel                        Save
                                                          Full Service - Page 2

UNITED STATES MEDICAL LICENSING EXAMINATION™

2004 STEP 3 SIGNATURE/PHOTO ID PAGE

Web Req ID: | 26244 |

USMLE ID: | 4-048-306-7 |

RECEIVED SEP 0 1 2004

Type or print in uppercase block letters. Use black ink only.

Name:    **Grant, Carrol Earl**
Last          First                    Middle

416049575          9/16/1953
S.S./N.I. Number _____ Date of Birth __/__/__    Gender ☒ Male ☐ Female
                                                          Month  Day  Year

Licensing authority for which Step 3 is being taken:    **Florida Board of Medicine**

I certify that I currently meet the Step 3 eligibility requirements and that the information provided on this form is true and accurate including the affixed photo of myself. I also certify that I have read the 2004 USMLE Bulletin of Information and all relevant application instructions, that I am familiar with their contents, and agree to abide by the policies and procedures described therein. I authorize the release of my USMLE history to the medical licensing authority for which I am taking Step 3 to verify my eligibility and, if a USMLE transcript is required by that authority, I agree to pay the applicable transcript fee. I agree that my Step 3 score may be released to the medical licensing authority for which I am taking Step 3.

Applicant Signature _____    Date _Aug 30, 2004_

---

## WITH THE US ARMED FORCES AT SEOUL, KOREA

**CERTIFICATION OF IDENTIFICATION**
Certification by Notary Public is Required.

State of _____    County of _____

I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements on this document are subscribed and sworn to before me by the applicant on this 30 day of AUGUST, 2004.

Notary Public Signature  Military Notary _____

Expiration Date _____

* The notary's commission expiration date must be current and legible.

Notary Stamp Here

Jason T. Lowder
SGT, U.S. Army
Paralegal NCO
Military Notary

(seal: WITH GENERAL POWERS — NOTARY PUBLIC — SC 1044)

**31**

ExamFile

| | |
|---|---|
| USMLE | 4-048-306-7 |
| State | 010 |
| User | DAJ |
| req_id | 15385083 |
| web | 63542 |
| daterec | 03/19/05 |
| Name | Carrol Earl Grant |
| SSN | 416049575 |
| DOB | 09/16/53 |
| Grad Date | Jun-99 |
| PB | JSJ |
| datecreated | 03/21/05 |

404-83-06

Monday, March 21, 2005

Page 143 of 227

Circle or Check off list

Check for Data entry USMLE number ____

Degree Verified    Yes  or  No

5th Pathway          ECFMG   Yes  or  No

Exam file # Entered and Correct with file at
top/side and USMLE # ____

Check for Registration Initials ____

Passed Step 1 and Step 2    Yes  or  No

Check Loose Documents ____

Previous valid CIF ____

Notes ____

USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB

File   Edit   Fee   Additional Info

Name **Grant**
**Carrol Earl**          Batch ID          Seq. No    Req. ID 15385083

**Application Information - 1**          **Application Information - 2**

1.   State Board ____  Florida Board of Medicine ____   Assign User ____

App Date ____   App Data Type Web ____   Exam Code ____

2.   Attach   Fge

3.   Last Name   Carrol Earl
First Of Name   Carrol Earl
Generational Suffix

4.   Date of Birth  09  16  1953  (mm/dd/yyyy)

5.   US Social Security No.  416049575
National ID Number
National ID Country  List

6.   Gender  M

7.   Citizenship Cntry  List  099   USA

8.   Med. School of  List  024030
Grad.
University of Minnesota Medical School - Minneapolis
Med. Sch. Country  List  099   USA
Degree Code  MD ____  Doctor of Medicine
Graduation Month/Year  06  1989

Exit    Cancel    Save
Full Service - Page 1

---

USMLE Step 3 Full Service Application Page 2 - V4.02.015- PDRDB

File   Edit   Fee   Additional Info

Name **Grant**
**Carrol Earl**          Batch ID          Seq. No    Req. ID 15385083

