UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT,

                         Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD,

                         Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.
7:07-cv-00996
(TJM-GJD)

---

      I hereby certify that on December 5, 2008, on behalf of defendants National Board of Medical Examiners and Federation of State Medical Boards, I filed the following documents:

      (1)      Cross Motion for Summary Judgment;

      (2)      Declaration of Gerard F. Dillon;

      (3)      Declaration of David A. Johnson;

      (4)      Declaration of Heidi S. Martinez;

      (5)      Statement of Undisputed Facts;

      (6)      Memorandum of Law In Opposition to Plaintiff's Motion to Amend and In Support of Defendants' Cross Motion for Summary Judgment;

      (7)      Notice to Pro Se Plaintiff of Consequences of Failure to Respond to a Summary Judgment Motion;

      (8)      Appendix of Exhibits 1-59;

      (9)      Appendix of Cases 1-10;

in the in the above-captioned action with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system.

I further certify that on December 5, 2008, I served the aforementioned documents by first class mail on C. Earl Grant at the addresses listed below:

C. Earl Grant, M.D. Ph.D.
P.O. Box 551
Fort Drum, NY 13602

C. Earl Grant, M.D. Ph.D.
US Army Medical Department
DHCN-Fort Belvoir
P.O. Box 1067
Fort Belvoir, VA  22060

Dated:  December 5, 2008                WARD NORRIS HELLER & REIDY LLP

                                        s/Heidi S. Martinez
                                        Heidi S. Martinez
                                        Ward Norris Heller & Reidy, LLP
                                        300 State Street
                                        Rochester, New York 14614
                                        (585) 454-0700

                                        *Attorneys for National Board of Medical Examiners and Federation of State Medical Boards*

                                        Of Counsel:

                                        Thomas S. D'Antonio
                                        Ward Norris Heller & Reidy, LLP
                                        300 State Street
                                        Rochester, New York 14614

                                        Pamela S. C. Reynolds
                                        Ward Norris Heller & Reidy, LLP
                                        300 State Street
                                        Rochester, New York 14614