To      C. Earl Grant

Re:     7:07cv996 TJM-GJD

            Grant v National Medical Examiners, etc.

## NOTIFICATION OF FILING OF
## MOTION FOR SUMMARY JUDGMENT

You are hereby advised that a motion for summary judgment has been filed by the defendant(s) in the above-referenced action.  This motion seeks the dismissal of     ALL     SOME     of the claims you asserted in your complaint.

You may not simply rely on your complaint to oppose this motion.  You must file a written response in opposition to this motion with the Court, and send a copy of same to opposing counsel.

Pursuant to Local Rule 7.1 of the Northern District of new York, you are required to submit the following papers in opposition to this motion: (I) a **memorandum of law** (containing relevant factual and legal argument); (ii) **one or more affidavits** in opposition to the motion and (iii) a **short and concise statement of material facts** as to which you claim there are genuine issues in dispute.  **These papers must be filed and served by the time discussed by opposing counsel in the motion for summary judgment.**

Any factual assertions in the affidavits submitted by the defendant(s) will be accepted by the Court as being true unless you submit affidavits or other documentary evidence that contradicts the assertions of the defendant(s).

If you do not submit a short and concise statement of material facts as to which you claim there are genuine issues in dispute, all material facts set forth in the statement filed and served by the defendant(s) shall be deemed admitted.

**If you do not respond in opposition to the motion, summary judgment, if appropriate, will be entered against you.  If partial summary judgment is granted against you, the portions of your case as to which summary judgment was granted will be dismissed; there will be no trial as to these portions of your complaint.  If summary judgment is granted as to your entire complaint, your case will be dismissed and there will not be any trial concerning any of the aspects asserted in your complaint.**

cc:

**Hildreth J. Martinez**

**Thomas S. D'Antonio**

file