UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

C. EARL GRANT

Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD

Defendants.

7:07-CV-996
(TJM/GJD)

C. Earl Grant, Plaintiff *Pro Se*
Thomas S. D'Antonio, Esq. for Defendants
Hildreth J. Martinez, Esq. for Defendants

## NOTICE OF CHANGE OF ADDRESS

1. Plaintiff respectfully advises this Court and all parties to this matter that he has changed his address to: **C. Earl Grant / 9501 Farrell Road / PO BOX 1067 / Fort Belvoir, VA 22060**, and that all correspondence should be sent to him at that address.

Respectfully Submitted,

Dated: December 5, 2008

BY: C. Earl Grant, M.D., Ph.D.
Plaintiff, *Pro Se*
9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060
(561) 537-0229

## CERTIFICATE OF SERVICE

I, C. Earl Grant, the Plaintiff in this case, do hereby certify that on this _____ day of December, 2008, I mailed a true copy of the foregoing by postage prepaid first class mail, to all counsel of record.

BY:  *[signature: C. Earl Grant, M.D.]*
C. Earl Grant, M.D., Ph.D.
Plaintiff, *Pro Se*
9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060
(561) 537-0229