UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

C. EARL GRANT,

                Plaintiff,

    vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD,

                Defendants.

_____

**CERTIFICATE
OF SERVICE**

Civil Action No.
7:07-cv-00996
(TJM-GJD)

      I hereby certify that on January 12, 2009, on behalf of defendants National Board of

Medical Examiners and Federation of State Medical Boards, I filed a declaration in

opposition to plaintiff's motion for additional time in which to respond to the cross-motion

for summary judgment in the above-captioned action with the Clerk of the United States

District Court, Northern District of New York, using the CM/ECF system.

      I further certify that on January 12, 2009, I served the aforementioned document by

first class mail on C. Earl Grant at the address below:

      C. Earl Grant, M.D. Ph.D.
      US Army Medical Department
      DHCN-Fort Belvoir
      P.O. Box 1067
      Fort Belvoir, VA  22060

Dated:  January 12, 2009

                    WARD NORRIS HELLER & REIDY LLP

                    Pamela S. C. Reynolds
                    Ward Norris Heller & Reidy, LLP

300 State Street
Rochester, New York 14614
(585) 454-0700

*Attorneys for National Board of Medical Examiners
and Federation of State Medical Boards*

Of Counsel:

Thomas S. D'Antonio
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614

Heidi S. Martinez
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614