CERTIFICATE OF SERVICE

I, C. Earl Grant, the Plaintiff in this case, do hereby certify that on this __8__ day of January, 2009, I mailed a true copy of the foregoing by postage prepaid first class mail, to all counsel of record.

Dated:  8 JAN 09

_____
BY:   C. Earl Grant, M.D., Ph.D.
Plaintiff, *Pro Se*
9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060
(561) 537-0229



**DEPARTMENT OF THE ARMY**
DEWITT ARMY COMMUNITY HOSPITAL
9501 FARRELL ROAD, P.O. BOX 1067
FORT BELVOIR, VA 22060
05 JANUARY 2009

**SENT BY CERTIFIED MAIL**

Mr. Stefan Berg
309 Arnold Avenue
Syracuse, NY 13201

Dear Mr. Berg:

**RE: 7:07-CV-996 (TJM/GJD)**

This is my final plea and request that you submit copies of all documents that are in your possession and/or filed with the court in reference to the above referenced case to my address as shown herein. I am disappointed in your apparent unwillingness to furnish me with copies despite promising to have the documents sent to me several months ago following my many requests by e-mail and telephone.

Since I have met my terms of the agreement and have paid you the full fee charged for your services and need to represent myself I need these document immediately in order to effectively address my case with the court. Your cooperation is a necessary and will be greatly appreciated.

Respectfully,

*C. Earl Grant*
C. Earl Grant, MAJ
US Army Medical