UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT

                Plaintiff,

vs.

                                                7:07-CV-996
                                                (TJM/GJD)

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD

                Defendants.

---

C. Earl Grant, Plaintiff *Pro Se*

## **ORDER**

    This Court, having considered the Plaintiff's Motion for Additional Time In Which To Respond to Cross Motion For Summary Judgment, and having considered any responses thereto filed by the Defendants herein, hereby **ORDERS** that the Plaintiff shall be granted an additional 90 days, from the date of this Order, in which to file his response.

    Date:

                                                                                                U.S. Magistrate Judge