MOTION # 4 - BINGHAMTON MOTION DAY - 1/23/09
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:      M. Price
STENO:      V. Theleman
LC     :    None


10:00 AM     Court meets.


4.     C. EARL GRANT

              V.                                              7:07-CV-996

       NATIONAL BOARD OF MEDICAL EXAMINERS, et al


       1.     PLTF MOTION TO AMEND/CORRECT COMPLAINT [33]

       2.     DEFTS CROSS MOTION FOR SUMMARY JUDGMENT [38]

              **ADJOURNED until 2/27/09 in Binghamton**


       APPEARANCES:     None


10:30 AM     Court stands adjourned.