UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

C. EARL GRANT,

                        Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD,

                        Defendants.
_____

**CERTIFICATE OF SERVICE**

Civil Action No.
7:07-cv-00996
(TJM-GJD)

I hereby certify that on February 12, 2009, on behalf of defendants National Board of Medical Examiners and Federation of State Medical Boards, I filed the following document in the in the above-captioned action with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system: Letter to Hon. Thomas J. McAvoy, dated February 12, 2009, requesting an extension of time in which to file defendants' reply in further support of their cross motion for summary judgment.

     I further certify that on February 12, 2009, I caused the aforementioned documents to be served by U.S.P.S. Express Mail on C. Earl Grant at the addresses listed below:

    C. Earl Grant, M.D. Ph.D.
    P.O. Box 551
    Fort Drum, NY 13602

    C. Earl Grant, M.D. Ph.D.
    US Army Medical Department
    DHCN-Fort Belvoir
    P.O. Box 1067
    Fort Belvoir, VA 22060

Dated: February 12, 2009  WARD NORRIS HELLER & REIDY LLP

          s/Heidi S. Martinez
Heidi S. Martinez
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614
(585) 454-0700

*Attorneys for National Board of Medical Examiners and Federation of State Medical Boards*

Of Counsel:

Thomas S. D'Antonio
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614

Pamela S. C. Reynolds
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614