# WARD NORRIS HELLER & REIDY LLP

ATTORNEYS AT LAW

300 STATE STREET
ROCHESTER, NEW YORK 14614
585.454.0700
Fax: 585.423.5910

Pamela S. C. Reynolds
(585) 454-0759
Email: pcr@wnhr.com

February 24, 2009

Hon. Thomas J. McAvoy
Senior U.S. District Judge
United States District Court
for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

      Re:    Grant v. National Board of Medical Examiners, et al.
               07-cv-0996 (GJD/TJM)

Dear Judge McAvoy:

      This letter confirms that, upon consultation with Chambers and in view of an inconsistency between the Court's Endorsed Order dated February 13, 2009, which states that the due date for the reply is February 25, 2009, and the electronic notification of the Order from the Clerk's Office also dated February 13, 2009, which states that the due date is February 27, 2009, the Court has granted defendants leave to file their reply in support of their cross-motion for summary judgment on February 27, 2009.

                                           Respectfully submitted,

                                           s/ Pamela S. C. Reynolds
                                           Pamela S. C. Reynolds
                                           Bar No. 515240

cc:    C. Earl Grant, M.D. Ph.D.
       P.O. Box 551
       Fort Drum, NY 13602

       US Army Medical Department
       DHCN-Fort Belvoir
       P.O. Box 1067
       Fort Belvoir, VA 22060