**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**



7:07CV 996

TJM-GJD

| | RE: | Civil No. CV 3-96-310 |
|---|---|---|

C. Earl Grant,   RE:   File No. 99-66 DSD/JMM

SUBMITTED ON 23 FEBRUARY 2009

Plaintiff,   AFFIDAVIT OF C. EARL GRANT IN

OPPOSITION TO MOTION FOR SUMMARY

JUDGMENT

Vs.

L. Thompson-Bowles, Brian Wilsford, Deborah Cusson
David Johnson, Gerald S. Golden, National Board of Medical Examiners
Federation of States Medical Boards

Defendants

---

# EXHIBIT I:

1. **NBME CANDIDATE REGISTRATION STATUS STEP 3, 03/20/2003 = CANCELLED (Previously submitted).**
# 2. CERTIFIED DOCUMENTATION FROM STATE OF OHIO MEDICAL BOARD.

Kindly accept the attached document for item 2 above, received since submission of affidavit on 11 February 2009.

Respectfully,

C. Earl Grant

# State Medical Board of Ohio
30 E. Broad Street, 3rd Floor, Columbus, OH 43215-6127

Richard A. Whitehouse, Esq.
Executive Director

(614) 466-3934
med.ohio.gov

February 20, 2009

To Whom It May Concern:

Per the request of Dr. Grant, I have recently pulled his Ohio application file.

After looking through the file, I can attest that between December 2002, and July 2003 there is no evidence of communication between the Federation of States Medical Board (FSMB) and the State Medical Board of Ohio (SMBO) in reference to Dr. Grant;'s application submitted to the FSMB for the USMLE Step 3 examination in December 2002. The State Medical Board of Ohio does not customarily verify eligibility, and it is the responsibility of the applicant to apply for Step 3 directly with the FSMB.

Please contact me if you have any other questions.

*Kay Rieve*

Administrative Officer
State Medical Board of Ohio
77 S. High Street, 17th Floor
Columbus, Ohio 43215-6127
614-728-6081

*To protect and enhance the health and safety of the public through effective medical regulation*

TOTAL P.02

C. Earl Grant, M.D., Ph.D.
9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060

**CERTIFIED MAIL**



7006 3450 0001 8618 3226





0000      13901

U.S. POSTAGE PAID
FORT BELVOIR, VA
22060
FEB 23, '09
AMOUNT
$4.12
00042394-02

Clerk of United States District Court
U.U. Courthouse
15 Henry Street
Binghamton, NY 13901
Attn: Lawrence K. Baerman

139018278I C087