UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

C. EARL GRANT,

Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD,

Defendants.

**CERTIFICATE
OF SERVICE**

Civil Action No.
7:07-cv-00996
(TJM-GJD)

I hereby certify that on February 27, 2009, on behalf of defendants National Board of

Medical Examiners and Federation of State Medical Boards, I filed the following documents:

1.   Supplemental Declaration of David A. Johnson with Exhibits;

2.   Reply Memorandum of Law in Support of their Cross Motion for Summary
Judgment; and

3.   Appendix of Cases exclusively reported on computerized databases

in the in the above-captioned action with the Clerk of the United States District Court,

Northern District of New York, using the CM/ECF system.

I further certify that on February 27, 2009, I served the aforementioned documents by

U.S.P.S. Mail on C. Earl Grant at the addresses listed below:

C. Earl Grant, M.D. Ph.D.
P.O. Box 551
Fort Drum, NY 13602

C. Earl Grant, M.D. Ph.D.
US Army Medical Department
DHCN-Fort Belvoir
P.O. Box 1067
Fort Belvoir, VA  22060

Dated:  February 27, 2009                    WARD NORRIS HELLER & REIDY LLP


                                                s/Pamela S. C. Reynolds

                                             Heidi S. Martinez
                                             Ward Norris Heller & Reidy, LLP
                                             300 State Street
                                             Rochester, New York 14614
                                             (585) 454-0700

                                             *Attorneys for National Board of Medical Examiners
                                             and Federation of State Medical Boards*

                                             Of Counsel:

                                             Thomas S. D'Antonio
                                             Ward Norris Heller & Reidy, LLP
                                             300 State Street
                                             Rochester, New York 14614

                                             Pamela S. C. Reynolds
                                             Ward Norris Heller & Reidy, LLP
                                             300 State Street
                                             Rochester, New York 14614