MOTION # 5 - BINGHAMTON MOTION DAY - 2/27/09
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     C. Ligas
STENO:     V. Theleman
LC     :   None


10:00 AM     Court meets.


5.     C. EARL GRANT

            V.                                              7:07-CV-996

       NATIONAL BOARD OF MEDICAL EXAMINERS, et al


       1.     PLTF MOTION TO AMEND/CORRECT COMPLAINT [33]

       2.     DEFTS CROSS MOTION FOR SUMMARY JUDGMENT [38]


            **     ADJOURNED until 3/27/09 in Binghamton


       APPEARANCES:     None


10:05 AM     Court stands adjourned.