UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT,

                        Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD,

                        Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.
7:07-cv-00996
(TJM-GJD)

---

I hereby certify that on March 27, 2009, on behalf of defendants National Board of Medical Examiners and Federation of State Medical Boards, I filed the following documents:

(1)    Letter to Hon. Thomas J. McAvoy, dated March 27, 2009,

in the above-captioned action with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system.

I further certify that on March 27, 2009, I served the aforementioned documents by U.S.P.S. on C. Earl Grant at the addresses listed below:

    C. Earl Grant, M.D. Ph.D.
    P.O. Box 551
    Fort Drum, NY 13602

    C. Earl Grant, M.D. Ph.D.
    US Army Medical Department
    DHCN-Fort Belvoir
    P.O. Box 1067
    Fort Belvoir, VA 22060

2

Dated: March 27, 2009                             WARD NORRIS HELLER & REIDY LLP

                                                  s/Heidi S. Martinez
Heidi S. Martinez
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614
(585) 454-0700

*Attorneys for National Board of Medical Examiners and Federation of State Medical Boards*

Of Counsel:

Thomas S. D'Antonio
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614

Pamela S. C. Reynolds
Ward Norris Heller & Reidy, LLP
300 State Street
Rochester, New York 14614