MOTION # 2 - BINGHAMTON MOTION DAY - 3/27/09
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     None
STENO:    None
LC     :     SE


2.     C. EARL GRANT

           VS.                                                               7:07-CV-996

       NATIONAL BOARD OF MEDICAL EXAMINERS, et al


       1.     PLTF MOTION TO AMEND/CORRECT COMPLAINT [33]

       2.     DEFTS CROSS MOTION FOR SUMMARY JUDGMENT [38]

              **\*\* TAKEN ON SUBMIT**


              APPEARANCES:     \* None       ( \* pro se pltf did appear at clerk's office today )