U.S. DISTRICT COURT - N.D. OF N.Y
FILED
APR 13 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

C. Earl Grant,                                     RE:   Civil No. CV 3-96-310

    Plaintiff,                                  RE:   File No. 99-66 DSD/JMM

vs.

L. Thompson-Bowles, Brian Wilsford, Deborah Cusson          7:07cv 996
David Johnson, Gerald S. Golden, National Board of Medical Examiners      TJM-GJD
Federation of States Medical Boards

    Defendants

---

## Notice to the Court

1. This serves to provide notification to the court that I C. Earl Grant, the Plaintiff in the above-referenced case, will be away from my present duty station at a remote duty location on temporary duty assignment from 11 April 2009 to 27 April 2009, and will not be able to receive and/or reply to any mail correspondence from the court or the defendants' attorney during the stated period.

2. The notice from the court that was intended to be mailed to both the Plaintiff and Defendant on 19 March 2009, to inform the parties not to appear in court on 27 March 2009, was not mailed to the Plaintiff prior to the Plaintiff's appearance in court on 27 March 2009. That notice was mailed to the Plaintiff on 27 March 2009, and received by said Plaintiff on 30 March 2009.

Dated: 09 April 2009                  _C. Earl Grant, M.D._
                                                 C. Earl Grant, M.D., Ph.D.
                                                 Plaintiff, *Pro Se*
                                                 9501 Farrell Road
                                                 P.O. Box 1067, Fort Belvoir, VA 22060

**CERTIFICATE OF SERVICE**

I, C. Earl Grant, the Plaintiff in this case, do hereby certify that on this _____ day of April 2009, I mailed this notice by postage prepaid first class mail, to the court and all counsel of record.

Dated: 9 April 09

BY: *C. Earl Grant, M.D.*

C. Earl Grant, M.D., Ph.D.
Plaintiff, *Pro Se*
9501 Farrell Road
P.O. Box 1067, Fort Belvoir, VA 22060

Subscribed and sworn before me
This 9th day of April, 2009.



9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060

v-00996-TJM-GJD   Document 58   Filed 04/13/09

13901+2723

Clerk of United States District Court
U.U. Courthouse
15 Henry Street
Binghamton, NY 13901
Attn: Lawrence K. Baerman