UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

C. EARL GRANT
        Plaintiff,

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS and
FEDERATION OF STATES MEDICAL BOARD

        Defendants.

7:07-CV-996
(TJM/GJD)

---

C. Earl Grant, Plaintiff *Pro Se*

## ORDER

This Court, having considered the Plaintiff's Motion for Postponement under the Servicemembers' Civil Relief Act, and having considered any responses thereto filed by the Defendants herein, hereby **ORDERS** that this case will be stayed for a period of 90 days from the date of this Order.

Date:

_____
U.S. Magistrate Judge

3