UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

7:07 cv 996

APR -2 2009

C. Earl Grant,

RE: Civil No. CV 3-96-310
RE: File No. 99-66 DSD/JMM

        Plaintiff,

vs.

SUPPLEMENTAL RESPONSE TO THE
DEFENDANTS MOTION
FOR SUMMARY JUDGMENT

L. Thompson-Bowles, Brian Wilsford, Deborah Cusson
David Johnson, Gerald S. Golden, National Board of Medical Examiners
Federation of States Medical Boards

        Defendants

1. The Plaintiff certifies that on this date he mailed a copy of the attached SCRA guide book excerpt that he gave to the Clerk of the Court on 27 March 2009, to the Defendant's legal counsel.

Dated: 31 March 2009

        *C. Earl Grant, M.D.*
        C. Earl Grant, M.D., Ph.D.
        Plaintiff, *Pro Se*
        9501 Farrell Road
        P.O. Box 1067, Fort Belvoir, VA 22060

### CERTIFICATE OF SERVICE

I, C. Earl Grant, the Plaintiff in this case, do hereby certify that on this 31st day of March 2009, I mailed a true copy of the Servicemembers' Civil Relief Act at 50 USC app Section 526(a), by postage prepaid first class mail, to all counsel of record.

Dated: 31 March 09

BY:   C. Earl Grant, M.D., Ph.D.
        Plaintiff, *Pro Se*
        9501 Farrell Road
        P.O. Box 1067, Fort Belvoir, VA 22060

Subscribed and sworn before me
This 31 day of March, 2009.

_____
Notary Public

My Comm. Exps. 31 AUG, 2009

1

**C. Earl Grant, M.D., Ph.D.**
9501 Farrell Road
P.O. Box 1067
Fort Belvoir, VA 22060

**Clerk of United States District Court**
U.U. Courthouse
15 Henry Street
Binghamton, NY 13901
Attn: Lawrence K. Baerman

13901+2781

U.S. POSTAGE
PAID
FORT BELVOIR, VA
22060
MAR 31, '09
AMOUNT
$0.59
0004-2394-02