**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**M I N U T E   O R D E R**

---

C. EARL GRANT

    VS                                   CIVIL NO.:   7: 07-CV-996 (TJM)

NATIONAL BOARD OF MEDICAL EXAMINERS,
et al.

---

The Court having considered plaintiff's [64] letter motion to stay this matter until June 1, 2010 pursuant to the Service-members' Civil Relief Act, the Court hereby GRANTS such stay in the above-entitled action until June 1, 2010.  Inasmuch as all contemplated proceedings in this Court have been completed,[1] it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

   **IT IS HEREBY ORDERED THAT:**  the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code <u>18</u>) to the Administrative Office of the U.S. Courts.

   The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action.[2]  Unless a further stay is requested pursuant to the Service-members' Civil Relief Act, this matter will be considered re-opened as of June 1, 2010 at which time the Clerk of the Court shall enter judgment in accordance with the Court's Decision & Order [63] on the motion for summary judgment.

---

[1] Because the Court granted Defendants' motion for summary judgment in its entirety [63], the only remaining action is the entry of judgment in favor of Defendants.

[2] See footnote 1 *supra*.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action.


Dated:    June 5, 2009

_____
Thomas J. McAvoy
Senior, U.S. District Judge