**Application Information - 1**          **Application Information - 2**

9.   Participation Flag  Y   Future Start Date Month/Year _____   Date Program Started Month/Year _____
Yrs Completed  3   From Month/Year 08  1999   To Month/Year 06  2002
Program Code  16 ____   Internal Medicine

10.  Specialty Code  07 ____   A - Internal Medicine

11.          Identification Numbers
ECFMG
FLEX
NBME
USMLE  406801067

13.  Address Line1  NYC 18th MEDCOM
Address Line2  Unit 15281 Box 872
Address Line3
City  Apo   State/Prov AP  Zip/Postal Code 96205   List
Country  List  099   USA
Phone  011821196850218   E-mail  grant0G58@excite.com

15.  Ethnic Background  18 ____  Do not wish to respond ____   English Native Language Y
☑ Release of Step 3 data - Applicant does NOT wish to have scores reported to their school.
14.  ☑ Test Accommodations - Applicant requested for Test Accommodations.
16.  ☐ Request Practice CD - Applicant requested for Practice CD to be mailed to them.

Exit    Cancel    Save
Full Service - Page 2

UNITED STATES MEDICAL LICENSING EXAMINATION™ RECEIVED MAR 3 0 2005
2005 STEP 3 APPLICATION
CERTIFICATION OF IDENTITY

Web Req ID:        63542                                                        USMLE ID:  4-048-306-7

This form must be signed by a notary public/commissioner of oaths. When completed and submitted to the Federation, this form becomes part of your USMLE record and will be used to identify you when you interact with the Federation if you need to re-apply for the Step 3. **This Certification of Identity is valid for this and any subsequent Step 3 applications submitted to the Federation within a period of five years from the date of the applicant's signature. If you do not sit for this administration of Step 3 or must retake Step 3, it is not necessary to submit another Certification of Identity as long as this 2005 form is on file with the Federation of State Medical Boards and has not expired. (Note: Forms prior to 2005 cannot be substituted for this form.)**

Type or print in uppercase block letters. Use black ink only.



Name:  Grant                              Carrol                         Earl
       Last                               First                          Middle

S.S./N.I. Number  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   Date of Birth 09 / 16 / 1953 Gender ☒ Male ☐ Female
                                            Month  Day  Year

Licensing authority for which Step 3 is being taken:

Florida Board of Medicine        FL

I certify that I am the individual named above, am represented in the attached photograph and that the signature below is my signature. I certify that I meet the eligibility requirements for Step 3 and that the information on this form is true and accurate. I also certify that I have read the most current version of the USMLE Bulletin of Information and all relevant instructions for this or any subsequent Step 3 application, that I am familiar with the contents of the Bulletin and agree to abide by the policies and procedures described therein. I authorize the release of my USMLE history to the medical licensing authority for which I am taking Step 3 and agree that my subsequent Step 3 score may also be released to the medical licensing authority.

Applicant Signature  _Carrol Earl Grant_

**CERTIFICATION OF IDENTIFICATION**
**Certification by Notary Public is Required.**

State of _____Florida_____  County of _____West Palm Beach_____  I certify that on the date set forth below the individual named above did appear personally before me and that I did identify this applicant by: (a) comparing his/her physical appearance with the photograph on the identifying document presented by the applicant and with the photograph affixed hereto, and (b) comparing the applicant's signature made in my presence on this form with the signature on his/her identifying document. The statements on this document are subscribed and sworn to before me by the applicant on this 30 day of March, 2005.

Notary Public Signature  _Kathryn D. Holderman_
PFC KATHRYN D. HOLDERMAN
Expiration Date  PARALEGAL, US ARMY
INDEFINITE  LEGAL ASSISTANCE
The notary's commission expiration date must be current and legible.
WITH THE US ARMED FORCES
AT SEOUL, KOREA

Notary Stamp Here

Please complete and mail this photo/ID page to:
Federation of State Medical Boards
Attn: Exam Services
400 Fuller Wiser Road, Suite 300
Euless, TX 76039

**32**

| | | ExamFile | 404-83-06 |
|---|---|---|---|
| USMLE | 4-048-306-7 | | |
| State | 033 | | |
| User | AMP | | |
| req_id | 16325223 | | |
| web | 90725 | | |
| daterec | 11/21/05 | | |
| Name | Carrol Earl Grant | | |
| SSN | 416049575 | | |
| DOB | 09/16/53 | | |
| Grad Date | Jun-99 | | |
| PB | DSV | | |
| datecreated | 11/22/05 | | |



Circle or Check off list

Check for Data entry USMLE number _____

Degree Verified _____

5th Pathway     ECFMG     Yes  or  No

Exam file # Entered and Correct with file at
top/side and USMLE # _____

Check for Registration Initials

Passed     Step 1     Step 2CK
Step1/2CK after 7/1/05     Step 2 CS
2005 grads     Step 2 CS
IMGs     Step 2CS or CSA

Check Loose Documents _____

Previous valid CIF _____

Notes

**USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB**

File   Edit   Fee   Additional Info

Name  Grant
      Carrol Earl

Batch ID          Seq. No     Req. ID 16325223

**Application Information - 1**          Application Information - 2

1.  State Board [ ] New York State Board for Medicine [ ]   Assign User [ ]

    App Date [ ]   App Data Type  Web [ ]   Exam Code [ ]

2.  Attach    Fax

3.  Last Name
    Rest Of Name  Carrol Earl
    Generational Suffix

4.  Date of Birth  09   16   1953   (mm/dd/yyyy)

5.  US Social Security No.  416849575
    National ID Number
    National ID Country  List

6.  Gender  M

7.  Citizenship Cntry  List  099   USA

8.  Med. School of  List  024038
    Grad.  University of Minnesota Medical School - Minneapolis
    Med. Sch. Country  List  099   USA
    Degree Code  MD [ ]   Doctor of Medicine
    Graduation Month/Year  06   1985

Exit    Cancel    Save
                              Full Service - Page 1

---

**USMLE Step 3 Full Service Application Page 2 - V4.02.015- PDRDB**

File   Edit   Fee   Additional Info

Name  Grant
      Carrol Earl

Batch ID          Seq. No     Req. ID 16325223

**Application Information - 1**          Application Information - 2

9.  Participation Flag  Y   Future Start Date Month/Year     Date Program Started Month/Year
    Yrs Completed  3   From Month/Year  06   1999   To Month/Year  02   2003
    Program Code  16 [ ]   Internal Medicine

10.  Specialty Code [ ]

11.  Identification Numbers
    ECFMG
    FLEX
    NBME
    USMLE  40482067

13.  Address Line1  PO Box 551
    Address Line2
    Address Line3
    City  Fort Drum   State/Prov  NY   Zip/Postal Code  17602   List
    Country  List  099   USA
    Phone          E-mail  GRANT965@EXCITE.COM

15.  Ethnic Background [ ]           English Native Language  Y
     [x] Release of Step 3 data - Applicant does NOT wish to have scores reported to their school.
14.  [x] Test Accommodations - Applicant requested for Test Accommodations.
16.  [ ] Request Practice CD - Applicant requested for Practice CD to be mailed to them.

Exit    Cancel    Save
                              Full Service - Page 2

**33**

USMLE __4-048-306-7__

State __033__

User __AMP__

req_id __17671164__

web __161007__

daterec __03/20/07__

Name __Carrol Earl Grant__

SSN __416049575__

DOB __09/16/53__

Grad Date __Jun-99__

PB __BBM__

datecreated __03/21/07__

ExamFile __404-83-06__



Circle or Check off list

Check for Data entry USMLE number ____

Degree Verified  (Yes)/No   MM/YR ____ / ____

5th Pathway/ECFMG   Yes/No   Date ____

Exam file # Entered and Correct with file at
top/side and USMLE # ____

Check for Registration Initials ____

Passed      Step 1        Step 2CK

Step 2CK after 7/1/05      Step 2 CS

2005 or above      Step 1 CS

IMGs      Step 2CS  or  CSA

Check Loose Documents

Previous valid CIF ____

Notes ____



USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB

File   Edit   Fee   Additional Info

Name  Grant
      Carrol Earl                    Batch ID              Seq. No    Req. ID 17671164

        Application Information - 1                              Application Information - 2

1.    State Board ___ ▼  New York State Board for Medicine        ▼  Assign User ___ ▼

      App Date _____   App Date Type  Web        ▼   Exam Code _____ ▼

2.    Attach      Fee

3.    Last Name
      Rest Of Name   Carrol Earl
      Generational Suffix

4.    Date of Birth   08   16   1953   (mm/dd/yyyy)

5.    US Social Security No.   416049575
      National ID Number
      National ID Country   List

6.    Gender   M

7.    Citizenship Cntry   099   USA

8.    Med. School of   List   024830
      Grad.
                       University of Minnesota Medical School - Minneapolis
      Med. Sch. Country   List   099   USA
      Degree Code   MD   ▼   Doctor of Medicine                      ▼
      Graduation Month/Year   06   1989

                    Exit        Cancel                              Save

                                                              Full Service - Page 1



USMLE Step 3 Full Service Application Page 2 - V4.02.015- PDRDB

File   Edit   Fee   Additional Info

Name  **Grant**
      **Carrol Earl**          Batch ID          Seq. No    Req. ID 17671164

Application Information - 1              Application Information - 2

9.   Participation Flag  Y     Future Start Date Month/Year          Date Program Started Month/Year
     Yrs Completed  3           From Month/Year 06  1999           To Month/Year 06  2002
     Program Code  16           Internal Medicine

10.  Specialty Code  07         A - Internal Medicine

11.                             Identification Numbers
                          ECFMG
                          FLEX
                          NBME
                          USMLE  404003067

13.  Address Line1  P O Box 551
     Address Line2
     Address Line3
              City  Fort Drum          State/Prov  NY   Zip/Postal Code  13602      List
           County  List  099    USA
            Phone                    E-mail  grant9659excite.com

15.  Ethnic Background                          English Native Language  Y
     ☑ Release of Step 3 data - Applicant does NOT wish to have scores reported to their school.
14.  ☑ Test Accommodations - Applicant requested for Test Accommodations.
16.  ☐ Request Practice CD - Applicant requested for Practice CD to be mailed to them.

     Exit          Cancel                              Save
                                              Full Service - Page 2

**34**

USMLE __4-048-306-7__    ExamFile __404-83-06__

State __033__

User __AMP__    cd request:    N

req_id __19205498__

web __232205__

daterec __04/15/08__

Name __Carol Earl Grant__

SSN __416049575__

DOB __09/16/53__

Grad Date __Jun-99__

PB __RDB__

datecreated __04/16/08__



Circle or Check off list

Check for Data entry USMLE number _____

Degree Verified   Yes/No   MM/YR __/__

5th Pathway/ECFMG   Yes/No   Date _____

Exam file # Entered and Correct with file at
top/side and USMLE # _____

Check for Registration Initials _____

Passed    Step 1    Step 2CK
Step 2CK after 7/1/05    Step 2 CS
2005 or above    Step 2 CS
IMGs    Step 2CS or CSA

Check Loose Documents _____

Previous valid CIF _____

Notes for 0801 Admin

USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB

File Edit Fee Additional Info

Name Grant Carrol Earl  Batch ID  Seq. No  Req. ID 19205498

Application Information - 1  Application Information - 2

1. State Board [redacted] New York State Board for Medicine  Assign User [redacted]

App Date [redacted]  App Date Type Web  Exam Code [redacted]

2. Attach Fee

3. Last Name [redacted]

Rest Of Name Carrol Earl

Generational Suffix

4. Date of Birth 09 16 1953 (mm/dd/yyyy)

5. US Social Security No. 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

National ID Number

National ID Country List

6. Gender M

7. Citizenship Cntry List 099 USA

8. Med. School of Grad. List 024030

University of Minnesota Medical School - Minneapolis

Med. Sch. Country List 099 USA

Degree Code MD Doctor of Medicine

Graduation Month/Year 06 1999

Exit Cancel Save

Full Service - Page 1

USMLE Step 3 Full Service Application Page 1 - V4.02.015- PDRDB

File Edit Fee Additional Info

Name Grant Carrol Earl  Batch ID  Seq. No  Req. ID 19205498

Application Information - 1  Application Information - 2

1. State Board [redacted] New York State Board for Medicine  Assign User [redacted]

App Date [redacted]  App Date Type Web  Exam Code [redacted]

2. Attach Fee

3. Last Name [redacted]

Rest Of Name Carrol Earl

Generational Suffix

4. Date of Birth 09 16 1953 (mm/dd/yyyy)

5. US Social Security No. 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

National ID Number

National ID Country List

6. Gender M

7. Citizenship Cntry List 099 USA

8. Med. School of Grad. List 024030

University of Minnesota Medical School - Minneapolis

Med. Sch. Country List 099 USA

Degree Code MD Doctor of Medicine

Graduation Month/Year 06 1999

Exit Cancel Save

Full Service - Page 1

**35**



**FEDERATION OF STATE MEDICAL BOARDS**

**OF THE UNITED STATES, INC.**

**2004-2005 OFFICERS**

**CHAIR**
DORIS C. BROOKER, MD
MINNEAPOLIS, MN

**CHAIR-ELECT**
LEE E. SMITH, MD
PRINCETON, WV

**VICE CHAIR**
J. WILLIAM McCORD, JR., DO
BRENTWOOD, TN

**TREASURER**
N. STACY LANKFORD, MD
CASSOPOLIS, MI

**SECRETARY**
JAMES N. THOMPSON, MD
DALLAS, TX

**IMMEDIATE PAST CHAIR**
THOMAS D. KIRKSEY, MD
AUSTIN, TX

**DIRECTORS**

REGINA M. BENJAMIN, MD, MBA
BAYOU LA BATRE, AL

FREDA M. BUSH, MD
JACKSON, MS

MARTIN CRANE, MD
BOSTON, MA

ROBERT A. LEACH, JD
MINNEAPOLIS, MN

REV. DANIEL W. MORRISSEY, OP
NEW YORK, NY

SUSAN M. ROSE, DO
BRIGHTON, MI

HAROLD J. SAUER, MD
LANSING, MI

RUSSELL THOMAS, JR., DO, MPH
EAGLE LAKE, TX

**EXECUTIVE STAFF**

**PRESIDENT AND CHIEF EXECUTIVE OFFICER**
JAMES N. THOMPSON, MD

**SENIOR VICE PRESIDENT AND CHIEF OPERATING OFFICER**
DALE L. AUSTIN, MA

**VICE PRESIDENT EXAMINATION AND POST-LICENSURE ASSESSMENT SERVICES**
CAROL A. CLOTHIER

**VICE PRESIDENT MEMBER SUPPORT SERVICES**
TIM R. KNETTLER, MBA

**VICE PRESIDENT LEADERSHIP AND LEGISLATIVE SERVICES**
LISA A. ROBIN

September 7, 2004

C. Earl Grant, MD
HHC 18th MEDCOM
Unit # 15281, Box # 872
APO, AP 96205-5281

I am writing in response to our recheck request for your July 21-23, 2004 Step 3 exam.

The fee for the recheck is $50.00. I received a check from you, (check number 1536, dated August 30, 2004) in the amount of $25.00. In order to process the request, I will need to receive an additional $25.00. Once I receive the full amount, I will forward your request for a recheck. Please keep in mind that the cutoff date for requesting the recheck is November 16, 2004.

If you should have any other questions, please contact me at 817-868-4041 or via email.

Sincerely,

*Sandy McAllister*

Sandy McAllister
Administrative Assistant
Examination Services

File # 40483067

Ck # 1536  25.00        7/21/04  0401 JL
1537  25.00        Sent 8/18

**36**

P.O. Box 551
Fort Drum
NY 16=3602
August 13, 2006

RECEIVED AUG : 7 2006

ATTN: Mr. David Johnson/Debra Cusson
Exam Dept/Step 3
Federation of State Medical Boards
400 Fuller Wiser Road, Suite 300
Euless, TX 76039

Dear Sir/Madam:

In reference to the USMLE Step 3 examination taken by me in July, 2003, December, 2004, and July, 2005, I hereby formally request that a hand-scoring of the USMLE examinations be done immediately and the result forwarded to me at the above address.

I am enclosing a check in the amount of $150.00, the required fee for the hand-scoring. I anticipate a formal reply within the projected time frame stipulated in your information Bulletin. I further request that the names of the personnel responsible for the re-grading and reporting of the scores be provided with your results for accountability.

Respectfully,

C. Earl Grant, M.D., Ph.D.
cc:      Mr. Clifford Hark
         Rosemary Antonacci

40483067

**37**



*Federation of*
# STATE
# MEDICAL
# BOARDS

August 21, 2006

C. Earl Grant, M.D., PhD.
P.O. Box 551
Fort Drum, NY 13602

Dear Dr. Grant:

I have received your request for a hand rescore of your July 2003, December 2004 and July 2005 Step 3 examinations.

Standard procedures ensure that the scores reported for you accurately reflect the responses recorded by the computer. A change in score based on a recheck is an extremely remote possibility. However, requests for score rechecks must be received no later than 90 days after your score report release date. Unfortunately, we are well beyond this time frame to perform the rechecks you are requesting.

Enclosed you will find your personal check for the rescore fees. I am also providing you with copies of the USMLE Bulletin of Information for the examination dates above. I have highlighted the areas concerning the rescore request process.

Should you have further questions, please contact me at 817-868-4025 or via e-mail at dcusson@fsmb.org.

Sincerely,

Deborah Cusson
Supervisor, Registration Services

Enclosure

**38**

No $
cfs

P.O. Box 551
Fort Drum
NY 13602
July 25, 2007

RECEIVED JUL 3 0 2007

408 306M

ATTN:  Mr. David Johnson/Deborah Cusson
Exam Dept/Step 3
Federation of State Medical Boards
400 Fuller Wiser Road, Suite 300
Euless, TX 76039

Dear Sir/Madam:

In reference to the USMLE Step 3 examination taken by me on November 1-3, 2006, I hereby formally request that a hand-scoring of that USMLE examination be done immediately and the result forwarded to me at the above address.

I am enclosing a check in the amount of $50.00, the required fee for the hand-scoring.  I anticipate a formal reply within the projected time frame stipulated in your information Bulletin.  I further request that the names of the personnel provided with the answer keys and the test responses, and who will be responsible for the proper re-grading and reporting of the scores be provided with your results for accountability.

Respectfully,

C. Earl Grant, M.D., Ph.D.
C. Earl Grant, M.D., Ph.D.
cc:     S. Berg

**39**



*Federation of*
# STATE
# MEDICAL
# BOARDS

August 2, 2007


C. Earl Grant, M.D., PhD
P. O. Box 551
New York, NY  13602

Dear Dr. Grant:

I have received your July 25, 2007, request for a hand rescore of your November 1-3, 2006 Step 3 examination.

Standard procedures ensure that the scores reported for you accurately reflect the responses recorded by the computer.  A change in score based on a recheck is an extremely remote possibility.  However, requests for score rechecks must be received no later than 90 days after your score report release date.  Unfortunately, we are well beyond this time frame to perform the recheck you are requesting.

Your letter indicated that you had enclosed a check for the rescore, unfortunately no check was found with your letter request.  I was unable to cc: S. Berg as no address was provided.

Enclosed you will find a copy of the USMLE Bulletin of Information for the examination dates of November 1-3, 2006.  I have highlighted the areas concerning the rescore request process

Should you have further questions, please contact me at 817-868-4025 or via email at dcusson@fsmb.org.

Sincerely,

Deborah Cusson
Supervisor, Registration Services

Enclosure